```
nTue Sep 19 16:28:32 2006

   UNITED STATES DISTRICT COURT

   DENVER          , CO

Receipt No.   100 271086
Cashier        stacie

C.C. Number: SEE CC REC        06/08

DO Code    Div No
 4613       1

Sub Acct Type Tender      Amount
1:510000  N     4         190.00
2:086900  N     4          60.00
3:086400  N     4         100.00

Total Amount         $    350.00

FROM NORA FLOYA

06-CV-01872, NEW CASE, MUST V AMERICAN F
URNITURE WAREHOUSE, SG
```