IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

## DEFENDANT'S CORPORATE DISCLOSURE

Defendant American Furniture Warehouse Co. ("AFW"), by and through its counsel, Sherman & Howard L.L.C., hereby submits the following disclosure statement required by D.C.COLO.LCivR 7.4:

1. AFW is a Colorado corporation with no parent entities.

2. There are no publicly held entities that own ten percent (10%) or more of AFW's stock.

Respectfully submitted this 20th day of November, 2006.

    s/ Andrew W. Volin
    **Andrew W. Volin, Esq.**
    SHERMAN & HOWARD L.L.C.
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202
    Telephone: (303) 297-2900
    Facsimile:  (303) 298-0940
    E-Mail:    AVolin@sah.com

Gary J. Benson, Esq.
DWORKIN, CHAMBERS & WILLIAMS, P.C.
3900 E. Mexico Avenue, Suite 1300
Denver, CO  80210
Phone: (303) 584-0990
Fax:    (303) 584-0995
E-mail:gbenson@dnvrlaw.com

*Attorneys for Defendant*
*American Furniture Warehouse*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2006, I electronically filed the foregoing DEFENDANT'S CORPORATE DISCLOSURE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

*Via email:* *rbhbcolo@aol.com*

Ross B.H. Buchanan, Esq.
BUCHANAN, JURDEM & CEDERBERG, P.C.

                                          s/ Marilyn Badolato, Assistant to Andrew W. Volin