# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

      Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

      Defendant.

---

## ENTRY OF APPEARANCE

---

      Gary J. Benson and Douglas G. Dent of the law firm of Dworkin, Chambers &

Williams, P.C. enter their appearance as co-counsel on behalf of Defendant, American

Furniture Warehouse Company, a Colorado corporation.  Mr. Benson and Mr. Douglas

have been admitted to the Bar of the 10th Circuit United States District Court for the

District of Colorado and complied with all requirements necessary for ecf filing

      Dated this 21st day of November, 2006.

      DWORKIN CHAMBERS & WILLIAMS, P.C.

      By: s/ Gary J. Benson
         Gary J. Benson
         Douglas G. Dent
         3900 E. Mexico Ave., Suite 1300
         Denver, CO 80210
         Telephone: (303) 584-0990
         FAX: (303) 584-0995
         E-mail: gbenson@dnvrlaw.com
              ddent@dnvrlaw.com

And

SHERMAN & HOWARD, LLC

By: s/ Andrew W. Volin
    Andrew W. Volin, #19020
    633 Seventeenth Street, Suite 3000
    Denver, Colorado  80202
    Telephone:  (303) 297-2900
    FAX:  (303) 298-0940
    E-mail: avolin@sah.com
    Attorneys for Defendant
    American Furniture Warehouse

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2006 , I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Ross B.H. Buchanan, Esq.
Buchanan, Jurdem & Cederberg, P.C.
1621 18th St, Suite 260
Denver, CO 80202
rbhbcolo@colo.com


Andrew W. Volin, #19020
Sherman & Howard
633 Seventeenth Street, Suite 3000
Denver, Colorado  80202
avolin@sah.com


                                        s/ Gary J. Benson
                                        Gary J. Benson
                                        3900 E. Mexico Ave., Suite 1300
                                        Denver, CO 80210
                                        Telephone: (303) 584-0990
                                        FAX: (303) 584-0995
                                        E-mail: gbenson@dnvrlaw.com