**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                  January 4, 2007
Courtroom Deputy:  Bernique Abiakam
FTR Technician:    Kathy Terasaki

Civil Action No.  06-cv-01872-RPM

JACK MUST,                                              Ross Buchanan

        Plaintiff,

v.

AMERICAN FURNITURE WAREHOUSE CO.,
a Colorado corporation d/b/a
AMERICAN FURNITURE WAREHOUSE,                Gary J. Benson
                                                       Andrew W. Volin

        Defendant.

---

## COURTROOM MINUTES

---

**Scheduling Conference**

**10:22 a.m.    Court in session.**

Court calls case.  Appearances of counsel.

Preliminary remarks by the Court.

Discussion regarding history of case.

Questions by the Court.

Comments by Mr. Buchanan.

Comments by Mr. Benson.

Discussion regarding the need for experts.

*06-cv-01872-RPM*
*Scheduling Conference*
*January 4, 2007*

The Court informs counsel that jurors don't determine economic losses.
Discussion regarding scheduling a settlement conference with a Magistrate Judge.

The Court states that an Order of Reference to Magistrate Judge Hegarty will be
entered for the limited purpose of facilitating settlement.

Further discussion regarding scheduling order.

The Court states that 25 requests for admissions will be allowed.

Scheduling Order Signed.

**10:42 a.m.     Court in recess.**

Hearing concluded.
Total time in court: 20 minutes