IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01872-RPM


JACK MUST,

      Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE,

          Defendant.

_____

ORDER OF REFERENCE FOR SETTLEMENT CONFERENCE
_____

      Pursuant to the Scheduling Conference convened today, it is

      ORDERED that this civil action is referred to United States Magistrate

Judge Michael E. Hegarty for the purpose of convening a settlement conference and

such other procedures as the Magistrate Judge may deem appropriate for facilitating

settlement of this case.

      Dated: January 4th, 2007

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____

                      Richard P. Matsch, Senior District Judge