IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

v.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 4, 2007.**

At the direction of the District Court, a settlement conference has been scheduled in this case before United States Magistrate Judge Hegarty for Friday, February 9, 2007, at 1:30 p.m. The conference will take place in Courtroom A-601 of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Sixth Floor, Denver, Colorado.

Counsel shall make all efforts possible to have parties present who shall have full authority to negotiate all terms and demands presented by the case, and full authority to enter into a settlement agreement, including an adjustor if an insurance company is involved.  Because of the short notice of this conference, however, if such a party cannot be present, then counsel shall ensure their availability by telephone. "Full authority" means a person who has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without consulting with some other person, committee or agency.  If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority."

No person is ever required to settle a case on any particular terms or amounts.  However, if any person participates in the settlement conference without full authority, and the case fails to settle, that party may be ordered to pay the attorney's fees and costs for the other side.

In order that productive settlement discussions can be held, counsel shall prepare and submit settlement statements to the Magistrate Judge.  The documents shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which support that side's claims and

2

shall present a demand or offer. Additionally, the documents shall contain any confidential comments which counsel wishes to make, any comments with regard to perceived weaknesses in the case and any comments which would be helpful to the magistrate in assisting the parties to negotiate a settlement. The document shall be e:mailed to the Magistrate Judge (<u>not</u> submitted for filing to the court) at Hegarty_Chambers@cod.uscourts.gov. The settlement documents shall be submitted no later than **Friday, February 2, 2007**, and shall be submitted in a usable format (i.e., Word or WordPerfect).

Confidential settlement statements with attachments totaling over 15 pages shall be mailed or hand-delivered to Chambers at 901 19th Street, Rm A641, Denver, CO 80294.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. <u>See</u> D.C.COLO.LCivR 83.2B.