IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

---

**NOTICE OF CHANGE OF LAW FIRM NAME**

---

PLEASE TAKE NOTICE that as of January 1, 2007 the Law Firm of Dworkin, Chambers & Williams, P.C. is now known as:

Dworkin, Chambers, Williams, York, Benson & Evans, P.C.

Address and telephone numbers remain the same.

Dated this 13th day of February, 2007.

        DWORKIN CHAMBERS WILLIAMS
        YORK BENSON & EVANS, P.C.

        By: s/ Gary J. Benson
            Gary J. Benson
            Douglas G. Dent
            3900 E. Mexico Ave., Suite 1300
            Denver, CO 80210
            Telephone: (303) 584-0990
            FAX: (303) 584-0995
            E-mail: gbenson@dnvrlaw.com
                    ddent@dnvrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, I electronically filed the foregoing Notice of Change of Law Firm Name with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Ross B.H. Buchanan, Esq.
Buchanan, Jurdem & Cederberg, P.C.
1621 18th St, Suite 260
Denver, CO 80202
rbhbcolo@colo.com

                                        s/ Gary J. Benson
                                        Gary J. Benson
                                        3900 E. Mexico Ave., Suite 1300
                                        Denver, CO 80210
                                        Telephone: (303) 584-0990
                                        FAX: (303) 584-0995
                                        E-mail: gbenson@dnvrlaw.com