**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 06-CV-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO.,
a Colorado corporation d/b/a AMERICAN
FURNITURE WAREHOUSE,

    Defendant.

_____

**NOTICE TO TAKE DEPOSITIONS**
_____

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

    PLEASE TAKE NOTICE that counsel for Plaintiff will take the depositions of the following:

    **Dale Pepper** on Tuesday, May 8, 2007 at 1:00 p.m.
    **Mike Buscietta** on Wednesday, May 9, 2007 at 1:00 p.m.
    **Crystal Hayes** on Wednesday, May 9, 2007 at 3:00 p.m.

before a certified shorthand reporter, pursuant to the Federal Rules of Civil Procedure. Said depositions will be taken at the office of Plaintiff's counsel, Buchanan, Jurdem & Cederberg, P.C., 1621 18th Street, Suite 260, Denver, Colorado 80202.

    Such depositions shall continue day to day, excluding Sundays and holidays, as required until completed.

DATED this 3rd day of May, 2007.

BUCHANAN, JURDEM & CEDERBERG, P.C.


By:s/ Ross B.H. Buchanan
_____
Ross B.H. Buchanan

Eighteenth Street Atrium
1621 18th Street, Suite 260
Denver, Colorado  80202
Telephone:  (303) 297-2277

ATTORNEYS FOR PLAINTIFF


**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing **NOTICE TO TAKE DEPOSITIONS** was sent via Lexis Nexis electronic filing to the following on this 3rd day of May, 2007:

Andrew W. Volin, Esq.
SHERMAN & HOWARD, LLC
633 17th Street, Suite 3000
Denver, CO  80202
Telephone:  (303) 297-2900

Gary J. Benson, Esq.
DWORKIN CHAMBERS &
WILLIAMS, P.C.
3900 E. Mexico Avenue, Suite 1300
Denver, CO   80210
Telephone: (303) 584-0990

s/ Laura K. Mais
_____

In accordance with C.R.C.P. 121 § 1-26(9), a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.