IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

**UNOPPOSED JOINT MOTION FOR ENTRY OF ATTACHED
JOINT AND STIPULATED PROTECTIVE ORDER**

The parties, through their respective counsel, jointly file this Motion for Entry of Attached Joint and Stipulated Protective Order, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rules 7.1A, 7.1B, and 7.1F. As grounds therefore, the parties state as follows:

During the course of this employment litigation, the parties expect to produce or disclose information, documents and other tangible things that are confidential in nature, including, but not limited to, personal identifying information of the plaintiff and of non-parties, employment records of the parties and of non-parties with confidential non-public information about wages and income, and other confidential or proprietary non-public business information. The parties hereby agree to the entry of the attached protective order regarding this information, consistent with the provisions of Fed.R.Civ.P. 26(c).

WHEREFORE, for the reasons stated above, the parties respectfully request that the Court enter the attached Joint and Stipulated Protective Order as an Order of the Court.

Respectfully submitted this 7th day of May, 2007.

    s/ Ross B.H. Buchanan
Ross B.H. Buchanan, Esq.
BUCHANAN, JURDEM & CEDERBERG, P.C.
1621 18th Street, Suite 260
Denver, CO  80202
(303) 297-2277
Email: rbhbcolo@aol.com

ATTORNEY FOR PLAINTIFF
JACK MUST

    s/ Andrew W. Volin
Andrew W. Volin, Esq.
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202-3624
T: (303) 299-8268
F: (303) 298-0940
Email: AVolin@sah.com

    s/ Gary J. Benson
Gary J. Benson, Esq.
DWORKIN CHAMBERS WILLIAMS YORK
  BENSON & EVANS, P.C.
3900 E. Mexico Avenue, Suite 1300
Denver, CO 80210
T: (303) 584-0990
F: (303) 584-0995
Email: gbenson@dnvrlaw.com

ATTORNEYS FOR DEFENDANT
AMERICAN FURNITURE WAREHOUSE

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2007, I electronically filed the foregoing **Joint Motion for Protective Order** and **Joint and Stipulated Protective Order** with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following e-mail addresses:

*Via email:* [rbhbcolo@aol.com](mailto:rbhbcolo@aol.com)

Ross B.H. Buchanan, Esq.
BUCHANAN, JURDEM & CEDERBERG, P.C.

                                          s/ Marilyn Badolato, Assistant to Andrew W. Volin