IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

**UNDERTAKING PURSUANT TO STIPULATED PROTECTIVE ORDER GOVERNING THE PRODUCTION AND EXCHANGE OF CONFIDENTIAL MATERIAL**

1. I have read the foregoing Joint and Stipulated Protective Order dated _____, 2007, that governs the treatment of Confidential and Discovery Material, as defined in the Stipulated Protective Order, in the action styled, JACK MUST, Plaintiff, vs. AMERICAN FURNITURE WAREHOUSE, CO., a Colorado corporation, Defendant (hereafter the "Litigation").

2. I have been informed that materials being shown or provided to me contain information that has been designated Confidential Discovery Material, as defined in the Stipulated Protective Order.

3. I hereby represent that I have not divulged, and will not divulge, or undertake to divulge, any Confidential Discovery Material except as authorized in the Stipulated Protective Order. I further represent that I will not use any Confidential Discovery Material for any purpose other than the Litigation, and that, at the termination of the Litigation, I will

return all Confidential Discovery Material with which I have been provided to the counsel from whom I received such Discovery Material.

4. I hereby agree to abide by the terms of the Stipulated Protective Order.

5. For the purposes of enforcing the terms of the Stipulated Protective Order, I hereby submit to the jurisdiction of the Court that entered the Stipulated Protective Order: The United States District Court for the District of Colorado.

Printed Name: _____

Address:
_____

_____

_____

Telephone: _____

Fax: _____

Email: _____

DATED this ____ day of _____, 2007.

_____
Signature