IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

## UNOPPOSED JOINT MOTION TO AMEND THE SCHEDULING ORDER

The parties, through their respective counsel, pursuant to Rules 6(b) and 16(b) of the Federal Rules of Civil Procedure and Local Rules 7.1A, 7.1B, and 7.1F., jointly file this Motion To Amend The Scheduling Order, so that the remaining dates in the scheduling order are extended in order for the parties to efficiently complete remaining discovery in this employment discrimination case. As grounds therefore, the parties state as follows:

1.    The case is progressing. The parties have made disclosures, and commenced discovery and depositions. In addition, the parties recently agreed upon a protective order for certain information in the case, which the Court promptly approved.

2.    However, certain depositions originally set in the scheduling order to be taking place from April 26 – May 11 have had to be rescheduled multiple times (with the consent of the parties). The parties now anticipate resetting them for the end of June and July, subject to witness availability and counsel's schedule, and are now working toward finalizing those new dates. The remaining discovery in the case impacts all the remaining deadlines in the case.

2

3. The deadlines in the scheduling order have not been extended before.

4. For this reason, the parties request the following sections of the scheduling order be amended as follows:

> Section 7.b. Discovery Cutoff: September 24, 2007.
>
> Section 7.c. Dispositive Motion Deadline: November 12, 2007.
>
> Section 7.d.(3). Expert Designation: July 25, 2007.
>
> Section 7.d.(4). Rebuttal Expert Designation: September 4, 2007.

5. A proposed order is attached.

WHEREFORE, for the reasons stated above, the parties respectfully request that the Court amend the scheduling order as set forth above.

Respectfully submitted this 23rd day of May, 2007.

> s/ Ross B.H. Buchanan
> Ross B.H. Buchanan, Esq.
> BUCHANAN, JURDEM & CEDERBERG, P.C.
> 1621 18th Street, Suite 260
> Denver, CO  80202
> Ofc: (303) 297-2277
> Email: rbhbcolo@aol.com
>
> *ATTORNEY FOR PLAINTIFF*
> *JACK MUST*
>
>
> s/ Andrew W. Volin
> Andrew W. Volin, Esq.
> SHERMAN & HOWARD L.L.C.
> 633 Seventeenth Street, Suite 3000
> Denver, CO 80202-3624
> Ofc: (303) 299-8268
> Fax: (303) 298-0940
> Email: AVolin@sah.com

2

EMPLOY\218241.1

s/ Gary J. Benson
Gary J. Benson, Esq.
DWORKIN CHAMBERS WILLIAMS YORK
  BENSON & EVANS, P.C.
3900 E. Mexico Avenue, Suite 1300
Denver, CO 80210
Ofc: (303) 584-0990
Fax: (303) 584-0995
Email: gbenson@dnvrlaw.com

*ATTORNEYS FOR DEFENDANT*
*AMERICAN FURNITURE WAREHOUSE*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 23rd day of May, 2007, I electronically filed the foregoing **UNOPPOSED JOINT MOTION TO AMEND THE SCHEDULING ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following e-mail addresses:

*Via email:* **rbhbcolo@aol.com**

Ross B.H. Buchanan, Esq.
BUCHANAN, JURDEM & CEDERBERG, P.C.

                s/ Marilyn Badolato, Assistant to Andrew W. Volin

4

EMPLOY\218241.1