IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

**ORDER RE UNOPPOSED JOINT MOTION TO AMEND THE SCHEDULING ORDER**

This matter is before the Court on the parties Unopposed Joint Motion to Amend the Scheduling Order filed on May 23, 2007.

IT IS ORDERED that the Motion is GRANTED, and the scheduling order is amended as follows:

1. Section 7.b. Discovery Cutoff: September 24, 2007.
2. Section 7.c. Dispositive Motion Deadline: November 12, 2007.
3. Section 7.d.(3). Expert Designation: July 25, 2007.
4. Section 7.d.(4). Rebuttal Expert Designation: September 4, 2007.

Dated this _____ day of _____, 2007.

                BY THE COURT:

                _____