IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 06-CV-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO.,
a Colorado corporation d/b/a AMERICAN
FURNITURE WAREHOUSE,

    Defendant.

## SECOND UNOPPOSED JOINT MOTION
## TO AMEND SCHEDULING ORDER

    The parties, through their respective counsel, pursuant to Rules 6(b) and 16(b) of the Federal Rules of Civil Procedure and Local Rules 7.1A, 7.1B and 7.1F, jointly file this Second Unopposed Joint Motion to Amend Scheduling Order, so that the remaining dates in the scheduling order are extended in order for the parties to efficiently complete remaining discovery in this employment discrimination case. As grounds therefore, the parties state as follows:

    1.    Discovery and trial preparation are progressing. The parties have made disclosures, and exchanged written discovery requests and responses. Plaintiff was deposed on May 8, 2007. After two previous settings which needed to be continued due to conflicting professional commitments of counsel, or the summer vacation schedules of counsel and/or

witnesses, the seven (7) employees of Defendant American Furniture Warehouse, originally set out in the Scheduling Order, were finally deposed during the week of August 27-31, 2007.

2. However, additional discovery remains to be completed, and it is necessary that deadlines set forth in the Scheduling Order be extended so that such additional discovery may be completed in advance of those deadlines.

3. The deadlines in the Scheduling Order have been extended once before by Minute Order dated May 23, 2007.

4. For the foregoing reasons, the parties request the following sections of the Scheduling Order be amended as follows:

    Section 7.b Discovery Cutoff:   November 26, 2007

    Section 7.c Dispositive Motion Deadline:   January 14, 2008

    Section 7.d(3) Expert Designation:   September 25, 2007

    Section 7.d(4) Rebuttal Expert Designation:   November 5, 2007

5. A proposed Order is attached.

WHEREFORE, for the reasons stated above, the parties respectfully request that the Court amend the Scheduling Order as set forth above.

DATED this 11th day of September, 2007.

| | |
|---|---|
| **BUCHANAN, JURDEM &** <br> **CEDERBERG, P.C.** | **SHERMAN & HOWARD, LLC** |
| By: *[signature]* <br> Ross B.H. Buchanan, Esq. | By: *[signature]* <br> Andrew W. Volin, Esq. |
| 1621 18th Street, Suite 260 <br> Denver, CO 80202 <br> Telephone: (303) 297-2277 | 633 17th Street, Suite 3000 <br> Denver, CO 80202 <br> Telephone: (303) 297-2900 |
| ATTORNEYS FOR PLAINTIFF | Gary J. Benson, Esq. <br> DWORKIN CHAMBERS & <br> WILLIAMS, P.C. <br> 3900 E. Mexico Avenue, Suite 1300 <br> Denver, CO 80210 <br> Telephone: (303) 584-0990 |
| | ATTORNEYS FOR DEFENDANT |