# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 06-CV-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation d/b/a AMERICAN FURNITURE WAREHOUSE,

    Defendant.

## ORDER RE: SECOND UNOPPOSED JOINT MOTION TO AMEND SCHEDULING ORDER

This matter is before the Court on the parties Second Unopposed Joint Motion to Amend the Scheduling Order, filed on September 11, 2007.

IT IS ORDERED that the Motion is GRANTED, and the Scheduling Order is amended as follows:

    Section 7.b Discovery Cutoff:  November 26, 2007

    Section 7.c Dispositive Motion Deadline:  January 14, 2008

    Section 7.d(3) Expert Designation:  September 25, 2007

    Section 7.d(4) Rebuttal Expert Designation:  November 5, 2007

DATED this _____ day of _____, 2007.

                                      BY THE COURT:

                                      _____