IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01872-RPM

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a AMERICAN FURNITURE WAREHOUSE,

    Defendant.

---

ORDER AMENDING SCHEDULING ORDER

---

Pursuant to the Second Unopposed Joint Motion to Amend Scheduling Order [20] filed on September 11, 2007, it is

ORDERED that the Scheduling Order is amended as follows:

    Section 7.b Discovery Cutoff: November 26, 2007

    Section 7.c Dispositive Motion Deadline: January 14, 2008

    Section 7.d(3) Expert Designation: September 25, 2007

    Section 7.d(4) Rebuttal Expert Designation: November 5, 2007

Dated: September 11TH, 2007

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____

                      Richard P. Matsch, Senior District Judge