# MINUTE ENTRY FOR SETTLEMENT CONFERENCE

TO: DOCKETING

DATED: December 28, 2007

FROM: Michael E. Hegarty
United States Magistrate Judge

RE: Settlement conference in *Must v. American Furniture Warehouse*, 06-cv-01872-RPM

__X__  A settlement conference was commenced on February 9, 2007 and continued at various times to December 10, 2007 and to this date, and a settlement has not been reached.

_____  A settlement conference was held on this date, and a settlement has been reached.

__X__  The settlement conference was held for 5 and ½ hours total.

__X__  The settlement negotiations were concluded.

__X__  No record was made.

_____  A written record was made.