IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

_____

ORDER FOR CALENDAR CALL
_____

Upon review of the files in the civil actions that are subject to this order, the Court has determined that trials should now be scheduled by convening a Calendar Call to be attended by trial counsel. Recognizing that discovery may not have been completed, that motions may be pending and that there have been no pretrial conferences held, the Court must depend upon counsel to provide necessary information in a **joint statement to be handed up when the case is called**. Accordingly, it is

ORDERED that counsel responsible for the trial of the cases on the attached list will appear at a Calendar Call on **February 29, 2008,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado, at the time designated.

In all cases, counsel are directed to meet at least 10 days before the Calendar Call and prepare a joint status statement answering the following questions:

> Has all discovery been completed?
> Is it reasonable to expect that counsel will agree on a pretrial order
> without convening a pretrial conference?
> Are any motions pending or contemplated?
> Is this a jury trial?
> What is the expected length of trial?
> What is the probability of settlement?

These statements will be handed up at the Calendar Call, and will be considered in setting the trial date. Counsel responsible for the case must be present to respond to the court's questions. Trial dates are expected to be within six months of the Calendar Call.

Dated: January 14, 2008

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge
**CALENDAR CALL**

February 29, 2008

### 8:00 a.m.

| | | |
|---|---|---|
| 06-cv-1735-RPM | DIANA MONTOYA v. THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT | Lee A. Berish<br>David B. Gelman<br>Jennifer C. Madsen |
| 06-CV-1872-RPM-MEH | JACK MUST v. AMERICAN FURNITURE WAREHOUSE CO. d/b/a AMERICAN FURNITURE WAREHOUSE | Ross B. H. Buchanan<br>Andrew W. Volin<br>Gary J. Benson |
| 06-cv-1893-RPM | LEO REFUERZO v. JASON GALLEGOS and JASON D. HINRICHS | David A. Lane<br>Marcel Krzystek<br>Heidi M. Miller |
| 06-cv-2239-RPM-CBS | THOMAS MARTINEZ v. UNITED STATES OF AMERICA | Thomas A. Bulger<br>Mark S. Pestal |
| 06-cv-2578-RPM | HEATHER A. HEMBREE v. BOARD OF COUNTY COMMISSIONERS, WELD COUNTY, COLORADO d/b/a WELD COUNTY DIVISION OF HUMAN SERVICES' TRANSPORTATION DEPT. | Lonn M. Heymann<br>Thomas Lyons<br>Katherine M. L. Pratt |

### 8:30 a.m.

| | | |
|---|---|---|
| 97-cv-29-RPM | BUCK MALOY MELTON v. CITY OF GUNNISON, COLORADO, OFFICER RONALD MOORE, and OFFICER GRACE COWAN | Sean McDermott<br>Eric M. Ziporin |
| 07-cv-170-RPM-CBS | RUSSELL A. PULS, JR. V. LANDMARK COMMUNITY NEWSPAPERS, INC., and<br><br>LANDMARK COMMUNITY NEWSPAPERS OF COLORADO, INC. | Bruce G. Smith<br>William M. Furr<br>Barbara A. Grandjean |
| 07-cv-355-RPM | LOREE McCORMICK-RICE and CASSIDY RICE v. CHARLES DeSHAZER and DILLON COMPANIES, INC., d/b/a KING SOOPERS, INC., and | David A. Lane<br>Elisabeth Hunt White<br>Peter R. Morales<br>David R. Osborne<br>Stephen Higgins |

EARNEST SANDS							Jonathan Streelman


## CALENDAR CALL - February 29, 2008


**8:30 a.m.**  (Cont'd)


07-cv-371-RPM		CHARLES CARDWELL and		James A. Reed
			VICKI CALDWELL v.		Andrew D. Ringel
			THE COUNTY OF PARK,		Richard Lamphere
			FRED WEGENER,			Stephen U. Mullens
			MONTE GORE,			Michael Obernesser
			GREGORY S. FLINT,		Dennis Hartley
			STEVEN GROOME,			Katherine M. L. Pratt
			SHAWNA WHITEOWL and
			MARK DAMON


07-cv-540-RPM-CBS		FREDERICK M. ANTHONY v.		Phillip S. Lorenzo
			EDWARD J. WALSH,		Keith P. Ray
			GARY LEV,			Hollie L. Wieland
			MICHAEL WALSH, and
			WILD HORSE INVESTMENT PARTNERS,
			  LLC


07-cv-551-RPM		STEVE A. BOSTWICK v.		Fredric A. Bremseth
			UNION PACIFIC RAILROAD COMPANY	Jack David Robinson
							Steven E. Napper
							Mark C. Hansen


07-cv-729-RPM		DUANE ROBERTSON v.		Philip W. Bledsoe
			THE AVATAR GROUP, INC.,		Nicole A. Westbrook
			INTELLINETICS, INC.,		Randolph S. Dement
			A. MICHAEL CHRETIEN, and
			MATTHEW L. CHRETIEN


07-cv-922-RPM		REBECCA A. CAPPS v.		John R Olsen
			LEVEL 3 COMMUNICATIONS, LLC	Meghan W. Martinez
							Leah VanLandschoot


3