IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

Defendant.

---

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

COMES NOW, Defendant American Furniture Warehouse Co. ("AFW"), through its undersigned counsel, pursuant to Fed.R.Civ.P. 56(b) and (c) and D.C.Colo.LCivR 56.1A, and hereby respectfully moves for summary judgment in its favor and against Plaintiff.[1] As grounds therefore, AFW states that as more fully set forth in the accompanying brief, with respect to the issues upon which this motion is based, there are no genuine issues as to the material facts, and AFW is entitled to judgment in its favor as a matter of law.

---

[1] This motion is timely filed pursuant to the deadline set in the Court's Order dated September 11, 2007.

EMPLOY\284016.1

Respectfully submitted this 14th day of January, 2008.

s/ Andrew W. Volin
**Andrew W. Volin, Esq.**
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
Facsimile:   (303) 298-0940
E-Mail:      AVolin@sah.com

Gary J. Benson, Esq.
DWORKIN, CHAMBERS & WILLIAMS, P.C.
3900 E. Mexico Avenue, Suite 1300
Denver, CO  80210
Phone:(303) 584-0990
Fax:(303) 584-0995
E-mail:gbenson@dnvrlaw.com

*Attorneys for Defendant*
*American Furniture Warehouse*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2008, I electronically filed the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

*Via email: rbhbcolo@aol.com*

Ross B.H. Buchanan, Esq.
BUCHANAN, JURDEM & CEDERBERG, P.C.

                                                                s/M. Chona Baxter, Legal Assistant to
                                                                Andrew W. Volin, Esq.

EMPLOY\284016.1