IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

## INDEX OF EXHIBITS

**Submitted By Defendant
In Support of Its Motion for Summary Judgment**

Crystal Hayes Affidavit………………………………………………………………A-1

Jacob "Jake" Jabs Affidavit……………………………………………………………A-2

Jack Must Deposition Transcript Excerpts ……………………………………………A-3

Deposition Exhibit 1…………………………………………………………………...A-4

Plaintiff's Document No. 12……………………………………………………………A-5

Andrew Zuppa Deposition Transcript Excerpts……………………………………….A-6

Andrew Zuppa Affidavit………………………………………………………………A-7

Lori Tieleke Affidavit…………………………………………………………………..A-8

Jacob "Jake" Jabs Deposition Transcript Excerpts ……………………………..……..A-9

William Michael Buscietta Deposition Transcript Excerpts …………………………..A-10

William Michael Buscietta Affidavit…………………………………………………...A-11

Crystal Hayes Deposition Transcript Excerpts …………………………………………A-12

EMPLOY\284847.1

Thomas K. Ward Deposition Transcript Excerpts ........................................A-13

Nolan P. Morrison Deposition Transcript Excerpts ......................................A-14

Nolan P. Morrison Affidavit.........................................................................A-15

Deposition Exhibit 4....................................................................................A-16

Deposition Exhibit 2....................................................................................A-17

Deposition Exhibit 31..................................................................................A-18

Dale Pepper Deposition Transcript Excerpts..............................................A-19

Deposition Exhibit 58..................................................................................A-20

Plaintiff's Document Nos. 367-368..............................................................A-21

Deposition Exhibit 12..................................................................................A-22

Deposition Exhibit 13..................................................................................A-23

Deposition Exhibit 14..................................................................................A-24

Respectfully submitted this 14th day of January, 2008.

s/ Andrew W. Volin
**Andrew W. Volin, Esq.**
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
Facsimile:  (303) 298-0940
E-Mail:     AVolin@sah.com

Gary J. Benson, Esq.
DWORKIN, CHAMBERS & WILLIAMS, P.C.
3900 E. Mexico Avenue, Suite 1300
Denver, CO  80210
Phone:(303) 584-0990
Fax:(303) 584-0995
E-mail:gbenson@dnvrlaw.com

*Attorneys for Defendant*
*American Furniture Warehouse*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 14th day of January, 2008, I electronically filed the foregoing **INDEX OF EXHIBITS SUBMITTED BY DEFENDANT IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

*Via email: rbhbcolo@aol.com*

Ross B.H. Buchanan, Esq.
BUCHANAN, JURDEM & CEDERBERG, P.C.

                s/M. Chona Baxter, Legal Assistant to
                Andrew W. Volin, Esq.

3