IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

---

## EXHIBIT A-1

## CRYSTAL HAYES AFFIDAVIT

### Submitted By Defendant
### In Support Of Its Motion For Summary Judgment

---

Respectfully submitted this 14th day of January, 2008.

        s/ Andrew W. Volin
        **Andrew W. Volin, Esq.**
        SHERMAN & HOWARD L.L.C.
        633 Seventeenth Street, Suite 3000
        Denver, CO 80202
        Telephone: (303) 297-2900
        Facsimile:  (303) 298-0940
        E-Mail:    AVolin@sah.com

        Gary J. Benson, Esq.
        DWORKIN, CHAMBERS & WILLIAMS, P.C.
        3900 E. Mexico Avenue, Suite 1300
        Denver, CO 80210
        Phone:(303) 584-0990
        Fax:(303) 584-0995
        E-mail:gbenson@dnvrlaw.com
        *Attorneys for Defendant*
        *American Furniture Warehouse*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH
JACK MUST,
    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE
    Defendant.

---

### AFFIDAVIT OF CRYSTAL HAYES

---

COMES NOW The Affiant, first being duly sworn, and deposes and states of her own personal knowledge as follows:

1. My name is Crystal Hayes. I am the Human Resource Manager for American Furniture Warehouse ("AFW").

2. AFW is a furniture retailer with multiple stores in Colorado; most are in the Denver metro area and along the front range.

3. In 1998, Thornton was AFW's main store and warehouse location, and also corporate headquarters. In 2001, corporate headquarters were moved to the new Compark facility, which is AFW's largest facility.

4. On May 14, 2001, Andrew Zuppa moved the Westminster Store Manager, Chris Smatla, back into a sales position. Mr. Smatla had started at AFW in sales. Mr. Smatla was 29 years of age.

5. Mr. Smatla was replaced by Mr. Must, who was 46 years of age at the time.

6. At the same time he moved Mr. Smatla into sales in May, 2001, Mr. Zuppa also moved Carl Willey back into a sales position. Mr. Willey was 30 years of age.

1

7. After Mr. Smatla and Mr. Willey were moved back into sales, no Store Managers were fired or moved out of that position for the rest of 2001.

8. In 2002, the only Store Manager fired or moved out of that position was Steve Sanner. Mr. Sanner was hired for a sales position in 1998 (at age 45), promoted to Store Manager at the Southwest location in October, 2001 (at age 47), and terminated about seven months later in May 2002 for poor performance. He was replaced by Richard Dawson, who had been hired the year before (Mr. Dawson was age 51 when he replaced Mr. Sanner).

9. Also in 2002, AFW did move a Sales Manager and Assistant Store Manager back into sales positions, and one Warehouse Manager into an hourly warehouse position.

10. At AFW, being moved out of a management position is not necessarily permanent. One of the managers moved out of management in 2002, Mr. Villa, has been re-promoted twice, and is now the Warehouse Manager at the Compark location, which is AFW's largest warehouse.

11. No Store Managers were fired or moved from their jobs in 2003, but AFW did move two other non-Store Managers into sales.

12. One of the managers moved into sales in 2003, Mr. Stevenson, has been re-promoted twice, and is now a Store Manager.

13. Health insurance costs at AFW were not, and are not, based on age.

14. When AFW paid the entire cost of health insurance for management level employees such as Mr. Must during part of his employment, that benefit was based on whether the person had a particular management level position, and was not based on seniority, or age.

15. AFW stopped paying the entire amount of manager's health insurance in 2002; after this date, AFW contributed a fixed amount per month to the monthly premium for whatever plan chosen by those personnel.

EMPLOY\284358.1
EMPLOY\284798.1

16. Salary and bonus were not, and are not, linked at AFW to age or seniority.

17. Nolan Morrison was the immediate replacement for Mr. Must as the Westminster Store Manager, and when Mr. Morrison was made Store Manager his salary and bonus level were made the same as when Mr. Must was made Store Manager.

18. In April, 2005, Mr. Zuppa replaced Mr. Morrison as the Westminster Store Manager with Beth Gurecki; Ms. Gurecki is 49 years of age (the same age Mr. Must was when Mr. Zuppa removed him as Store Manager).

19. In April, 2005 (almost 10 months after Mr. Must quit), AFW fired Richard Dawson as the Store Manager at the Southwest location because AFW believed Mr. Dawson had lied to Mr. Zuppa about being at the store when he was not, and had instructed a subordinate to lie to him, which followed a period of performance issues.

20. Patrick Glavey was not a Store Manager at AFW; he was fired in 2002 as a Sales Manager after four years of employment, and replaced by Roger Tomasek.

21. Mr. Tomasek was later promoted to Store Manager at AFW; he voluntarily resigned, but that was after Mr. Must's employment ended.

FURTHER AFFIANT SAYETH NAUGHT.

_Crystal Hayes_
Crystal Hayes

STATE OF COLORADO   )
                    ) ss.
COUNTY OF _Douglas_ )

I hereby certify that the foregoing AFFIDAVIT OF CRYSTAL HAYES was subscribed and sworn to before me on this _11_ day of January, 2008.

WITNESS my official hand and seal.

3

EMPLOY\284358.1
EMPLOY\284798.1

My commission expires: __8-31-2010__.

_____
Notary Public

[SEAL]

EMPLOY\284358.1
EMPLOY\284798.1