IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

---

## EXHIBIT A-2

## JACOB "JAKE" JABS AFFIDAVIT

**Submitted By Defendant
In Support Of Its Motion For Summary Judgment**

---

Respectfully submitted this 14th day of January, 2008.

        s/ Andrew W. Volin
        **Andrew W. Volin, Esq.**
        SHERMAN & HOWARD L.L.C.
        633 Seventeenth Street, Suite 3000
        Denver, CO 80202
        Telephone: (303) 297-2900
        Facsimile:   (303) 298-0940
        E-Mail:      AVolin@sah.com

        Gary J. Benson, Esq.
        DWORKIN, CHAMBERS & WILLIAMS, P.C.
        3900 E. Mexico Avenue, Suite 1300
        Denver, CO  80210
        Phone:(303) 584-0990
        Fax:(303) 584-0995
        E-mail:gbenson@dnvrlaw.com
        *Attorneys for Defendant
        American Furniture Warehouse*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH
JACK MUST,
    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE
    Defendant.

---

### AFFIDAVIT OF JAKE JABS

---

COMES NOW The Affiant, first being duly sworn, and deposes and states of his own personal knowledge as follows:

1.     My name is Jake Jabs. I am the President and CEO of American Furniture Warehouse Co..

2.     My date of birth is November 23, 1930.

3.     Jack Must's age had nothing to do with the decision to move him from the Store Manager position back into sales.

4.     I am aware of the allegation in the Complaint in this case in which Mr. Must alleges I made comments that I "intended to 'go younger' in hiring and retention decisions." I have never had such an intention, and I deny making this statement as alleged in the Complaint.

5.     I am aware of the allegation in the Complaint in this case in which Mr. Must alleges I made comments that "'high school girls' could sell AFW's merchandise" and "that AFW salespersons should be terminated and replaced with 'high school girls.'" I have never decided to terminate AFW's sales staff and replace them with "high school girls" and I deny making this statement as alleged in the Complaint.

1

FURTHER AFFIANT SAYETH NAUGHT.

_____
Jacob Jabs

STATE OF COLORADO       )
                        ) ss.
COUNTY OF _Douglas_     )

I hereby certify that the foregoing AFFIDAVIT OF JACOB JABS was subscribed and sworn to before me on this ___ day of January, 2008.

WITNESS my official hand and seal.

My commission expires: _April 26, 2007_ .

_Crystal Hayes_
Notary Public

[SEAL]

(Notary seal: CRYSTAL HAYES, NOTARY PUBLIC, STATE OF COLORADO — My Commission Expires 04/26/2010)

2