IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

     Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

     Defendant.

---

## EXHIBIT A-3 (1 of 2)

## JACK MUST DEPOSITION TRANSCRIPT EXCERPTS

### Submitted By Defendant
### In Support Of Its Motion For Summary Judgment

---

Respectfully submitted this 14th day of January, 2008.

s/ Andrew W. Volin
**Andrew W. Volin, Esq.**
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
Facsimile:  (303) 298-0940
E-Mail:      AVolin@sah.com

Gary J. Benson, Esq.
DWORKIN, CHAMBERS & WILLIAMS, P.C.
3900 E. Mexico Avenue, Suite 1300
Denver, CO  80210
Phone:(303) 584-0990
Fax:(303) 584-0995
E-mail:gbenson@dnvrlaw.com
*Attorneys for Defendant*
*American Furniture Warehouse*

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
        Civil Action No. 06-cv-01872-RPM-MEH
 3      _____

 4                  DEPOSITION OF JACK MUST
                      Tuesday, May 8, 2007
 5      _____

 6      JACK MUST,

 7      Plaintiff,

 8      vs.

 9      AMERICAN FURNITURE WAREHOUSE CO., a Colorado
        corporation, d/b/a AMERICAN FURNITURE WAREHOUSE,
10
        Defendant.
11      _____

12      APPEARANCES:

13      For Plaintiff:  Buchanan, Jurdem & Cederberg, P.C.
                        By Ross B.H. Buchanan, Esq.
14                      1621 18th Street, Suite 260
                        Denver, Colorado 80202
15                      303.297.2277

16      For Defendant:  Sherman & Howard L.L.C.
                        By Andrew W. Volin, Esq.
17                      633 17th Street, Suite 3000
                        Denver, Colorado 80202
18                      303.297.2900

19                      Dworkin Chambers Williams York
                          Benson & Evans, P.C.
20                      By Gary J. Benson, Esq.
                        3900 E. Mexico Avenue, Suite 1300
21                      Denver, Colorado 80210
                        303.584.0990
22
        Also Present:   Andrew Zuppa
23

24

25
```

1       Q    Who else was there?

2       A    Just my attorney.

3       Q    Did you review any documents in preparation

4    for your deposition?

5       A    Yes, we did.

6       Q    And what documents did you look at?

7       A    We reviewed my ledger.  We reviewed some

8    numbers that the store has that I had and one review

9    where I was written up in '02.

10      Q    Did you look at any other documents in

11   advance of your deposition to prepare?

12      A    No.

13      Q    Did you speak with anyone else besides your

14   attorney to prepare for your deposition?

15      A    My wife.

16      Q    Anyone else?

17      A    No.

18      Q    Is your wife's name Marjorie?

19      A    Yes.

20      Q    Your date of birth?

21      A    10/23/54.

22      Q    And where do you live?

23      A    Thornton, Colorado.

24      Q    Is the address 13160 Birch Way?

25      A    Yes.

Page 13

1      Q      Between 40 and $45,000 a year?

2      A      Uh-huh.

3      Q      You have to say yes or no.

4      A      Yes.

5      Q      Another thing I just noticed about the

6  deposition procedure is that you need to wait until

7  I'm done asking a question before you begin to

8  respond so that we're not talking over each other.

9      A      Okay.

10     Q      So if you agree to wait before responding

11 until you know that I'm done that would be helpful.

12 Is that all right?

13     A      Yes.

14     Q      Likewise, I'd like to wait before asking a

15 question until you're done answering my last

16 question.  So if you have more to add to an answer

17 when I start asking another question, will you let me

18 know?

19     A      Yes, I will.

20     Q      Why did you leave Levitz in Florida?

21     A      Levitz went out of business in Florida, and

22 they were closing the store, and they offered to move

23 me to any other Levitz that I wanted to go to.

24     Q      And so were you moved to another Levitz

25 store?

```
 1        A    Yes.

 2        Q    Which store was that?

 3        A    Denver store in Lakewood, Sixth Avenue and

 4   Simms.

 5        Q    And how long did you work there?

 6        A    Six months.

 7        Q    So all together Levitz in Florida and

 8   Levitz in Colorado is two and a half years?

 9        A    Yes.

10        Q    And then why did you leave Levitz in

11   Colorado?

12        A    They closed the store.

13        Q    So you were laid off?

14        A    I wasn't laid off.  Basically they were

15   closing the store, and I had to make a move.

16        Q    Your work at Levitz in furniture sales, was

17   that management or nonmanagement?

18        A    Nonmanagement.

19        Q    And before Levitz where did you work?

20        A    American Furniture Warehouse.

21        Q    Not after Levitz but before you went to

22   work for Levitz?

23        A    American Furniture Warehouse in Denver,

24   58th and I-25.

25        Q    That was your job immediately prior to
```

1     Q   How long did you work at Rhodes?

2     A   I'd say probably four months, maybe.

3     Q   And what did you do there?

4     A   Sell.  Sales.

5     Q   Furniture sales?

6     A   Yes.

7     Q   Management?

8     A   No.

9     Q   And what was your income there?

10    A   Probably 40,000 a year.

11    Q   Any other employers between your two stints

12 at American Furniture Warehouse besides Rhodes, Ed

13 Jansen, and Levitz?

14    A   No, not that I can recall.

15    Q   And then you mentioned working at American

16 Furniture Warehouse, and sometimes I'll say that, and

17 sometimes I'll say AFW.  Either one is fine with you;

18 right?

19    A   Yes.

20    Q   When was your first stint at AFW?

21    A   I went to work there in 1988.

22    Q   How long did you work there?

23    A   Three and a half years.

24    Q   And you worked in furniture sales?

25    A   Yes.

1      Q    Nonmanagement?

2      A    Yes.

3      Q    And what did you make in sales then?

4      A    I'd say roughly 40 to 50,000 a year.

5      Q    Did you have any complaints about the way

6    you were treated at AFW during your first stint

7    there?

8      A    No, not at all.

9      Q    Did you get to know Mr. Jabs?

10     A    Yes.

11     Q    Would you agree that Mr. Jabs feels that

12   customer service is one of the keys to success in the

13   retail furniture business?

14     A    Yes.

15     Q    Why'd you leave AFW after your first stint?

16     A    Because I got offered a position in

17   Florida, and Ed Jansen Furniture moved me down there,

18   so I decided to give it a try.

19     Q    Were you unhappy which anything about your

20   employment at AFW?

21     A    No.

22     Q    What was appealing about the Ed Jansen

23   opportunity in Florida?

24     A    I just thought it would be nice to make a

25   change and to go a different area and see how we

Page 18

1   liked it.

2       Q    But you only worked at Ed Jansen for a

3   month, you said?

4       A    Yes.

5       Q    What happened that things didn't turn out?

6       A    Well, pretty much what they told me the job

7   was, wasn't.

8       Q    So you quit?

9       A    Yes.

10      Q    And then you decided to stay in Florida

11  rather than coming back to Colorado?

12      A    Yes.   I had a house there.

13      Q    Before coming to work for AFW in June of

14  1998, did you have any management experience in the

15  retail furniture business?

16      A    No.

17      Q    Did you have any management experience of

18  any type in retail jobs?

19      A    No.

20      Q    Did you have any other furniture sales

21  experience other than the three jobs in Florida and

22  AFW?

23      A    Yes.

24      Q    What other furniture sales experience did

25  you have?

1       A     I worked for Weberg's Furniture in Grand

2    Junction, and I worked for Weberg's Furniture in

3    Denver.

4       Q     And how long did you work for Weberg's

5    total?

6       A     Six years.

7       Q     That was all sales?

8       A     Yes.

9       Q     And do you recall what you earned then at

10   Weberg?

11      A     Back then it was probably 35,000 a year.

12      Q     You were hired to work at AFW at the end of

13   June 1998?

14      A     Yes.

15      Q     You were hired into a furniture sales job?

16      A     Yes.

17      Q     At the Thornton store?

18      A     Yes.

19      Q     You were paid strictly commissions?

20      A     Correct, yes.

21      Q     And your age at that time was 43?

22      A     Yes.

23      Q     Do you know who made the decision to hire

24   you?

25      A     Mike Buscietta.

1      A      Yes.

2      Q      And this is a form that you signed at the

3   beginning of your employment with AFW when you

4   rejoined them in 1998?

5      A      Yes.

6      Q      Above your signature it states, "I

7   understand that my employment relationship with AFW

8   is one of voluntary employment at-will which may be

9   terminated at any time by AFW or myself, and that no

10   contract agreement of employment, expressed or

11   applied, has been established between AFW and me."

12   Did I read that correctly?

13      A      Yes.

14      Q      You understood that you were an at-will

15   employee; correct?

16      A      Yes.

17      Q      And you agreed that your employment could

18   be terminated at any time; correct?

19      A      Yes.

20      Q      You also received, while you were employed

21   at American Furniture Warehouse, the personnel

22   policies manual.  Do you remember that?

23      A      Yes.

24           (Deposition Exhibit 3 was marked.)

25      Q      (BY MR. VOLIN)   Exhibit 3 I've just handed

1   you, Mr. Must, it's numbered at the bottom 161, and

2   it's got your name and signature with the date of

3   2/6/04; correct?

4       A    Yes.

5       Q    And there you agreed again that your

6   employment with AFW was one of voluntary at-will

7   employment which could be terminated at any time

8   between AFW or yourself; correct?

9       A    Yes.

10      Q    And you agreed that there was no contract

11  of employment, express or implied, between AFW and

12  you; correct?

13      A    Yes.

14      Q    At the time you signed this form in 2004

15  you were store manager; right?

16      A    Yes.

17      Q    But the personnel policy manual still

18  applied to you as a store manager; correct?

19      A    Yes.

20           (Deposition Exhibit 4 was marked.)

21      Q    (BY MR. VOLIN)   Mr. Must, I've handed you a

22  copy of what's been marked as Deposition Exhibit 4,

23  which is a copy of a personnel policy manual as of

24  January 2004.   Do you have that?

25      A    Yes.

HULAC COURT REPORTING, LLC
(303) 331-0131, (303) 331-9898 FAX

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    Q    Let's take a few minutes and go through

2    some of those sections, please.

3         The very first page of the personnel policy

4    manual talks about the importance of the customer;

5    correct?

6    A    Yes.

7    Q    You understood that it was important to AFW

8    and Mr. Jabs that customers were treated right in the

9    stores; right?

10   A    Yes.

11   Q    You understood that Mr. Jabs felt that

12   making sure customers were treated right is the key

13   to making sales?

14   A    Yes.

15   Q    You knew that Mr. Jabs felt it was

16   important that every customer has a positive

17   experience with the sales staff when they come into

18   the store?

19   A    Yes.

20   Q    Continuing to page 2 of the manual,

21   Mr. Must.  In section 1 there you understood that it

22   repeated that the manual was not an employment

23   contract and was not intended to create contractual

24   obligations of any kind; correct?

25   A    Yes.

1     Q     And that management reserved their right to

2   use their best judgment in how to run the stores;

3   correct?

4     A     Yes.

5     Q     Section 2 there, Equal Employment, do you

6   see that section?

7     A     Yes.

8     Q     You understood that AFW had a no

9   discrimination policy; right?

10    A     Yes.

11    Q     And you understood that that policy also

12  prohibited age discrimination?

13    A     Yes.

14    Q     Referring you to page 4 of the manual,

15  section 6, General Conduct, that reinforces the

16  importance of customer service; correct?

17    A     Yes.

18    Q     And the AFW policy was to treat every

19  customer as the most important person to walk through

20  the doors; right?

21    A     Yes.

22    Q     And you understood that every effort had to

23  be made to serve the customers to their satisfaction;

24  right?

25    A     Yes.

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    Q    You understood that it was important for

2   Mr. Jabs that each customer have -- be greeted by a

3   sales representative and be treated well by that

4   sales representative?

5    A    Yes.

6    Q    Referring you actually back to section 2 on

7   page 2, the Equal Employment provisions.  Did you

8   ever have any training as a store manager on

9   discrimination and harassment?

10    A    No.

11    Q    You never attended any training sessions on

12   preventing harassment or discrimination in the

13   stores?

14    A    Harassment but not discrimination.

15    Q    What kind of harassment training do you

16   recall?

17    A    In manager meetings we talked about sexual

18   harassment in meetings.

19    Q    And you understood that if there were

20   issues of unlawful discrimination or harassment, you

21   could bring those concerns to Crystal Hayes in human

22   resources; correct?

23    A    Yes.

24    Q    And you also understood you could bring

25   those concerns to Mr. Jabs; correct?

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    Q    Do you know when he became the assistant

2    general manager?

3    A    It's in my ledger.  I can't recall the

4    exact date.

5    Q    Well, actually he became the general

6    manager in June of 2004.  Before that he was the

7    assistant general manager.

8    A    Yes, I know that.

9    Q    And you think that this policy change was

10    when he became the assistant general manager?

11    A    Yes.

12    Q    The reason for mandatory work days on major

13    holidays and sometimes the day before or after the

14    major holiday is because furniture sales often

15    increase around major holidays; correct?

16    A    Yes.

17    Q    And mandatory work on holidays and

18    sometimes the day before or after a major holiday is

19    one of the ways in which furniture retail can

20    maintain difficult hours; correct?

21    A    Yes.

22    Q    Referring you to pages 11 and 12 of the

23    manual, you see how that deals with section 21 or 22,

24    Employee Performance and Disciplinary Action that

25    continues on from page 11 to page 12?

7385b839-6b05-4c2d-99dd-b245f322c6d5

```
 1        A    Yes.
 2        Q    You understood that if management thinks an
 3   employee's performance falls short of their standards
 4   and expectations then management can take corrective
 5   action; right?
 6        A    Yes.
 7        Q    And you understood that management can do
 8   things that range from a verbal warning to
 9   termination; right?
10        A    Yes.
11        Q    And it was totally up to management what
12   type of disciplinary action to implement; correct?
13        A    Yes.
14        Q    Management didn't have to use progressive
15   discipline at AFW; correct?
16        A    I don't know.  I don't really know that
17   answer.
18        Q    Well, if you look at 22.3.
19        A    Uh-huh.
20        Q    You see the last sentence there,
21   "Management reserves the right to forgo progressive
22   discipline in certain situations."  Do you see that?
23        A    Yes.
24        Q    Isn't it true that management did not have
25   to use progressive discipline at AFW?
```

1       A     Yes.

2       Q     And there was no policy that had to be

3  followed before a person could be demoted or fired;

4  correct?

5       A     Yes.

6       Q     There's no policy in this manual about

7  demotions, is there?

8       A     No.

9       Q     So there was nothing in writing restricting

10  management's ability to demote employees if they felt

11  that was appropriate; correct?

12            MR. BUCHANAN:  Object to the form.

13       Q    (BY MR. VOLIN)  You can still answer.

14            MR. BUCHANAN:  If you understand the

15  question, go ahead and answer.

16       A    I don't understand it totally.

17       Q    (BY MR. VOLIN)  What don't you understand

18  about my question?

19       A    Can you ask it again?

20            MR. VOLIN:  Read it back, please.

21            (The reporter read the last question.)

22            MR. BUCHANAN:  Object to the form.

23       A    Object to the form.

24            MR. BUCHANAN:  I object.  You answer if

25  you've got an answer.

7385b839-6b05-4c2d-99dd-b245f322c6d5

1          A     I don't have an answer.

2          Q     (BY MR. VOLIN)  Were you aware of anything

3     that restricted AFW's ability to demote employees?

4          A     No.

5          Q     Referring you to page 13, section 24 of the

6     personnel manual.  You see that as a grievance

7     procedure?

8          A     Yes.

9          Q     And that grievance procedure applied to any

10    disagreement where there was no specific policy that

11    clarified the problem section; correct?

12         A     Yes.

13         Q     But to use the grievance procedure, you

14    have to submit a written grievance; correct?

15         A     Yes.

16         Q     Did you ever submit any written grievances?

17         A     No.

18         Q     Did you ever have any grievances against

19    AFW?

20              MR. BUCHANAN:  Object to the form.  Other

21    than this lawsuit, you mean, other than the

22    circumstances giving right to this lawsuit?

23              MR. VOLIN:  I'm talking in general.

24              MR. BUCHANAN:  At all?

25              MR. VOLIN:  At all.

7385b839-6b05-4c2d-99dd-b245f322c6d5

1       A    No.

2       Q    (BY MR. VOLIN)   Referring you to page 15,

3   paragraph or section 28 refers to Management Rights.

4   Do you see that?

5       A    Uh-huh.  Yes.

6       Q    And AFW reserved the right to change the

7   policies in the personnel manual; correct?

8       A    Yes.

9       Q    And they also stated the manual is not

10  intended to create an express or implied contract of

11  any kind; correct?

12      A    Yes.

13      Q    You understood and agreed to that; correct?

14      A    Yes.

15      Q    You were promoted in early June 1999 from a

16  sales position to the management training program;

17  correct?

18      A    Yes.

19      Q    Your age at that time was 44?

20      A    Yes.

21      Q    At that time your compensation changed from

22  strictly commission to 500 a week salary plus a 400

23  draw -- $400 a week draw against a bonus?

24      A    Yes.

25      Q    And that bonus was paid four times a year?

1      A     Yes.

2      Q     By June of 1999 when you were promoted you

3   had worked just under a year in sales; correct?

4      A     Yes.

5      Q     And you earned about $1,000 a week when you

6   were working in sales; correct?

7      A     I'd say no.

8      Q     Do you recall what you earned during that

9   year that you worked in sales?

10     A     I would have to refer to my W-2s.  I can't

11  recall.

12     Q     If I had -- I produced records recently to

13  your lawyer that showed that at an annualized rate

14  your earnings while you worked in sales were over

15  $50,000.

16           MR. BUCHANAN:  I'm going to object.  I

17  didn't get any such documents.  We talked about

18  getting some documents, but I haven't seen any

19  documents.

20           MR. VOLIN:  Let's go off the record.

21           (A discussion was held off the record.)

22     Q     (BY MR. VOLIN)  We're back on the record

23  and clarified what happened with these documents that

24  I provided to Mr. Buchanan that he didn't apparently

25  get.

1          Mr. Must, from the time of your hire by AFW

2    in June of 1998 until the time you were promoted to

3    the management training program in June of 1999, did

4    you have any complaints about the way you were

5    treated by AFW?

6          A    No.

7          Q    Do you know who made the decision to

8    promote you to the management training program?

9          A    Andrew Zuppa and Scott Whatley approached

10   me.

11         Q    Were you told why that decision was made?

12         A    I was told that they thought I'd be a good

13   manager and if I ever thought of maybe moving up in

14   the company.

15         Q    Anything else you were told?

16         A    Yeah.  Part of the benefits of being a

17   manager is that your insurance is paid for for you

18   and your family which was attractive to me.

19         Q    Was there anything else that was told to

20   you at that time about your new job in the management

21   training program?

22         A    Not that I can recall.

23         Q    What were you told about the expectations

24   of you and your job performance when you moved from

25   sales into the management training program?

1       A      I was told that they thought that I would

2    make a good manager and that I'd probably do real

3    well for the company.

4       Q      Do you recall what they said about what

5    expectations they had for you and your performance?

6       A      No.   They expected me to run the store,

7    keep the store looking nice, be a good, fair manager

8    to the people that would work under me.

9       Q      At the time you were promoted into the

10   management training program you moved from the

11   Thornton store to the Westminster store?

12      A      Yes.

13      Q      How'd your job duties change?

14      A      Well, I wasn't selling furniture any more,

15   so I basically was learning how to run the store and

16   the office, the warehouse, the salespeople.   I had a

17   lot of responsibilities.

18      Q      Do you remember who the store manager was?

19      A      When I got there it was Jerry Beemer.

20      Q      Was there an assistant store manager?

21      A      Yes.

22      Q      Who?

23      A      George Doorman.

24      Q      Just one?

25      A      Yes.

1    perception of your performance; correct?

2         A    At that time, yes.

3         Q    In the beginning of February 2001, you were

4    promoted to the assistant store manager at

5    Westminster; correct?

6         A    Rephrase that again.

7         Q    You were promoted to the assistant store

8    manager position at the Westminster store in early

9    February 2001; correct?

10        A    Yes.

11        Q    Your age at that time was 46?

12        A    Yes.

13        Q    You'd been in the management training

14   program for over a year and a half?

15        A    Yes.

16        Q    From the time that you were promoted in

17   June of '99 to the management training program to the

18   time you were promoted to the assistant store manager

19   position in February of '01, that entire time you

20   were paid the same compensation of 500 a week salary

21   plus $400 a week draw against the quarterly bonus;

22   correct?

23        A    Yes.

24        Q    Your compensation remained the same the

25   entire time you were in the management training

1   program?

2        A     Yes.

3        Q     From the time that you were promoted in

4   June of '99 to the management training program to the

5   time you were promoted to the assistant store manager

6   position in February of 2001, did you have any

7   complaints about the way you were treated?

8        A     No.

9        Q     With that promotion to the assistant store

10   manager position your salary was increased, you were

11   now paid a weekly rate of $1,000 a week; correct?

12        A     Yes.

13        Q     And in addition you were eligible for

14   quarterly bonus; right?

15        A     Yes.

16        Q     Was it your understanding that $1,000 a

17   week was a standard salary for the assistant manager

18   job at that time?

19        A     At that time, yes.

20        Q     Did your job duties change when you became

21   the assistant store manager?

22        A     Yes.

23        Q     How did they change?

24        A     More responsibility.  I had to learn more.

25        Q     Any other way in which your job duties

1   changed?

2       A      Just pretty much had more responsibility

3   toward the store and the company.

4       Q      Were there any other assistant store

5   managers at the time you were promoted to assistant

6   store manager or were you the only one?

7       A      There was one.

8       Q      Who?

9       A      George Doorman.

10      Q      So George remained an assistant store

11  manager when you were promoted to that position?

12      A      Yes.

13      Q      So there were two assistant store managers?

14      A      Yep.

15      Q      And was the store manager still Mr. Beemer?

16      A      Yes.

17      Q      Do you know who made the decision to

18  promote you to assistant store manager?

19      A      Andrew Zuppa.

20      Q      Were you told why the decision was made to

21  promote you?

22      A      Not that I can recall.

23      Q      How would you evaluate your performance

24  while you were in the management training program?

25      A      Exceptional.

Page 44

1      Q   You don't recall that .005 -- I'm

2  sorry -- .0005 was referred to as a half bonus, and

3  point .001 was referred to as a full bonus?

4      A   I wasn't explained that but...

5      Q   Were you done with your answer?

6      A   Yeah.

7      Q   At the end of June 2001, AFW promoted you

8  to the store manager position in Westminster;

9  correct?

10     A   Yes.

11     Q   You'd only been the assistant manager about

12  four months at that time; correct?

13     A   I don't recall that short of a time as

14  assistant manager.

15     Q   Well, were you promoted to assistant

16  manager in February 2001; correct?

17         MR. BUCHANAN:  If you remember.  Tell him

18  what you remember.

19     A   Well, I don't remember because I went into

20  management training and after three, four weeks of

21  manager training, I was an assistant manager at

22  Westminster.  When I first went over there, I was

23  assistant manager, as far as I knew so...

24         (Deposition Exhibit 7 was marked.)

25     Q   (BY MR. VOLIN)  Mr. Must, I've handed you

1  what's been marked as Exhibit 7, and it's a form from

2  your personnel file showing that the pay period

3  ending February 4, 2001, your job title changed from

4  management trainee program to assistant store manager

5  and that your salary changed as well.  Do you see

6  that?

7        A     Yes.

8        Q     Does that refresh your recollection that

9  you had only been the assistant manager about four

10  months when you were promoted to the store manager?

11       A     Yes.

12       Q     And your age at that time was 46?

13       A     Yes.

14       Q     From the time that you were promoted in

15  February of 2001 to the assistant store manager

16  position to the time you were promoted in June '01 to

17  the store manager position, you say you received the

18  same thousand dollars weekly salary the entire time;

19  correct?

20       A     Yes.

21       Q     From the time that you were promoted in

22  February of 2001 to the assistant store manager

23  position to the time you were promoted in June 2001

24  to the store manager position, did you have any

25  complaints about the way AFW treated you?

1       A    No.

2       Q    As part of your promotion in June 2001 to

3  the store manager position, your weekly salary was

4  changed to 1153.85 per week; correct?

5       A    Yes.

6       Q    And that works out to about $60,000 a year;

7  correct?

8       A    Yes.

9       Q    And that was your weekly compensation the

10  entire time you served as the store manager of

11  Westminster; correct?

12      A    Yes.

13           (Deposition Exhibit 8 was marked.)

14      Q    (BY MR. VOLIN)  Mr. Must, I'm handing you

15  what's marked as Exhibit 8 and numbered at the bottom

16  as 132.  This is a form from your personnel file

17  showing that as of June 25, 2001 your weekly salary

18  was changed from $1,000 to 1153.85 and that you were

19  still on the bonus factor of .0005.  Do you see that?

20      A    Yes.

21      Q    Does that refresh your recollection that at

22  the time you were made the store manager, although

23  your weekly salary was increased, your bonus amount

24  was kept the same; correct?

25      A    Yes.

1     A     Yes.

2     Q     Do you remember which store he came from?

3     A     I believe he was at southwest store.

4     Q     Was he the store manager there or assistant
5 store manager?

6     A     Assistant store manager.

7     Q     So AFW moved the assistant store manager at
8 another store to become the store manager at
9 Westminster when Mr. Beemer left?

10     A     Yes.

11     Q     What were you told by Mr. Zuppa or
12 Mr. Buscietta about what the expectations were for
13 you and the store as a result of your promotion to
14 store manager?

15     A     I was expected a lot of, to get the store
16 looking right, get the merchandise right.  Keep the
17 sales up, keep the warehouse clean, keep everything
18 running smooth.

19     Q     And do you recall specifically what they
20 told you about keeping sales up?

21     A     Not specifically.

22     Q     But you understood that it was your job to
23 do everything possible to maximize the sales in the
24 store?

25     A     Yes.

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    Q    Were you ever given anything in writing

2  about what the company's expectations were of you as

3  a store manager?

4    A    I can't recall.

5    Q    But you had -- as a store manager, you had

6  total responsibility for that store; correct?

7         MR. BUCHANAN:  Object to form.

8    A    Yes.

9    Q    (BY MR. VOLIN)  Everything in the store;

10  right?

11         MR. BUCHANAN:  Object to form.

12    Q    (BY MR. VOLIN)  You can answer.

13    A    I didn't hear it.

14    Q    You had total responsibility for everything

15  in the store; correct?

16    A    Ultimately, yes.

17    Q    Would it be fair to say that you were

18  supposed to act in place of Mr. Jabs when he wasn't

19  there?

20    A    I don't understand the question.

21    Q    Would it be fair to say that your job was

22  to make sure the store was in a position to maximize

23  the potential sales?

24    A    Yes.

25    Q    And would you agree that what the store

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    manager does or doesn't do can impact the sales of

2    the store?

3         A    Yes.

4         Q    You were aware that management expected you

5    to do all you could to make store sales as high as

6    possible; correct?

7         A    Yes.

8         Q    You were aware that management expected you

9    to fix any problems that might be preventing the

10   store from selling as much as it could?

11        A    Yes.

12        Q    While you were the store manager did you

13   ever receive an annual written performance

14   evaluation?

15        A    No.

16        Q    Do you know if other store managers did?

17        A    I would not know that.

18        Q    At least during the time you were a store

19   manager, were you unaware of any practice of

20   providing annual written performance evaluations;

21   correct?

22        A    Yes.

23        Q    But while you were the store manager you

24   would get oral feedback about your performance and

25   the store's performance; correct?

7385b839-6b05-4c2d-99dd-b245f322c6d5

1      Q     And when was the first time you felt he was
2    dishonest with you?

3      A     I can't recall exactly when, but many times
4    when I was the store manager.

5      Q     Did you ever tell anyone that he was a
6    liar?

7      A     Not in those words.

8      Q     Similar words?

9      A     Maybe yeah.  I guess similar but not in
10   those exact words.

11     Q     What words do you recall using that would
12   be similar to liar that you would have used to
13   describe Mr. Zuppa?

14     A     At this time I can't recall.

15     Q     And who did you make those comments to
16   about Mr. Zuppa?

17     A     Oh, probably a few people.

18     Q     Do you recall who any of those people were?

19     A     My wife for one.

20     Q     Do you recall if you ever made any comments
21   like that to any AFW employees?

22     A     Not in those words.

23     Q     Did you ever make any comments to any AFW
24   employees about Mr. Zuppa that were negative comments
25   about him?

7385b839-6b05-4c2d-99dd-b245f322c6d5

1      A      Yes.

2      Q      And to which employees and what did you say

3   to them?

4      A      I can't recall who and where and when.

5      Q      You made negative comments about Mr. Zuppa

6   to Tom Ward, the assistant store manager at

7   Westminster?

8      A      I might have.

9      Q      (Inaudible response.)

10      A      I might have.  As he also made them to me.

11      Q      Would you have made negative comments about

12   Mr. Zuppa to other Westminster store employees?

13      A      I might have.

14      Q      Anyone that you recall specifically?

15      A      No.

16      Q      Do you recall what you said to Mr. Ward

17   about Mr. Zuppa --

18      A      I can't --

19      Q      -- that was a negative comment?

20      A      I can't recall.

21      Q      Did you ever refer to Mr. Zuppa as Jake's

22   pit bull?

23      A      No.

24      Q      Do you recall any terms that you used about

25   Mr. Zuppa?

7385b839-6b05-4c2d-99dd-b245f322c6d5

1      A      Not that I can recall.

2      Q      Let me ask you some questions about the

3   store visits by management personnel while you were

4   the store manager.  Is it true that the idea for

5   store visits is for the corporate staff as a third

6   party to come in and observe and notice problems with

7   either staffing, the displays, or the property?

8      A      Yes.

9      Q      And as the store manager, you have to then

10  prioritize what they tell you needs to be done;

11  correct?

12     A      Yes.

13     Q      But anything that Mr. Jabs says to do you

14  have to do right away; correct?

15     A      Yes.

16     Q      Anything Mr. Buscietta says to do while he

17  was the general manager you had to do right away;

18  right?

19     A      Yes.

20     Q      And anything Mr. Zuppa said needed to be

21  done when he was the general manager you need to do

22  right away; correct?

23     A      Yes.

24     Q      Did you notice that the frequency of visits

25  to your store by store management depended on how

1   many problems were being brought to your attention so

2   if there were more problems being brought up there

3   would be more visits?

4       A    No.

5       Q    Did the frequency of store visits stay the

6   same as far as you can tell?

7       A    They were pretty regular.

8       Q    And how regular?

9       A    Usually once a week someone would come in

10  during the week for a floor walk, and then they'd

11  have a buyer or a corporate person there for the

12  Saturday morning meeting.

13      Q    Did Mr. Jabs raise problems with you about

14  your store when he came to visit your store and do

15  floor walks with you?

16      A    No.

17      Q    You don't recall him ever raising any

18  problems with you?

19      A    I got more positive feedback than negative

20  feedback from Jake when he'd come in my store.

21      Q    Did he ever raise with you issues that he

22  thought needed to be improved or corrected?

23      A    Yeah.  We'd talk about floor moves and

24  merchandise.

25      Q    So he raised negative issues with you as

1   well as positive issues?

2        A    At times.

3        Q    How about Mr. Buscietta, did Mr. Buscietta

4   raise issues with you that needed to be corrected?

5        A    That's their job, yes.  That's what they

6   do.  Any store they come into they do that.

7        Q    I'm asking about the interactions that you

8   had at your store now.

9        A    Yes.

10       Q    And Mr. Zuppa also raised issues with you

11  about things that he thought needed to be corrected?

12       A    Yes.

13       Q    Do you recall any of the specific things

14  that Mr. Zuppa raised with you about things that he

15  thought needed to be corrected when he had floor

16  walks with you?

17       A    Andrew complained about everything so I

18  expected that.

19       Q    What was your reaction to his complaints?

20       A    Harassment.

21       Q    Was Mr. Zuppa coming to your store to do

22  floor walks from the time you became store manager in

23  2001 or did he also start visiting your store at some

24  point after that?

25       A    He started visiting the store after that

1    point, probably he'd come in on some Saturday

2    meetings before he was promoted, but after he got

3    promoted, then he was frequently there more.

4         Q     And when you say when he was promoted, you

5    mean to general manager?

6         A     Yes.  And assistant general manager.

7         Q     So when he was promoted to assistant

8    general manager he started coming to the store

9    himself more than he had before?

10        A     Oh, yeah, yes.

11        Q     And then when he was promoted to general

12   manager, he came even more than he had when he was

13   assistant general manager?

14        A     At times, yes.

15        Q     And how often when he was the assistant

16   general manager would he come to your store?

17        A     Once or twice a week.

18        Q     And then when he was the general manager,

19   how often did he come to your store?

20        A     I was only there for a month after he

21   became general manager, but I'd say sometimes two,

22   three times a week.

23        Q     And you felt that during the time that he

24   was the assistant general manager and general manager

25   that he was always complaining about things to you?

1      A    Yes.

2      Q    And you felt that all those complaints to

3  you during that entire time period were what you

4  characterized as harassment?

5      A    Yes.

6      Q    Do you recall any of the specific items

7  that he raised with you that he felt were harassment?

8      A    Complaining about the numbers and how

9  the -- these guys would starve if they had to live

10 off our store.  A lot of this is on record and on

11 tape.

12     Q    Well, you produced a tape recording of a

13 floor walk in June 2004; correct?

14     A    Yes.

15     Q    Do you have any other tape recording

16 besides that?

17     A    No.

18     Q    Then when you say -- also said this is on

19 record, you're referring to your notes?

20     A    Yes.

21     Q    The ledger that begins in June 2004?

22     A    Yes.

23     Q    Do you have any notes of any visits by

24 Mr. Zuppa before June of 2004?

25     A    No.

1    Q   You know, you're answering my question

2   before I'm done asking it, so I'd ask you, again, to

3   please wait until I'm done asking it before you

4   answer so that we can make sure that the transcript

5   is as accurate as possible.  All right?

6   A   Yes.

7    MR. BUCHANAN:  For the record, I thought

8   you were done too so.  We'll do it.  It looked to me

9   like the question was over when he answered it,

10  that's all.

11   Q   (BY MR. VOLIN)  Before June of 2004 there

12  were times when Mr. Zuppa complained to you that he

13  felt customers weren't being helped by sales staff;

14  correct?

15   A   Yes.

16   Q   And you felt these complaints were unfair?

17   A   Yes.

18   Q   Any time that Mr. Zuppa complained to you

19  about something that was wrong in the store that you

20  disagreed with you considered that to be harassment?

21   A   With Andrew, yes, because it was -- he was

22  always negative and always had a complaint.  He never

23  had anything positive to talk about so...

24   Q   One of the problems that you identified

25  that he raised was customers not being helped, not

1   had a chance to go through this yet, but I'll ask you

2   questions about it later.  So I just wanted to

3   identify it for now.

4           I will note though that the first page

5   shows your earnings and sales on the left column in

6   1998 and 1999 before you moved to salary in the

7   management training program, and that those numbers

8   come from payroll records and that at the last page

9   of this, Exhibit 10, we annualized those numbers for

10  a full year since you were only in sales for actually

11  50 weeks, not 52, and that when we annualized them,

12  we came up with about $51,000.  Do you see that?

13      A    Yes.

14      Q    Does that sound about right?

15      A    Yes.

16           (Deposition Exhibit 11 was marked.)

17      Q    (BY MR. VOLIN)  Mr. Must, I've handed you

18  what's been marked as Exhibit 11 that's identified at

19  the bottom as page or number 180.  That's a memo you

20  received in October of 2001 about your bonus;

21  correct?

22      A    Yes.

23      Q    And you were at this time moved to a bonus

24  amount of one-tenth of 1 percent from the -- which

25  was double the prior amount; correct?

1       A       Yes.

2       Q       This would be referred to as full bonus;

3    right?

4       A       Yes.

5       Q       It was still discretionary whether this

6    would be provided to you on a quarterly basis;

7    correct?

8       A       Yes.

9       Q       And it was based on company-wide profits

10   still, not the store's performance; correct?

11      A       Yes.

12      Q       And you understood that management could

13   cut or withhold your bonus based on what they thought

14   about your performance?

15      A       Yes.

16      Q       Earlier in your testimony you described

17   Mr. Zuppa's visits to your store while he was

18   assistant general manager and then general manager,

19   and you said that he was always negative.  Do you

20   recall that testimony?

21      A       Yes.

22      Q       Did you ever tell him you thought he was

23   being too negative?

24      A       Yes.

25      Q       And do you recall what his response was

1    when that happened?

2         A    I don't recall.

3         Q    And did you ever talk with other store

4    managers about their experience with Mr. Zuppa when

5    he visited their stores?

6         A    Yes.

7         Q    And did you hear from them that he was

8    negative when he visited other stores as well?

9         A    Yes.

10        Q    So that was his sort of management style,

11   that he was more negative than positive?

12        A    Well, if I can kind of say a little bit

13   more about this.

14        Q    Sure.

15        A    When Andrew first promoted me and when

16   Andrew -- when I took over the store as store manager

17   Andrew came in a lot.  When he did come in, he was

18   very supportive of me.  Told me my store looked good

19   because we were painting walls and fixing up the

20   store, and I was doing a good job, and at that time

21   he was more supportive of me.

22        Q    Is this during the first six months or so

23   that you were store manager?

24        A    I'd say first year.

25        Q    And then something happened around your

1   first anniversary as store manager that he got more

2   negative?

3        A    I don't know if it would be my first

4   anniversary.  I would say as he moved up.

5        Q    What do you mean "as he moved up"?

6        A    As he moved up in the company into

7   assistant manager or general manager and general

8   manager.  His promotions with the company.

9        Q    So over time Mr. Zuppa just got gradually

10  more negative with you?

11       A    Yes.

12       Q    And it was your experience from talking to

13  other store managers that they felt he also got more

14  negative with them?

15       A    Yes.

16       Q    Were you aware that in the 12-month period

17  before you were promoted to store manager at the

18  Westminster store that the store's sales at

19  Westminster had increased from the prior 12-month

20  period?

21       A    While I was there, I believe there was an

22  increase, yes.

23       Q    Were you aware that the store had gone from

24  three months with sales of at least a million dollars

25  to five months with sales of at least a million

1    dollars in that 12-month period immediately you

2    becoming the store manager?

3              MR. BUCHANAN:  I'm going to object.

4              Can you read the last two questions back.

5    I kind of lost the time frame.  It may just be me.

6    It probably is.

7              (The reporter read the last question.)

8        A    I would have to see the numbers.  I can't

9    recall on that.

10       Q    (BY MR. VOLIN)  Do you know who made the

11   decision to raise you to full bonus in October 2001?

12       A    I don't recall.

13       Q    Do you know why that decision was made?

14       A    I would say because I became a store

15   manager instead of an assistant.

16       Q    Well, when you became store manager you

17   were kept at half bonus initially.  We just saw that

18   in Exhibit 8.

19       A    I don't recall.

20       Q    Now, from the time you were first promoted

21   to store manager in June of '01 through the end of

22   your first year as store manager in June of '02, did

23   you have any complaints about the way you were

24   treated?

25       A    No.

1       Q     How would you evaluate the store's

2   performance during the first year you were store

3   manager from July of '01 through June of '02?

4       A     I think the store's performance was

5   excellent.

6       Q     And what do you base that on?

7       A     I base that on me taking over and cleaning

8   the store up.  The store -- I'd have buyers come in

9   and tell me that the store never looked as good as it

10  did now.  Like I said, I took a lot of pride in that

11  store.

12      Q     Do you recall whether the store's

13  performance and how the store's performance in your

14  first year as store manager compared with the year

15  before you were made store manager?

16      A     Again, I would have to look at the numbers,

17  but I think it was pretty consistent as far as I can

18  recall.

19      Q     The second year you were store manager from

20  July of 2002 through June of 2003, did you have any

21  complaints about the way you were treated?

22      A     No.

23      Q     And how would you evaluate the store's

24  performance in your second year as a store manager

25  from July of '02 through June of '03?

1      A    Same as the first, excellent.

2      Q    Okay.  Now, let's talk about the third year

3   of your store -- of your tenure as the store manager

4   which would go from July of 2003 through June of

5   2004, but I want to back up that last month because I

6   know the last month June of 2004 there was a lot of

7   events that took place.  Let's say for those first 11

8   months July '03 through May 2004, did you have any

9   complaints about the way you were treated during that

10  time period?

11     A    Not that I recall.

12     Q    And how would you evaluate the store's

13  performance during that same time period, July of '03

14  through May of '04?

15     A    I'd say the same as the first two years.

16  It was doing fine.  It was excellent.

17     Q    And do you recall how the store's sales

18  figures for that period compared to the prior period?

19     A    Without seeing them, I couldn't tell you,

20  but I believe they were consistently about the same,

21  if not better.

22     Q    It's your recollection that the store sales

23  numbers were consistently the same each year that you

24  were store manager, if not better, so that you --

25  it's your recollection that store sales increased

Page 75

1    during each of those one-year periods from the prior

2    period?

3         A    At times, yes.

4         Q    What do you mean by "at times"?

5         A    Those numbers fluctuated, and like I said,

6    without seeing them, I couldn't tell you for sure.

7         Q    During that first year that you were store

8    manager, do you recall any events taking place that

9    would have negatively impacted the store sales

10   numbers?

11        A    No.

12        Q    How about during your second year as store

13   manager, do you recall any event that would have

14   negatively impacted the store sales numbers?

15        A    No.

16        Q    How about during your third year as store

17   manager, do you recall any events taking place that

18   would have negatively impacted your store sales

19   numbers?

20        A    No.

21        Q    Your second year as store sales manager

22   started in July of 2002; correct?

23        A    Yes.

24             (Deposition Exhibit 12 was marked.)

25        Q    (BY MR. VOLIN)  Mr. Must, I'm giving you

1    what's been marked as Exhibit 12 and numbered at the

2    bottom as 174.  Do you recognize that as a written

3    write-up that you received in early July of 2002?

4         A    Yes.

5         Q    And management felt that you had problems

6    in managing your staff?

7         A    I didn't, but I guess they felt that way,

8    yes.

9         Q    And that management felt that you were

10   letting some people come in late and others not?

11        A    They believed that, yes.

12        Q    And management felt that you weren't

13   holding daily sales meetings at the correct time;

14   correct?

15        A    They believed that, yes.

16        Q    And management believed that you didn't

17   have the store cleaned and ready when it was time to

18   open?

19        A    They believed that, yes.

20        Q    You didn't write any rebuttal or

21   explanation to this write-up, did you?

22        A    No, I didn't.

23        Q    Did you disagree with anything in this

24   write-up?

25        A    Yes.

1    Q    What did you disagree with?

2    A    All of it.

3    Q    If you disagreed with all of it, did you

4  express to anyone that you disagreed with it?

5    A    I had mentioned to Jake that this is an

6  isolated incident when I had the two salespeople call

7  me that were late that morning but that didn't seem

8  to matter.

9    Q    Do you know whose decision it was to write

10  you up?

11    A    I don't.

12         (Deposition Exhibit 13 was marked.)

13    Q    (BY MR. VOLIN)  Mr. Must, I've given you

14  what's been marked as Exhibit 13 and numbered at the

15  bottom as 173.  This is a letter to you dated July

16  12, 2002, from Mr. Jabs.  Do you recall getting this?

17    A    Yes.

18    Q    And you understood that Mr. Jabs felt you

19  were getting lax with salespeople?

20    A    He believed that, I believe, yes.

21    Q    And he said that it was the store manager's

22  responsibility to make sure the sales staff was doing

23  their job correctly; right?

24    A    Yes.

25    Q    You agreed with that; right?

1  Q I mean, you've got two write-ups that we've

2 just gone over; right?

3  A Got one write-up.

4  Q One write-up from Mr. Buscietta, Exhibit 12

5 and then the letter from Mr. Jabs, Exhibit 13, and

6 I'll tell you that your bonus in your second year as

7 manager was cut in half, even if you don't recall

8 that.

9  A I don't.

10  Q I'll represent to you that's a fact, and

11 you can look at records we've produced.  It may

12 refresh your recollection.  But it's still your

13 recollection that you don't recall that management

14 felt that your performance needed to improve during

15 your second year as store manager?

16  A I always wanted to improve as store

17 manager, so...

18  Q You felt there were ways in which the

19 store's performance could be improved during your

20 second year as store manager?

21  A Every year it could improve.

22  Q And you were aware that management felt

23 that your store's performance needed to be improved

24 while you were in your second year as store manager;

25 correct?

1        A        I would say yes.

2                 (Deposition Exhibit 14 was marked.)

3        Q        (BY MR. VOLIN)   I've handed you what's been

4    marked as Exhibit 14 numbered at the bottom page

5    169.   This is a memo you received in March of 2003

6    about mandatory work days on holidays; correct?

7        A        Yes.

8        Q        Do you recall the circumstances of getting

9    this memo?

10       A        I believe all store managers got this memo.

11       Q        You see the first line where it says, "It

12   has come to my attention that not all managers are

13   aware of the mandatory work days for employees and

14   managers"?   Do you see that?

15       A        Yes.

16       Q        Do you recall that there was some incident

17   around this time period that led to this memo being

18   sent out?

19       A        Not caused by me.

20       Q        Do you remember some incident involving

21   anyone else?

22       A        Not that I know.

23       Q        Did you have any disagreement with this

24   memo?

25       A        No.

7385b839-6b05-4c2d-99dd-b245f322c6d5

1      Q    Did you understand this policy required

2   mandatory work days on holidays because that's when

3   management expected sales would increase?

4      A    I was there every holiday that came

5   around.

6      Q    And earlier in your testimony you mentioned

7   a change in the policy about working on the Sunday

8   before a Monday holiday.  As of March 2003, what was

9   the policy, as you recall, about working on a

10  Sunday --

11     A    Nonexistent.

12     Q    -- before a Monday holiday?

13     A    It didn't exist.

14     Q    So in 2003 if a major holiday fell on a

15  Monday, you could take Sunday off?

16     A    Yes.

17     Q    And then when was the policy changed so

18  that if a holiday fell on a Monday managers had to

19  work on the Sunday?

20     A    That would be after Mr. Zuppa was promoted.

21     Q    After he was promoted to general manager?

22     A    I don't recall if it was general manager or

23  assistant general manager, but it did change

24  somewhere in that time frame.

25     Q    Well, I'll tell you that he became general

1  stores?

2  A  Yes.

3  Q  And the purpose of that system was to save

4  money in a variety of different ways; correct?

5  A  I guess.  I don't recall.

6  Q  You don't recall what the purpose was of

7  the signature capture position?

8  A  Well, the purpose that I understood was to

9  speed up the pickups in the warehouse and eliminate a

10  little more paperwork with the signatures.

11  Q  And you didn't understand that there was

12  any cost savings associated with it?

13  A  There might have been.

14  Q  As the store manager it was your

15  responsibility to make sure the system was working in

16  your store; correct?

17  A  Absolutely not.

18  Q  It was your responsibility to report

19  problems and make sure they were fixed; correct?

20  A  Yes.

21  Q  You said it wasn't your responsibility to

22  make sure the system was working in the store.  Whose

23  responsibility was it?

24  A  That would be Mike Buscietta's at that

25  time.

1       Q    As of May of 2004 the system in your store

2 hadn't been working for four or five months; correct?

3       A    They had it in place, but the systems

4 hadn't come out and actually implemented it and put

5 it together.

6       Q    So it hadn't been working even though it

7 was there at the store; correct?

8       A    Correct.

9       Q    And at the end of May, systems personnel

10 did come to the store and made sure it was working;

11 correct?

12       A    As far as I know, yes.

13       Q    Do you know whether Mr. Buscietta felt it

14 was your responsibility to make sure that your store

15 system was working?

16       A    He might have.

17       Q    This issue about the system in your store

18 not working.  This came up in May of 2004, and that's

19 why the systems people showed up at the end of that

20 month and fixed it; right?

21       A    Yeah.  Because Mike Buscietta finally told

22 them to do it.

23       Q    And do you recall how it was that Mike

24 Buscietta found out that it wasn't working?

25       A    Jake Jabs called him.

1        Q     What happened was that Jake Jabs was at

2     your store in May of 2004, and the subject of the

3     signature capture system came up and you told him

4     that it was there, but it hadn't been working for

5     four or five months; correct?

6        A     That's correct.

7        Q     And then after that Mr. Jabs contacted

8     Mr. Buscietta and then the problem is fixed?

9        A     Yeah.  And he called Mike on his cell phone

10    and told Mike that it's not Jack's responsibility,

11    it's your responsibility to get the system up and

12    running, yes.

13       Q     And that's a conversation that happened in

14    May of 2004?

15       A     Yes.

16       Q     Had you -- before your conversation with

17    Mr. Jabs where you told him that the system hadn't

18    been working for four or five months, had you

19    reported to Mr. Buscietta this problem with the

20    system?

21             MR. BUCHANAN:  Object to the form.

22       A     I don't recall.

23       Q     (BY MR. VOLIN)  Had you reported to anyone

24    in corporate management that the system hadn't been

25    working?

1        A     I recall store visits prior to that that I
2    probably did mention something to somebody.
3        Q     You don't remember one way or the other for
4    sure?
5        A     I don't recall for sure.
6        Q     So is it possible that the first time
7    corporate management, meaning Mr. Buscietta,
8    Mr. Zuppa, Mr. Jabs, the first time they could have
9    found out that your system wasn't working is when you
10   had this conversation with Mr. Jabs in your store in
11   May of 2004?
12       A     It's possible.
13       Q     Let me talk to you a little bit about the
14   store sales in May 2004.  May is typically a bigger
15   sales month than January through April; correct?
16       A     Yes.
17       Q     And that's because May has got holidays and
18   the weather is better, both of which helps sales;
19   right?
20       A     Yes.
21       Q     You recall how the sales for the
22   Westminster store in May of 2004 compared to the
23   sales in May of 2003?
24       A     As far as my recollection, our store was
25   down $28,000, I believe.

1    any discussion about making sure corporate is

2    informed about problems in the stores?

3        A    I don't recall that at all.

4        Q    So it could have happened, but you don't

5    remember one way or the other?

6        A    I don't recall that.

7        Q    Do you recall any of the topics that came

8    up at the June managers meeting?

9        A    They talk about a lot of things, and it

10   drags on for a long time, and I did take notes, but I

11   don't have them with me so...  There's a lot of

12   things talked about.

13       Q    Do you have notes of managers meetings or

14   other events that took place --

15       A    I did --

16       Q    -- during your employment at AFW?

17       A    I did take notes at the meetings.  I don't

18   have them now this far past, but I did -- we all took

19   notes.

20       Q    Well, do you have any records or notes

21   about your employment at AFW other than what you've

22   provided to your lawyer in this case?

23       A    No.  No, sir.

24       Q    And at some point after your employment

25   with AFW ended, did you destroy all the other records

1    that you had?

2         A    Yes.

3         Q    And do you recall when that destruction

4    took place?

5         A    I don't recall the exact date but shortly

6    after.

7         Q    Was it before you filed your charge of

8    discrimination?

9         A    Yes.

10        Q    Was it before you had retained Mr. Buchanan

11   to be your lawyer?

12        A    Yes.

13        Q    And why did you destroy all those records

14   about your employment?

15        A    Because I didn't think I needed any of that

16   stuff.

17        Q    At the time that you left your employment

18   with AFW, one of the last things you said to

19   Mr. Zuppa in your meeting with him is, I'll see you

20   in court; right?

21        A    Yes.

22        Q    So even at the time of your separation with

23   employment with AFW, you intended to take the company

24   to court; right?

25        A    Yes.

1      Q    But you still destroyed documents about

2    your employment; right?

3      A    That basically -- those meetings was my

4    personal notes that I didn't feel were necessary for

5    me to keep.

6      Q    What else did you destroy after the

7    termination of your employment with AFW other than

8    your notes of managers meetings?  What other

9    documents were there?

10     A    Nothing.

11     Q    And how many managers meeting notes had you

12   kept?

13     A    Some of them I'd keep for a month and

14   destroy them.  Some probably two months' worth of

15   stuff.  I didn't keep years' worth of stuff.

16     Q    Do you recall how many pages of notes you

17   destroyed --

18     A    I don't --

19     Q    -- after you left your employment with AFW?

20     A    I don't.

21     Q    At that June -- at that June 2004 managers

22   meeting one of the things that happened was

23   Mr. Buscietta distributed the quarterly bonus checks;

24   correct?

25     A    Yes.

1      Q    And when he got to you, he didn't give you

2    your check, he told you to meet him in his office

3    after the meeting; correct?

4      A    Yes.

5      Q    Do you recall anything else that happened

6    during the meeting, the managers meeting itself

7    before your meeting with Mr. Buscietta in his office?

8      A    No.

9      Q    You made notes about that meeting in his

10   office?

11     A    On my ledger, yes.

12     Q    If that's what you want to call.

13     A    Yes, I sure did.

14          (Deposition Exhibit 15 was marked.)

15     Q    (BY MR. VOLIN)  Mr. Must, I've handed you

16   what's been marked as Exhibit 15, and it's numbered

17   at the bottom as pages 22 through 29.  These appear

18   to be handwritten notes by you with various dates.

19   Is this what you referred to earlier in your

20   testimony as your ledger?

21     A    Yes.

22     Q    And do you have any other handwritten notes

23   of events during your employment with AFW other than

24   the notes that are Exhibit 15?

25     A    No.

1      Q     Because everything else you destroyed?

2      A     Yes.

3      Q     Did you start taking these notes on June

4   2nd, 2004?

5      A     Yes.

6      Q     And when was the first time that you -- you

7   made these notes?  Was it the afternoon of June 2,

8   2004 or was it the next day?

9      A     This would be when I got back from the

10  managers meeting the afternoon, early evening.

11     Q     So in the evening of June 2, 2004, you made

12  the first page and a half of notes that are

13  Exhibit 15?

14     A     Yes.

15     Q     Had you made notes before of your

16  interactions with Mr. Zuppa or Mr. Buscietta or

17  Mr. Jabs?

18     A     No.

19     Q     So this was the first time that you had

20  made notes like this?

21     A     Yes.

22     Q     Did you put in these notes of -- about the

23  meeting on June 2, 2004 everything that you felt was

24  significant?

25     A     Yes.

1     Q    Have you read these over to refresh your

2   recollection about that meeting with Mr. Buscietta on

3   June 2, 2004?

4     A    Yes.

5     Q    And did reading this help refresh your

6   recollection?

7     A    It's exactly what happened.

8     Q    Do you recall anything else that happened

9   other than what's in the notes?

10    A    No.

11    Q    Did you tape record that meeting in

12  Mr. Buscietta's office on June 2, 2004?

13    A    No.

14    Q    Do you recall that during the meeting in

15  Mr. Buscietta's office the door was open?

16    A    Yes.

17    Q    And that his office was in a row of offices

18  and then there were also cubicles around his office?

19    A    I don't recall but.

20    Q    Do you remember that Mr. Zuppa came in

21  during the meeting with Mr. Buscietta?

22    A    He came in right when we got there, yes.

23    Q    It was your recollection that he came in at

24  the start of the meeting or that he came in soon

25  after it began or which?

1      A     From what I recall, he came in with us.

2      Q     So the meeting began with the three of you

3   together?

4      A     Yes.

5      Q     Do you know if anyone else heard what was

6   said in that meeting besides the three of you?  You

7   testified that the door was open.

8      A     Well, they left the door open.  I don't

9   know.  I don't know who was out there or who heard

10  what.

11     Q     But it took place at about 3:30 in the

12  afternoon?

13     A     Yeah.  It was after the meeting, yes.

14     Q     And Mr. Buscietta said he didn't think you

15  should get a bonus check at all for that quarter;

16  correct?

17     A     Yes.

18     Q     One of the things he complained to you

19  about was the problem with the signature capture

20  system not working?

21     A     Yes.

22     Q     And he told you that you should have been

23  dealing with the problem, rather than using it as an

24  excuse?

25     A     I don't recall exactly what he said but...

1      Q    He told you you should have dealt with the

2   problem rather than letting it sit there for four or

3   five months was the essence of what he said; right?

4      A    He might have.

5      Q    And you took the position that it wasn't

6   your responsibility; correct?

7      A    Ultimately it was probably his

8   responsibility since he's in charge of systems.

9      Q    At that meeting with him, you took the

10  position that it wasn't your responsibility to make

11  sure the systems in your store were working?

12     A    It wasn't fully my responsibility.

13     Q    I'm not asking you if it was fully your

14  responsibility or not.  I'm asking you what you said

15  during the meeting with Mr. Buscietta?

16     A    I don't recall exactly what I said to him.

17     Q    Mr. Zuppa told you you shouldn't be patting

18  yourself on the back about your May sales figures;

19  right?

20     A    Yes.

21     Q    And you told him the store was going to do

22  what it was going to do?

23     A    Yes.

24     Q    You took the position that it wasn't your

25  responsibility if the store sales decreased?

1      A     I ultimately take the responsibility for

2    increase, decrease, anything.

3      Q     So is it your responsibility if the store

4    performance -- sales performance decreases?

5      A     To some extent, yes.

6      Q     You knew at that meeting that both

7    Mr. Buscietta and Mr. Zuppa felt that your

8    performance was unacceptable; correct?

9      A     With their attitudes there, yes.

10     Q     And you felt that your job was in

11   jeopardy --

12     A     Yes.

13     Q     -- at that meeting?  Referring you to the

14   second page of these notes, it says, After about 15

15   minutes of defending myself from this harassment by

16   these two general managers.  Do you see that?

17     A     Yep.

18     Q     What do you mean by defending yourself for

19   15 minutes?  What do you recall that you said?

20     A     Basically defending myself of my job and my

21   position and why I should get my bonus check and how

22   hard I worked for the company and how dedicated I

23   was.  I just couldn't understand why I was getting

24   put through this.

25     Q     You didn't understand why they felt that