IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

      Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

      Defendant.

---

## EXHIBIT A-3 (2 of 2)

## JACK MUST DEPOSITION TRANSCRIPT EXCERPTS

## Submitted By Defendant
## In Support Of Its Motion For Summary Judgment

---

Respectfully submitted this 14th day of January, 2008.

s/ Andrew W. Volin
**Andrew W. Volin, Esq.**
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
Facsimile:   (303) 298-0940
E-Mail:      AVolin@sah.com

Gary J. Benson, Esq.
DWORKIN, CHAMBERS & WILLIAMS, P.C.
3900 E. Mexico Avenue, Suite 1300
Denver, CO  80210
Phone:(303) 584-0990
Fax:(303) 584-0995
E-mail:gbenson@dnvrlaw.com
*Attorneys for Defendant*
*American Furniture Warehouse*

1   your performance was so bad that your bonus should be

2   eliminated?

3       A    That's correct.

4       Q    Do you recall raising your voice to

5   Mr. Buscietta in that meeting?

6       A    I might have.

7       Q    Do you recall shouting at him?

8       A    I don't believe I shouted at them, but they

9   were pretty loud themselves.

10      Q    Had you raised your voice to Mr. Buscietta

11  before?

12      A    I don't recall.  I don't believe I did.

13      Q    So this was the first time you'd raised

14  your voice with Mr. Buscietta as far as you can

15  recall?

16      A    As far as I can recall, yes.

17      Q    Were you aware of any of Mr. Buscietta's

18  other subordinates that were raising their voices

19  with him?

20      A    I wouldn't know that.

21      Q    Would you have raised your voice like that

22  if you had been talking to Mr. Jabs?

23      A    When they're trying to take my money away

24  for no reason, I might have.

25      Q    Do you know what Mr. Buscietta's reaction

1      Q     And did you talk to Mr. Ward about your

2   feelings about the company?

3      A     I may have expressed some feelings as he

4   did to me also.

5      Q     Is it possible you may have complained to

6   Mr. Ward about working at the company?

7      A     It's very possible after these chain of

8   events, yeah.

9      Q     So you think in June of '04 you were

10  complaining to Tom about the company?

11     A     I could have.

12     Q     And do you think during June of '04 you

13  complained to Tom about Mr. Zuppa?

14     A     I could have, although he complained to me

15  about Mr. Zuppa.

16     Q     During June of '04 is it also possible that

17  you complained to Mr. Ward about Mr. Buscietta?

18     A     I don't recall.

19     Q     Did you complain to Mr. Ward about the work

20  hours that were required at the Westminster store?

21     A     No.

22     Q     Did you complain to him about having to

23  work holidays?

24     A     The Sunday, Monday holiday deal, yeah.  But

25  why would he care, he'd have his two days off so...

7385b839-6b05-4c2d-99dd-b245f322c6d5

1      Q     Do you remember telling Mr. Zuppa that you

2  had a problem staying later in the evening because

3  you had to get your kids?

4      A     Some nights I did, yes.  I had to work

5  around my family.

6      Q     And do you recall that sometimes you

7  were -- he had store visits where he was coming to

8  the store in the evening and you couldn't be there?

9      A     Some nights I couldn't be there.  That's

10  why I was scheduled to six.  I had to work around my

11  wife's schedule and my kid's day care.

12      Q     So even though the general manager of the

13  company was coming to visit your store, you felt that

14  because of your personal obligations you couldn't be

15  there when he arrived?

16      A     Most of the time when Crystal called me, I

17  was there.  I made arrangements to be there when I

18  could.

19      Q     How many times do you recall not being able

20  to be there when Mr. Zuppa came to visit the store?

21      A     I don't recall but maybe once, maybe twice,

22  but most of the times he showed up I was there.

23      Q     Exhibit 15, Mr. Must, has got notes about a

24  visit by Mr. Zuppa to the store on June 16, 2004

25  starting on page 26.  Right?

7385b839-6b05-4c2d-99dd-b245f322c6d5

1        Q     And you understood that Mr. Buscietta went

2     from being the general manager to becoming the

3     Thornton store manager?

4        A     Yes.

5        Q     Did you talk to either Mr. Zuppa or

6     Mr. Pepper or Mr. Buscietta about these changes?

7        A     No.

8        Q     Did you think of Mr. Buscietta's move from

9     general manager to Thornton manager as a demotion?

10       A     Could be.

11       Q     Did you regard it as a demotion for

12    Mr. Buscietta?

13       A     I didn't really think of it that way, but

14    I'm sure it could be.

15       Q     Were you aware of any management employees

16    being demoted at AFW while you worked there?

17       A     I'd say probably yes.

18       Q     Do you recall any specific people that you

19    remember being demoted?

20       A     I know Chris Smatla was demoted when

21    he -- I think he went to sales at Compark from what I

22    remember.

23       Q     After being the store manager at

24    Westminster, he was demoted to sales at Compark, you

25    think?

```
 1        A    As far as I know.  I don't think he lasted

 2   very long, but I kind of recall him going there.

 3        Q    Do you recall anyone else that was demoted

 4   from a management job?

 5        A    I can't recall.

 6        Q    Are you aware of whether any employees at

 7   AFW who have been demoted who were ever repromoted?

 8        A    I wouldn't probably know that.

 9        Q    Are you aware of any AFW employees that

10   were in management jobs being moved into sales jobs

11   besides Mr. Smalta?

12        A    Not that I know of that I can recall.

13        Q    In June of 2004 you recall that Mr. Jabs

14   also made store visits?

15        A    Yes.

16        Q    And do you recall that when Mr. Jabs

17   visited in June of 2004 you complained to him about

18   Mr. Buscietta?

19        A    No.

20        Q    Do you recall complaining to Mr. Jabs about

21   Mr. Zuppa?

22        A    Yes.

23        Q    And do you recall what you said to Mr. Jabs

24   about Mr. Zuppa?

25        A    I think I told Jake that Andrew has been
```

 1   .harassing me about the numbers in the store.

 2        Q    Do you think you actually used the term

 3   harassment when you spoke with Mr. Jabs?

 4        A    I believe I did.

 5        Q    And do you recall what his response was?

 6        A    He said, Jack, Andrew shouldn't be hassling

 7   you or harassing you about the numbers because you

 8   have no control over them.

 9        Q    And do you believe you have no control over

10   the numbers as the store manager?

11        A    I wouldn't say I have no control, but I

12   don't have a lot of control.  I have -- I mean,

13   obviously I want the store to do as well as anybody

14   else did at that time.  As long as I ran my store and

15   had my salespeople working out there and taking care

16   of the customers, I believe the store would do what

17   the store's going to do.

18        Q    Did you believe after your meeting with

19   Mr. Buscietta and Mr. Zuppa in Mr. Buscietta's office

20   on June 2, 2004, that that -- their complaints to you

21   had been motivated by your age?

22        A    At that time I wouldn't say it was that.  I

23   just knew that -- I knew that Andrew was out to get

24   me.

25        Q    You felt as of June of '04 he was out to

```
 1   get you?

 2        A     I'd say a little before that.

 3        Q     When did you first get the impression that

 4   Mr. Zuppa was out to get you?  Would it have been May

 5   of '04?

 6        A     Probably.  After this for sure.

 7        Q     When you say "this," you mean after his

 8   promotion to --

 9        A     Right.

10        Q     -- general manager?

11        A     Then I knew for sure.  But I had feelings

12   before that that something was going to -- was going

13   on.  I can't recall the exact date of when I felt

14   that, but I felt it.

15        Q     And that's because he was always negative

16   in his store visits?

17        A     Andrew didn't like that store.  He called

18   it, you know, somewhere off planet earth and they'd

19   all starve if they had to live on it.  A lot of

20   negative statements.

21        Q     Referring you to your notes, Exhibit 15,

22   the bottom of page 24 references an event on Friday,

23   June 4th.  Do you see that?

24        A     Yes.

25        Q     After you complained to Mr. Jabs about
```

1    Mr. Zuppa, Mr. Zuppa called you?

2        A    Yes.

3        Q    And do you know if Mr. Zuppa was unhappy

4    with you for complaining about him to Mr. Jabs?

5        A    I'm sure he was.

6        Q    And Mr. Zuppa told you that Mr. Jabs had

7    told him that he needed to evaluate the store and you

8    and Mr. Ward; correct?

9        A    Yes.

10       Q    And he told you you needed to find ways to

11   increase sales?

12       A    Yes.

13       Q    And he told you that if the sales didn't

14   increase that he would do the paperwork necessary;

15   right?

16       A    Yes.

17       Q    And that was a reference to removing you as

18   store manager; correct?

19       A    That meant that he'd fire me, yes.

20       Q    You interpreted that as him firing you?

21       A    Yes.

22       Q    Why did you interpret it to him firing you

23   as opposed to doing to what happened to Mr. Smalta,

24   demoting that person into sales?

25       A    Because Andrew always has a way to code

1  things, and his words are always different.  I knew

2  what he meant.

3      Q    You thought he meant he would fire you?

4      A    Oh, yes, absolutely.

5      Q    He told you that if things happened like

6  they had in Mr. Buscietta's office it would happen

7  right away?

8      A    Yes.

9      Q    And that was another indication from him

10  that he felt that your behavior in Mr. Buscietta's

11  office had been unacceptable?

12      A    As was theirs, yes.

13      Q    So in early June 2004 you knew your job was

14  on the line?

15      A    Yes.

16      Q    At some point after this conversation with

17  Mr. Zuppa on June 4, he made a store visit that you

18  tape recorded; right?

19      A    Yes.

20      Q    Do you remember if he made store visits in

21  between this conversation on June 4 and the one that

22  you tape recorded?

23      A    I don't recall.

24          (Deposition Exhibit 17 was marked.)

25      Q    (BY MR. VOLIN)  When Mr. Zuppa visited your

1  store on June 16, 2004, you tape recorded that

2  meeting?

3      A   Yes, I did.

4      Q   I've handed you what's been marked as

5  Exhibit 17. You produced a copy of an audio

6  recording, and there's been a transcript made of

7  that, and that's what Exhibit 17 is. So I'll

8  represent to you that this is what we believe was

9  said in that tape recording. Why did you tape record

10  this visit by Mr. Zuppa?

11      A   Because I knew -- I had a feeling what he

12  was out to do.

13      Q   You had a feeling your job was in jeopardy?

14      A   That he was going to get me fired, yes.

15      Q   Did you tell anyone that you were going to

16  tape record the meeting?

17      A   No.

18      Q   In that meeting -- this was a floor walk;

19  right?

20      A   Yes.

21      Q   Mr. Ward was there as well; right?

22      A   Yes.

23      Q   Did you tell him that you were going to

24  tape record the meeting?

25      A   No.

1    Q    Afterwards did you tell him that you had

2  tape recorded the meeting?

3    A    No.

4    Q    Had you ever tape recorded meetings between

5  yourself and AFW management before?

6    A    No.

7    Q    Whose idea was it to tape record the

8  meeting?

9    A    That would be mine.

10    Q    How'd you come up with it?

11    A    Because I knew I had to defend myself, and

12  I knew I needed to have something concrete if I

13  needed it.

14    Q    So you were already thinking on June 16th

15  that you might be taking AFW to court?

16    A    I had a feeling that something could

17  happen, yes.  I was protecting myself and my family.

18    Q    Did you tell Mr. Zuppa you were tape

19  recording him?

20    A    No.

21    Q    Did you ask his permission if it's all

22  right to tape record him?

23    A    No.

24    Q    Do you feel that somebody who secretly tape

25  records conversations with you is trustworthy?

1        A      I did what I had to do.

2        Q      Answer my question.

3              Do you think that someone who secretly tape

4    records their conversation with people is a

5    trustworthy person?

6        A      Yes.

7        Q      Did you alter the tape recording at all

8    after you made it?

9        A      No.

10       Q      Do you have any information about what was

11   said before the tape recording begins?

12       A      Well, we did a floor walk, and then Andrew

13   got back toward the warehouse and he told Tom and I

14   to have a seat, so that's when I turned it off.

15       Q      So how long had Mr. Zuppa been at the store

16   before you started the recording?

17       A      I don't know.  Ten minutes maybe.

18       Q      And do you remember anything that was said

19   or anything that happened before you began the

20   recording?

21       A      No, I don't recall.

22       Q      If you look at the last page of Exhibit 17

23   of this transcript the transcript just sort of ends,

24   but it appears as though the conversation continued

25   to take place.  Do you see that?

1      A    Yes.

2      Q    Is it your recollection that the tape

3  recording stopped even though the conversation still

4  was going on?

5      A    The tape ran out, yes.

6      Q    At the time the meeting was going on did

7  you know that the tape recording had stopped?

8      A    No.

9      Q    Do you remember anything that was said

10 after the tape recording ends?

11     A    I don't recall.

12     Q    Do you remember how long the meeting

13 continued after the tape recording ended?

14     A    From my recollection, maybe another ten

15 minutes, five, ten minutes.  I can't recall exactly.

16     Q    Have you had a chance to read Exhibit 17

17 before?

18     A    No, I haven't.

19     Q    So you can't tell me whether you think it

20 is consistent with the actual recording?

21     A    I've heard the tape, so I mean I haven't

22 had a chance to review all of this, but I'm assuming

23 you guys probably listened to it yourself obviously.

24     Q    Mr. Zuppa told you on June 16 that he

25 thought it was important to increase sales and

1   decrease costs at your store?

2        A    Yes.

3        Q    He said he thought there were too many

4   managers?

5        A    Yes.

6        Q    He said you needed to get a better sales

7   staff?

8        A    Yes.

9        Q    He said there was a problem with him not

10  seeing enough sales staff in the store?

11       A    Which I can never understand because, like

12  I said, the night that he came in and I was there

13  everyone was taken care of.  There was a customer

14  that was greeted at the front and acknowledged and

15  wanted to look around, and everybody was taken care

16  of.  So I couldn't understand where Andrew was coming

17  off of that.

18       Q    You're referring now to something that's

19  reflected in your notes for the entry of June 30,

20  2004; right?

21       A    Right.  That's the only night I was there

22  that Andrew was there to observe that.  He could have

23  come in other nights when Tom or Joe were there, and

24  I don't know what he would have told them.  But I

25  know what happened when I was there.

1     Q     Now I'm not talking to you about what

2   happened on June 30.   Now I want to direct your

3   attention to what he said to you on June 16th.   Do

4   you understand the distinction between those two

5   dates?

6     A     Yes.

7     Q     On June 16th he told you that he had a

8   problem with not seeing enough sales staff at the

9   store?

10     A     Yes.

11     Q     And do you recall that you had lost some

12   sales staff that month before his visit on June 16th?

13     A     I don't recall that.

14     Q     Well, do you recall that Mike Lewandowski

15   had left employment and Linda Sipre (phonetic) had

16   left as well?

17     A     They might have.   I don't recall exactly.

18     Q     Do you recall those names --

19     A     Yes.

20     Q     -- as people who were on the sales staff at

21   Westminster?

22     A     Yes.

23     Q     Mr. Zuppa told you in this meeting on June

24   16th that he thought that what had happened in

25   Mr. Buscietta's office, your behavior in that office

7385b839-6b05-4c2d-99dd-b245f322c6d5

1        A     Maybe a couple nights, one a night.  Maybe

2    two, three nights a week he'd add one more.

3        Q     Do you recall either way making any changes

4    to the schedule?

5        A     I recall a couple nights we did add a

6    couple at night because that's what Andrew wanted us

7    to do.

8        Q     Do you recall making any other changes?

9        A     I can't recall.

10       Q     Do you recall Mr. Zuppa telling you on June

11   16, 2004, that when he came to the store that there

12   would be sales staff that were at McDonald's or

13   outside smoking or somewhere other than in the store

14   itself?

15       A     Yes.

16       Q     And did you do anything to make sure that

17   sales staff would be in the store when customers were

18   there?

19       A     Yeah.  Again, I got with Tom and Joe, and

20   we decided that we were going to, you know, make sure

21   they're in the store when there's customers there.

22   If there's customers that need help, they need to

23   definitely be there.

24       Q     So you told Tom and Joe that when they were

25   there working at night that they should make sure

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    Q    And Mr. Dawson, did he tell you that he

2    felt that Mr. Zuppa's complaints about his store

3    sales were unwarranted?

4    A    Yes.

5    Q    Referring you to page 28 of your notes, the

6    entry of June 30, 2004, do you see that?

7    A    Yes.

8    Q    That's another entry about when Mr. Zuppa

9    came to the store in the evening for a floor walk.

10   So that was at a time when you were working late?

11   A    Yes.

12   Q    And he complained about not every customer

13   having a salesperson?

14   A    Yes.

15   Q    And you wrote that all the salespeople were

16   busy with customers and the people without

17   salespeople had been greeted?

18   A    There was only one couple that I'm

19   recalling.

20   Q    It said "those couple."  Is that plural or

21   singular?  You don't remember?

22   A    I don't recall exactly.

23   Q    So it was your position that even though

24   these people weren't being waited on, they had been

25   greeted?

7385b839-6b05-4c2d-99dd-b245f322c6d5

1      A      I saw them get greeted, yes.

2      Q      So even if they weren't being waited on,

3   that was okay from your perspective?

4      A      I heard them greeted and acknowledged.  And

5   then they said they wanted to look around, and they'd

6   let us know if they need help, which a lot of people

7   did do.  They didn't want a salesperson on their

8   back, so as long as they were greeted and

9   acknowledged, and I heard them say they're looking

10  and they need some time to look around.

11     Q      So you disagreed with Mr. Zuppa's comment

12  that he thought you had needed more salespeople at

13  night?

14     A      Yes.

15     Q      Do you recall anything else that happened

16  during that visit by Mr. Zuppa other than what's

17  reflected in these notes dated June 30?

18     A      No.

19     Q      When did you make these -- let's go to the

20  beginning of this exhibit.  You said you made the

21  notes that are dated June 2, 2004, that afternoon?

22     A      Yeah.  Early evening.

23     Q      Then the next -- the next note is dated

24  Thursday, June 3rd.  When did you make that note?

25     A      After Jake left.

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    Q    Then the same day then?

2    A    Yes.

3    Q    And then the next note is Thursday, June

4    3rd again.   When did you make that note?

5    A    After my phone call from Buscietta.

6    Q    So immediately afterwards?

7    A    Yes.

8    Q    Then on the next note is Friday, June 4 at

9    1:30.   When did you make that note?

10   A    After Andrew hung up on me.

11   Q    And then the next entry is dated June

12   14th.   Did you make any notes in between June 4th and

13   June 14th?

14   A    No.

15   Q    And then when did you make this note dated

16   June 14th?

17   A    On the memo?

18   Q    It refers to a memo, yeah.   When did you

19   make this note?

20   A    I made that after I got home.   I made a

21   copy of the memo and took it home.

22   Q    So that was on the evening of June 14 that

23   you made the entry on Exhibit 15?

24   A    Yes.

25   Q    Then the next page at the top it starts

HULAC COURT REPORTING, LLC
(303) 331-0131, (303) 331-9898 FAX

1   June 16 of '04, and it continues on to the next

2   page.  When did you make this entry?

3        A    I probably made that after Andrew's visit.

4        Q    Was it that same day?

5        A    Yes.

6        Q    The evening of June 16th?

7        A    Yes.

8        Q    And do you recall anything else about

9   events that day other than what's reflected in these

10  notes?

11       A    No, I don't.

12       Q    And then the next time you made a note was

13  about this event on June 20th?

14       A    Yes.

15       Q    And you made that note that same day?

16       A    Yes.

17       Q    And then the next time you made a note was

18  on June 21st?

19       A    Yes.

20       Q    You made that note on June 21st?

21       A    Yes.

22       Q    So you had just like a notepad that you

23  were adding stuff to as things happened?

24       A    Yeah.  I had a legal pad, yes.

25       Q    So the fact that there's nothing in between

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    these events meant that there was nothing happened

2    that you kept notes of or did you keep a second set

3    of notes?

4        A    No.

5        Q    Which is it?

6        A    I just kept what you see here that I

7    thought was relevant to what I needed.

8        Q    The next note after June 21st is June

9    30th.  Do you recall anything that happened between

10   June 21st and June 30th?

11       A    No, I don't recall.

12       Q    And then this note about what happened on

13   June 30th that's at the top of page 28, did you make

14   that that evening?

15       A    Yes.

16       Q    And then you didn't make any other notes

17   until July 6, 2004?

18       A    Yes.

19       Q    Do you know if Mr. Zuppa had any

20   conversations with Mr. Jabs during June of 2004 about

21   the sales staff at your store?

22       A    I wouldn't know that.

23       Q    You don't recall having any conversations

24   with Mr. Jabs or Mr. Zuppa about that?

25       A    Say that again.  You kind of lost me

7385b839-6b05-4c2d-99dd-b245f322c6d5

1      A    The day of the holiday.

2      Q    Like July 4th.  So having to work Sunday

3 July 4th, 2004, would have been typical for you;

4 right?

5      A    Yes.

6      Q    But they also wanted you to work not only

7 Sunday but Monday that year?

8      A    Yes.

9      Q    And Mr. Pepper at that time was the

10 assistant general manager; right?

11     A    Yes.

12     Q    And he called you about that and told you

13 he wanted you to work both Sunday and Monday?

14     A    Yes.

15     Q    And you said to him that you did not want

16 to work both Sunday and Monday?

17     A    I told him I'd prefer not.  I told him I

18 wanted to have a day off.

19     Q    You told him you had a family to go home

20 to?

21     A    Yes, I did.

22     Q    And you told Mr. Zuppa you understood it

23 was company policy, but you still didn't want to work

24 both days, correct, that's what you told him?

25     A    Because we never had to before, yes.

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    Q    You did tell him that you didn't want to
2  work both Sunday and Monday; right?

3    A    Yes.

4    Q    And you told him that you would work Monday
5  but you didn't want to work Sunday?

6    A    I told him I didn't want to, but if I had
7  to, I would, yes.

8    Q    And Mr. Pepper told you that you had to
9  work Sunday as well, didn't he?

10   A    That's not correct.

11   Q    What's not correct?

12   A    Mr. Pepper told me, Jack, if you don't want
13 to work Sunday, don't work Sunday.  That's what he
14 told me.

15   Q    Well, why don't you tell me what you recall
16 of the conversation from start to finish in the order
17 in which it went?

18   A    From what I recall, I told him that I
19 didn't agree with it.  I said, If I have to work
20 Sunday, Monday, I will, but I don't agree with it.  I
21 don't think it's fair to the store manager.

22        Dale said, That's the new policy; that's
23 what it is.  If you don't want to work Sunday, Jack,
24 you don't have to.

25        And the first thing I have thought was I

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    was being set up.

2         Q     Have you now told me all you recall about

3    your conversation?

4         A     Yes.

5         Q     There was nothing else said?

6         A     Not that I recall.

7         Q     Didn't Mr. Pepper tell you that you should

8    work Sunday as well and that you said, We'll see, and

9    that he then said, We'll see?

10        A     No.

11        Q     Are you sure that it didn't go that way?

12        A     I sure am.

13        Q     Did you make any notes about that

14   conversation?

15        A     No.

16        Q     Could you -- that was a phone call; right?

17        A     Yes.

18        Q     Could you tell if Mr. Pepper was unhappy

19   with your reaction to his request that you work both

20   days?

21        A     I couldn't tell.

22        Q     Do you know if Mr. Pepper also talked to

23   the other store managers and told them that they had

24   to work Sunday and Monday?

25        A     I don't know if he did for sure, but I

7385b839-6b05-4c2d-99dd-b245f322c6d5

1      A    I don't recall but -- I don't recall when I

2  sent it to him.  I probably sent it to him as soon as

3  I made it up.

4      Q    It would have been after your phone call

5  with him?

6      A    I would assume it was, yeah.  I would think

7  it was.  I don't recall exactly.

8      Q    Do you know if Mr. Pepper was upset at all

9  with how his conversation with you went?

10      A    Like I said, I don't recall.  But I do know

11  what he said to me.

12      Q    Did you talk to Mr. Pepper on Sunday?

13      A    No.

14      Q    You don't remember talking to him?

15      A    No.

16      Q    Is it possible you called him and told him

17  you were at the store?

18      A    I don't -- I don't believe I called him.

19      Q    The way your conversation with him ended

20  was it unclear whether or not you were going to work

21  on Sunday?

22      A    I knew I was going to work on Sunday.  I

23  don't think he knew.

24      Q    Right.  So do you think that it's possible

25  on Sunday you would have called him to tell him, Hey,

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    I am here?

2         A    No.   Because Andrew came in for a store

3    visit to make sure I was there.

4         Q    On July 4th, Sunday?

5         A    Yes.

6         Q    So Mr. Zuppa was also working that day?

7         A    Yes.

8         Q    Do you recall anything that Mr. Zuppa said

9    to you on Sunday, July 4th when he came to the store?

10        A    No.

11        Q    Do you recall how long he was there?

12        A    Not very long, maybe 15, 20 minutes.

13        Q    Do you recall if Sunday was a big day for

14   sales?

15        A    I don't recall this far away now.

16        Q    When was the -- the next day is Monday, the

17   5th.  Did you have any interaction, communications at

18   all with Mr. Pepper or Mr. Zuppa on Monday?

19        A    No, I didn't.

20        Q    Did you work that day?

21        A    Yes, I did.

22        Q    And your next contact with Mr. Zuppa was on

23   July 6th?

24        A    Yes.

25        Q    And that's when he came to the store?

7385b839-6b05-4c2d-99dd-b245f322c6d5

1      A     Yes.

2      Q     Did you have any communication with him on

3  July 6 before he got to the store?

4      A     No.

5      Q     Did you have any communication with either

6  Mr. Pepper or Mr. Buscietta on July 6th?

7      A     No.

8      Q     Did you have any advance notice that

9  Mr. Zuppa would be visiting your store on July 6?

10     A     Not that I recall.

11     Q     Do you recall when it was that he came to

12  the store?

13     A     Sometime in the evening.  I think I have it

14  written down.

15     Q     You're referring to Exhibit 15?

16     A     Yes.

17     Q     Page 28 has a note, July 6, 2004, 5:40 p.m.

18     A     Yeah.  It was around 5:30, quarter to six.

19  Somewhere in there.

20     Q     So is the 5:40 note that's on Exhibit 15,

21  is that the time you wrote the note?

22     A     No.

23     Q     Or is that the time you thought Mr. Zuppa

24  came?

25     A     That would be the approximate time he came

7385b839-6b05-4c2d-99dd-b245f322c6d5

1   to the store.

2        Q    And when he came did you make a comment to

3   him that this must have something to do with my

4   conversation with Dale?

5        A    No.

6        Q    Do you remember whether that came up at all

7   in the meeting?

8        A    I sure don't.

9        Q    You recall that he told you that we're

10  going to go into a different direction in this store,

11  and we want you to go back into sales?

12       A    Yeah.  After he took me upstairs to the

13  leather department, yes.

14       Q    And you immediately told him you couldn't

15  afford to do that?

16       A    I told him I can't do that.

17       Q    Did you say, I can't do it or I can't

18  afford to do it?

19       A    I told him first I can't do that, and then

20  I told him why I can't do that because I've got a

21  family to support.  I'm the main breadwinner of my

22  family, and I can't take that kind of pay cut.  Can't

23  do it.

24       Q    And did he say, I don't see why you can't

25  do it and think about it for a week?

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    A    No.

2    Q    Did he say either of those things to you?

3    A    No.

4    Q    So he said we want you to go back into

5  sales, and you said, I can't do it, I can't afford to

6  do it, and, No, I won't do it?

7    A    I didn't say, no, I won't do that.  I said

8  I can't do that.  I can't afford the pay cut.  I got

9  a family to support.

10   Q    Did you say anything else?

11   A    No.

12   Q    And then what happened next?

13   A    Then he opened up the folder and said, Here

14  you go.  I need your keys and clean out your desk.

15   Q    And then what happened after that?

16   A    Then I went and gave him the keys and I

17  cleaned out my desk.

18   Q    Anything else happened that you recall?

19   A    I just kind of turned to him and told him

20  I'd see him in court.

21   Q    How many times did you tell him that?

22   A    Twice.

23   Q    Why is it that you told him that twice?

24   A    I just wanted to see his reaction.  When I

25  turned around, his head went down and he looked on

1    now.

2         Q    (BY MR. VOLIN)  Did you discuss with

3    Mr. Zuppa what store he anticipated you moving back

4    into sales in?

5         A    No.  We didn't say anything about that.

6         Q    The conversation just never progressed that

7    far?

8         A    No.

9         Q    When you said to him, I'll see you in

10   court, you were actually thinking about suing AFW as

11   of that time?

12        A    Yes.

13        Q    And what were you thinking about suing AFW

14   for?  Were you thinking age discrimination at that

15   time?

16        A    Yes.

17        Q    The transcript of your conversation with

18   Mr. Zuppa on June 16 doesn't contain any references

19   to age, does it?

20             MR. BUCHANAN:  Object to the form.

21        A    I don't have to tell him anything about

22   that.

23        Q    (BY MR. VOLIN)  That's not my question,

24   Mr. Must.

25             I'm just asking you to confirm that that

HULAC COURT REPORTING, LLC
(303) 331-0131, (303) 331-9898 FAX

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    audio recording from June 16, 2004, does not contain

2    any references to age, does it?

3              MR. BUCHANAN:   Object to form.

4         A    To me there was, yes.

5         Q    (BY MR. VOLIN)   Something that was said in

6    that meeting --

7         A    Uh-huh.

8         Q    -- to you raised issues about your age?

9         A    Want me to give you a couple of examples?

10        Q    Sure.

11        A    Number one, ball breaker manager, that

12   tells me inexperienced, younger.  Also mentioned

13   training ground, that means to me younger, less pay.

14   And he also mentioned that we're paid pretty healthy,

15   which tells me that they don't want to pay that to

16   another manager that comes in there, that probably

17   will be younger and was.

18        Q    Anything else that you thought was said on

19   June 16 by Mr. Zuppa that you felt had a relationship

20   with age?

21        A    I think that's enough.

22        Q    Is there anything else?

23        A    Not that I recall.

24        Q    Why do you consider the reference to ball

25   breaker to mean a reference to someone who's

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    inexperienced or someone who's younger?

2        A    When I hear the word ball breaker, I take

3    that as somebody that's probably not experienced as a

4    manager because they probably don't know how to treat

5    their salespeople and with respect.  That's just the

6    image I got from that, and that's what I took that

7    as.

8        Q    And when you say that his use of the term

9    "training ground" to you meant that that would be

10   somebody who would be younger, why would that

11   necessarily be the case?  This is the same store that

12   you had been promoted to just a couple years before.

13              MR. BUCHANAN:  Object to the form.

14       A    Well, the man that replaced me was 29 years

15   old.

16       Q    (BY MR. VOLIN)  But why does the use of the

17   term "training ground" mean that he was younger?

18       A    Because most -- regards to training when

19   they're talking about a training ground to me that --

20   that means younger to me.  Now maybe it doesn't to

21   anyone else, but to me that's how I took that, and

22   that's what I believe he meant.

23       Q    And then you referenced to being paid

24   well.  Why did you think that the level of pay had

25   any link to your age?

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    names.  I'm sure there's more people.  I just can't

2    recall.

3         Q     Did Roger tell you he was fired?  Why do

4    you think Roger was fired?

5               MR. BUCHANAN;  object to the form.  Which

6    question do you want him to answer?

7         Q     (BY MR. VOLIN)  Answer the last one.

8         A     What is your last question?

9         Q     Why do you think Roger was fired?

10        A     I'm not -- I'm just assuming that he was.

11   I don't know if he was or not.

12        Q     Any other managers that you think were

13   fired?

14              MR. BUCHANAN:  Object to the form.

15        A     Not that I can recall.

16        Q     (BY MR. VOLIN)  You understood at that

17   meeting with Mr. Zuppa on July 6 that you could have

18   accepted his offer to go and take a sales position?

19        A     Yes.

20        Q     Let's talk about the checks that he gave

21   you.  You mentioned that he gave you a series of

22   checks.

23        A     Uh-huh.

24              (Deposition Exhibit 19 was marked.)

25        Q     (BY MR. VOLIN)  Exhibit 19 is a copy of the

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    your age?

2         A    I felt that they were probably going to

3    bring a younger manager in there and pay them less

4    money, which I'm sure that's what they did.

5         Q    Well, if you thought there was age

6    discrimination involved, why didn't you contact

7    Mr. Jabs --

8         A    Why should I?

9         Q    -- who's the owner of the company and is in

10   his 70s?

11        A    I don't care.

12        Q    Who doesn't care?

13             MR. BUCHANAN:  Object to the form.

14        A    I don't care.

15        Q    (BY MR. VOLIN)  You didn't care to talk to

16   Mr. Jabs about age discrimination in his company?

17             MR. BUCHANAN:  Object to the form.

18        A    No, I sure didn't.

19        Q    (BY MR. VOLIN)  How about Ms. Hayes in

20   human resources, you knew that discrimination

21   complaints could be brought to her, right, you knew

22   that, didn't you?

23             MR. BUCHANAN:  Object to the form.

24        A    I don't recall.

25        Q    (BY MR. VOLIN)  You didn't know that

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    discrimination issues could go to Crystal Hayes?

2              MR. BUCHANAN:   Object to the form.

3        A    I was fired and I didn't -- at that point

4    it didn't matter.

5        Q    (BY MR. VOLIN)   Well, after -- you claim

6    that you were fired.   After this meeting with him

7    ended, didn't you think about contacting human

8    resources and saying I think there's a problem with

9    what happened?

10       A    No.

11       Q    Why not?

12       A    Because I didn't want to.

13       Q    And you didn't file a grievance about that

14   either, did you?

15       A    No, I didn't.

16       Q    Why didn't you file a grievance about it?

17       A    That's my decision.   I don't have to if I

18   don't want to.

19       Q    Right.   So why did you choose not to?

20       A    I'd rather talk to an attorney about it

21   which I did.

22       Q    And when did you first talk to an attorney

23   about this?

24       A    I don't recall the exact dates, but it was

25   about a week or two after.

7385b839-6b05-4c2d-99dd-b245f322c6d5

1     A    Yes.

2     Q    So that's all hearsay?

3     A    It's what I heard.

4     Q    So you don't have any firsthand personal

5 knowledge of what Mr. Morrison's experience was

6 before he became store manager at Westminster;

7 correct?

8     A    No.

9     Q    Am I correct in that statement?

10    A    Yes.

11    Q    Going on to the third paragraph of your

12 affidavit, it says, I've heard through persons who

13 were present at meetings that Jake Jabs has said that

14 he intends to go younger in AFW sales force and that

15 he was going to replace salesmen with high school or

16 teenager girls.  Did I read that correctly?

17    A    Yes.

18    Q    Did you actually hear from Mr. Jabs says

19 that yourself or did you hear that secondhand from

20 other people?

21    A    I heard that from other people.

22    Q    Did you hear that from more than one person

23 or just one person?

24    A    One person that I can recall.

25    Q    And who was that?

7385b839-6b05-4c2d-99dd-b245f322c6d5

1       A     I can't recall the name.

2       Q     Do you remember when it was that he had

3   made this supposed statement?

4       A     It was probably a year or so -- probably a

5   year before I was store manager, somewhere in there.

6   I can't recall the exact date.

7       Q     So if you were made the store manager in

8   June of 2001, it may have been sometime in 2000?

9       A     May have been, yes.

10      Q     Did you have any better estimate of when

11  you heard this rumor about this remark by Mr. Jabs?

12      A     I can't recall exactly.

13      Q     And when this person that you don't

14  remember told you that Mr. Jabs had made that

15  comment, did they tell you when it was that Mr. Jabs

16  had made that comment?

17      A     Yes.

18      Q     When had he made that comment?

19      A     It was in a sales meeting at the Thornton

20  store.

21      Q     And would this -- was it your understanding

22  this was a normal Saturday sales meeting with a sales

23  force or a managers meeting or did you know?

24      A     Not sure.

25      Q     And sitting here today, do you have any

HULAC COURT REPORTING, LLC
(303) 331-0131, (303) 331-9898 FAX

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    knowledge of anyone who has heard him make this

2    supposed statement?

3         A    I can't recall the name now.  It's been too

4    long.

5         Q    Did that same person tell you that they had

6    heard Mr. Jabs say that he was going to replace

7    salesmen with high school or teenager girls?

8         A    Yes.

9         Q    And was this -- were you told this by the

10   person at the same time they told you that they had

11   heard Mr. Jabs say he was going to go younger in the

12   sales force?

13        A    Yes.

14        Q    So this comment, as far as you knew, was

15   made at sometime in 2000 or before?

16        A    Probably in 2000.

17        Q    The next line is reference to what

18   Mr. Zuppa had said to you.  That's what's in the tape

19   recorded conversation; right?

20        A    Yes.

21        Q    Then the last line of this sworn statement

22   says, "AFW has terminated a number of senior salesmen

23   and managers and replaced them with younger people."

24   Do you see that?

25        A    Yes.

HULAC COURT REPORTING, LLC
(303) 331-0131, (303) 331-9898 FAX

7385b839-6b05-4c2d-99dd-b245f322c6d5

1          (Deposition Exhibit 22 was marked.)

2     Q     (BY MR. VOLIN)  Do you recognize Exhibit 22

3  as your Complaint in this case, Mr. Must?

4     A     Yes.

5     Q     Your Complaint alleges age discrimination

6  with respect to the termination of your employment;

7  correct?

8     A     Yes.

9     Q     It doesn't allege discrimination with

10  respect to any events during your employment prior to

11  your termination; correct?

12     A     Yes.

13     Q     Are you claiming any discrimination with

14  respect to events that occurred prior to your

15  termination?

16     A     No.

17     Q     Paragraph 11 of the Complaint has a number

18  of subsections about the termination of your

19  employment.  I want to kind of go through those with

20  you.  But before I go through those with you, and I

21  see that you've been looking at paragraph 11, other

22  than what's listed in paragraph 11, do you know of

23  any other information that you believe supports your

24  claim of age discrimination?

25          MR. BUCHANAN:  Object to the form.

7385b839-6b05-4c2d-99dd-b245f322c6d5

1      Q     (BY MR. VOLIN)   Other than what's in

2   paragraph 11?

3      A     Yes.   Just what's on the tape and some of

4   the comments that Andrew made on the tape and some of

5   the things he said.

6      Q     Other than what's on the tape recording,

7   and we've already identified the transcript from that

8   recording as a deposition exhibit; correct?

9      A     Yes.

10      Q     Other than what's on the tape recording and

11   other than what's in paragraph 11 of your Complaint,

12   is there any other information that you're aware of

13   that you believe supports your claim of age

14   discrimination?

15      A     No.

16      Q     Okay.   Let's go to paragraph 11 of your

17   Complaint then, and I want to start with 11 and then

18   subsection A.   Okay.

19           You allege that, AFW had determined it

20   wouldn't retain older workers when the same job could

21   be performed by younger workers with less seniority,

22   and consequently lower salaries and bonuses, as well

23   as lower health insurance costs.   Did I read

24   correctly?

25      A     Yes.

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    Q    Do you have any reason to believe that your

2  salary as store manager was linked to your seniority

3  with the company?

4    A    I wouldn't know that.

5    Q    Do you have any reason to believe that

6  anyone's salary at AFW is linked to their seniority

7  with the company?

8    A    I wouldn't know that.

9    Q    And the entire time that you were the store

10  manager your -- your salary remained the same;

11  correct?

12    A    Yes.

13    Q    And the bonus amount is based on

14  company-wide profits; correct?

15    A    Yes.

16    Q    And do you have any information that the

17  bonus amount, whether someone gets a full bonus or

18  half bonus, is based on their seniority?

19    A    I wouldn't know that.

20    Q    And do you have any personal knowledge of

21  what Mr. Morrison's salary and bonus was when he

22  became the manager at Westminster?

23    A    I would not know that.

24    Q    11 A also talks about lower health

25  insurance costs for younger workers.  Do you have any

7385b839-6b05-4c2d-99dd-b245f322c6d5

Page 173

1    information about whether AFW's health insurance

2    costs depended on the age of the employee?

3         A    I wouldn't know that.

4         Q    Do you know of any particular people that

5    the decision was made to let them go because that

6    person's job could be performed at a cost savings by

7    a younger employee?

8              MR. BUCHANAN:   Object to the form.

9         A    I wouldn't know that.

10        Q    (BY MR. VOLIN)   Looking at subsection 11 B,

11   when you say that you've been employed by AFW off and

12   on for approximately ten years was that because you

13   were combining your prior stint when you were in

14   sales with your subsequent stint with AFW --

15        A    Yes.

16        Q    -- that started in June of '98?

17        A    Yes.

18        Q    In the second sentence it says that your

19   compensation was based in part upon your seniority

20   with AFW.  Do you see that?

21        A    Yes.

22        Q    Can you tell me what part of your

23   compensation was based on your seniority?  Do you

24   know of any part of your compensation that was based

25   on your seniority?

7385b839-6b05-4c2d-99dd-b245f322c6d5

1      A      Well, like I told you before, we had our

2   health benefits paid for at one time.  Based on that.

3      Q      And for whom were health benefits paid?

4   Was that based on seniority or was it based on

5   whether you were in management or not?

6      A      Excuse me.  As far as I know, that was part

7   of the package.

8      Q      Package for who?

9      A      For me as the manager.

10     Q      So you don't know whether that was based on

11  seniority or whether this was based on your

12  management position; correct?

13     A      I wouldn't know that.

14     Q      Paragraph 11 C on page 4 of the Complaint.

15  Do you see that?

16     A      Yes.

17     Q      And you claim that you were replaced by a

18  person who had much less seniority with the company.

19  Do you see that?

20     A      Yes.

21     Q      And what personal knowledge do you have of

22  Mr. Morrison's seniority with AFW or his experience

23  with AFW?

24          MR. BUCHANAN:  Other than what he stated

25  before?

7385b839-6b05-4c2d-99dd-b245f322c6d5

1          A      Just what I would assume.

2          Q      (BY MR. VOLIN)   Just from what you heard

3    from other people?

4          A      Yes.

5          Q      And your statement that he was compensated

6    at a significantly lower salary and bonus than you,

7    was that just a guess on your part?

8          A      I assume that, yes.

9          Q      And the statement that he represented less

10   of an expense to the company for health insurance

11   purposes, was that also just a guess?

12         A      I would assume that also, yes.

13         Q      Subsection D, it says that both before and

14   after your employment ended that AFW discharged other

15   store managers over the age of 40 and replaced such

16   managers with younger managers.  Who are those

17   people?

18                MR. BUCHANAN:   Other than the ones he's

19   named?

20         Q      (BY MR. VOLIN)   Is that Mr. Glavey,

21   Mr. Sanner and Mr. Tomasek?

22         A      And Rich Dawson would be the one after me.

23         Q      Does it include Glavey, Sanner and Tomasek?

24         A      It could.

25         Q      Do you have personal knowledge of the

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    replacement for Mr. Glavey?

2         A    No.

3         Q    Do you have personal knowledge of the

4    replace for Mr. Sanner?

5         A    No.

6         Q    Do you have personal knowledge of the

7    replacement for Mr. Tomasek?

8         A    No.

9         Q    And the other name you mentioned was

10   Mr. Dawson?

11        A    Yes.

12        Q    And do you know who replaced Mr. Dawson?

13        A    Yes.

14        Q    And how do you know that?

15        A    Because I found out.

16        Q    Is that because someone told you?

17        A    Yes.

18        Q    So it's all based on secondhand knowledge?

19        A    If you want to call it that, but I know who

20   went over there.

21        Q    And who do you think replaced him?

22        A    I know who replaced him.  Nolan Morrison.

23        Q    The same person who -- so Mr. Morrison went

24   from your store to Mr. Dawson's store when Mr. Dawson

25   was let go?

7385b839-6b05-4c2d-99dd-b245f322c6d5

1     A    Yes.

2     Q    Other than Mr. Glavey, Mr. Sanner and

3  Mr. Tomasek and Mr. Dawson, are there any other

4  people that you're referencing in paragraph 11 D of

5  the Complaint?

6     A    Not that I can recall.

7     Q    Do you have a list somewhere of those

8  people?

9     A    No.

10    Q    Paragraph 11 E of the complaint talks about

11  statements supposedly made by AFW's chief executive

12  officer.  That's Mr. Jabs; right?

13    A    Yes.

14    Q    And these statements that he intended to go

15  younger; is that the same as what you testified

16  earlier in which was in your EEOC affidavit?

17    A    Yes.

18    Q    In your EEOC affidavit you said he intended

19  to go younger with the sales force.  Here in the

20  Complaint you allege that he said he intended to go

21  younger in hiring and retention decisions.  So what

22  specifically do you recall this person telling you

23  that told you about Mr. Jabs' statement about going

24  younger?

25         MR. BUCHANAN:  Object to the form.

7385b839-6b05-4c2d-99dd-b245f322c6d5

1      A    I can't recall, it's been too long ago.

2      Q    (BY MR. VOLIN)   This statement that high

3 school girls could sell AFW's merchandise in

4 subsection 11 E of the Complaint.  Do you see that?

5      A    Yes.

6      Q    Is that the same comment that's in your

7 EEOC affidavit?

8      A    Yes.

9      Q    But in your EEOC affidavit you alleged that

10 you had heard that he had said that he was going to

11 replace salesmen with high school girls, and here the

12 allegation is that he said that high school girls

13 could sell AFW merchandise.  Do you see that?

14      A    Yes.

15      Q    So which is it that you recall hearing from

16 this person that made these comments to you?

17      A    It looks like it means the same thing to

18 me.

19      Q    Well, what do you remember the person

20 telling you that he said?  Did they tell you that he

21 said high school girls could sell AFW merchandise or

22 that he said that he was going to replace AFW's

23 salesmen with high school girls?

24      A    Both.

25      MR. BUCHANAN:   Object to the form.

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    Q    (BY MR. VOLIN)   You heard from this

2  unidentified source that Mr. Jabs said both of those

3  things?

4    A    He could have.

5    Q    You --

6    A    I can't recall.

7    Q    You can't recall what the person told you?

8    A    I can't recall exactly.

9    Q    The end of subsection 11 E of your

10  Complaint says that Mr. Jabs "had made other

11  statements of similar import."  Do you see that?

12    A    Yes.

13    Q    What other similar statements had you heard

14  that Mr. Jabs has made?

15    A    I can't recall at this time.

16    Q    Have you yourself ever heard Mr. Jabs make

17  comments about people's ages that were derogatory?

18    A    Not that I recall.

19    Q    Do you ever recall Mr. Jabs making

20  derogatory comments about somebody's gender?

21    A    Can't recall.

22    Q    Do you recall Mr. Jabs ever making

23  derogatory comments about somebody's race?

24    A    Can't recall.

25    Q    How about Mr. Buscietta, have you ever

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    heard Mr. Buscietta make derogatory comments about

2    somebody's age?

3         A    I don't recall.

4         Q    Have you ever heard Mr. Buscietta make

5    derogatory comments about somebody's gender?

6         A    I can't recall.

7         Q    Do you ever recall Mr. Buscietta making

8    derogatory comments about somebody's race?

9         A    Not that I recall.

10        Q    How about Mr. Pepper, have you ever heard

11   Mr. Pepper make derogatory comments about somebody's

12   age?

13        A    Not that I can recall.

14        Q    Have you ever heard Mr. Pepper make

15   derogatory comments about somebody's gender?

16        A    Not that I can recall.

17        Q    Have you ever heard Mr. Pepper make

18   derogatory comments about somebody's race?

19        A    Not that I can recall.

20        Q    How about Mr. Zuppa, have you ever heard

21   Mr. Zuppa make derogatory comments about somebody's

22   age?

23        A    Not that I can recall.

24        Q    Have you ever heard Mr. Zuppa make

25   derogatory comments about somebody's gender?

7385b839-6b05-4c2d-99dd-b245f322c6d5

1          A     Not that I can recall.

2          Q     Have you ever heard Mr. Zuppa make

3     derogatory comments about somebody's race?

4          A     Not that I can recall.

5          Q     Have you ever heard from other people that

6     Mr. Zuppa has made derogatory comments about age,

7     gender or race?

8          A     Not that I can recall.

9          Q     Have you ever heard from other people that

10    Mr. Pepper has made derogatory comments about

11    people's age, gender or race?

12         A     Not that I can recall.

13         Q     Have you ever heard from other people that

14    Mr. Buscietta has ever made derogatory comments about

15    people's age, gender or race?

16         A     Not that I can recall.

17         Q     Have you ever heard from other people that

18    Mr. Jabs has made derogatory comments about people's

19    age, gender or race?

20         A     Not that I can recall.

21         Q     How about Tom Ward, have you ever heard

22    Mr. Ward make derogatory comments about people's age?

23         A     Not that I can recall.

24         Q     Have you ever heard Mr. Ward make

25    derogatory comments about somebody's gender or race?

1      A      Not that I can recall.

2      Q      Other than what you've just testified about

3  concerning paragraph 11 of the Complaint and your

4  testimony about what's in that audio recording of

5  your meeting with Mr. Zuppa, have you now told me all

6  of the information that you have that you believe

7  supports your claim of age discrimination?

8      A      At this time, yes.

9      Q      I want to ask you some questions about your

10 subsequent employment and your job search.

11         At the time of your meeting with Mr. Zuppa

12 on July 6, 2004, did you have another job lined up?

13     A      No.

14     Q      When did you start looking for a new job

15 after your meeting with Mr. Zuppa on July 6?

16     A      I went on vacation -- had a vacation

17 planned, and after I got back from vacation, I

18 started looking.

19     Q      When did your vacation take place?

20     A      I think it was around the 10th of July, 9th

21 or 10th.

22     Q      For how long?

23     A      Two weeks.

24     Q      Was that a vacation already paid for?

25     A      Yes.

7385b839-6b05-4c2d-99dd-b245f322c6d5

Page 183

1     Q     And then when you got back from vacation
2  that is when you started a job search?
3     A     Yes.
4     Q     And what methodology did you use to look
5  for a new job?
6     A     I was on the Internet looking, newspaper,
7  just going to places.
8     Q     "Going to places," what do you mean, like
9  going to potential employers?
10    A     Yes.
11    Q     Did you use a career counseling service at
12 all?
13    A     No.
14    Q     How many hours per week did you spend on
15 your job search?
16    A     Say probably four or five hours a day.
17    Q     Beginning when you returned from vacation?
18    A     Yes.
19    Q     I want to ask you about the places that you
20 applied to work.  You applied to work at Kacey?
21    A     Yes.
22    Q     And that was in July?
23    A     Yes.
24    Q     And that was for a management job?
25    A     Yes.

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    Q    You didn't have any job offer?

2    A    No.

3    Q    Did they explain why?

4    A    No.

5    Q    Did you also apply for a sales position

6  with Kacey?

7    A    No.

8    Q    In July you also applied at Sofa Mart?

9    A    Yes.

10   Q    Was that for a management position?

11   A    Sales and management both.

12   Q    And what happened there?

13   A    Never heard anything.

14   Q    Did you apply to any other employers in

15 July?

16   A    Yes.

17   Q    Who?

18   A    Just some on the Internet.  I can't

19 recall.

20   Q    Did you submit applications in person to

21 any other employers in July?

22   A    No.

23   Q    Other than Sofa Mart and Kacey?

24   A    No.

25   Q    What else did you do in July after you got

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    back from vacation besides look for a job?

2         A     Not much.

3         Q     In August you applied to work for J R

4    Motors?

5         A     Yes.

6         Q     And you got a job there?

7         A     Yes.

8         Q     And your start date was August 23, 2004?

9         A     Yes.

10        Q     How long before you started did you apply?

11        A     Sometime in the middle of August.

12        Q     In between the beginning of August and the

13   middle of August, did you apply at any other

14   companies?

15        A     I can't recall who else.

16        Q     Did you keep any log of the companies at

17   which you tried to get work?

18        A     No.

19        Q     Any records of your job search efforts?

20        A     Not that I can recall.

21        Q     And what kind of job did you apply for at

22   J R Motors?

23        A     Selling cars.

24        Q     Was it a management job or nonmanagement?

25        A     No, non.

7385b839-6b05-4c2d-99dd-b245f322c6d5

Page 186

1        Q    And why'd you decide to apply for car sales
2    type jobs?
3        A    Because I sold cars 20-some years ago, and
4    it was pretty lucrative back then, so I figured I
5    might have to give it a shot.
6        Q    Did you have any contacts at J R Motors?
7        A    Yes.
8        Q    Who?
9        A    Eddie Cabash (phonetic).
10       Q    And what was that person's job?
11       A    He was a manager.
12       Q    He encouraged you to apply?
13       A    Yes.
14       Q    Is he the one that hired you?
15       A    Partially, yes.
16       Q    How'd you know Mr. Cabash?
17       A    I sold cars with him 20 some years ago when
18   it was Metro Honda, same store.
19       Q    Is this before you went to work for AFW the
20   first time?
21       A    Going back.  Way back.
22       Q    Before Weberg's?
23       A    Going back.
24       Q    You can't just nod at me.
25            MR. BUCHANAN:  You got to say yes if you

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    mean yes.

2         A    Yes.

3         Q    (BY MR. VOLIN)   And what was your pay rate

4    at J R Motors?

5         A    20 percent.   Starting at 20 percent

6    commission and goes up on volume.

7         Q    From August 23rd of 2004 to the present

8    have you held the same job at J R Motors?

9         A    Yes.

10        Q    And the commission structure is the same?

11        A    No.

12        Q    How have commissions changed from when you

13   started to what it is now?

14        A    They have minis in there now that they

15   didn't have before on cars.   So you -- let me

16   explain.   If you have to price match for another

17   dealership or take a short deal, you don't get paid

18   commission, you get a $50 mini for that car deal.   So

19   that's changed.

20        Q    Any other changes in the commission

21   structure since you started at J R Motors?

22        A    No.

23        Q    Did you have health insurance or do you

24   have health insurance now at J R Motors?

25        A    Yes.

7385b839-6b05-4c2d-99dd-b245f322c6d5

Page 191

1    employers that you applied to other than J R Motors,

2    Kacey and Sofa Mart?

3        A    I can't recall.

4        Q    Were there others?

5        A    There might have been.

6        Q    Take a look at Exhibit 9, please.  Turn to

7    the page with the 2004 W-2s.  It's a -- I believe it

8    starts at page 355.  Page 356 indicates that you

9    earned 21,617 at J R Motors in 2004?

10       A    Yes.

11       Q    Did you have any other income in 2004

12   besides what you received from AFW and what you

13   received from J R Motors?

14       A    No.

15       Q    Did you have any financial hardship in your

16   household in 2004?

17       A    It got tough at times.  Yes.

18       Q    How so?

19       A    Just had to cut back on some things and,

20   you know, watch my money a little bit more, how I was

21   spending it.

22       Q    Do you recall anything specific that you

23   had to cut back on?

24       A    I can't recall.

25       Q    When you were employed at AFW 2002,, and

7385b839-6b05-4c2d-99dd-b245f322c6d5

1    2003 and the beginning of 2004, were you saving any

2    money or did you spend all the money that you earned?

3         A    I spent a lot of it.  I spent most of it.

4         Q    Did you save any of it?

5         A    I can't recall.

6         Q    But at any rate you were able to cut your

7    expenses after you left your employment in 2004 to

8    coincide with what changes took place with your

9    income; correct?

10        A    Yes.

11        Q    In 2005 your only income was with J R

12   Motors?

13        A    Yes.

14        Q    You're still in a nonmanagement position?

15        A    Yes.

16        Q    And you earned about $58,000 in 2005?

17        A    Yes.

18        Q    And the other income that your household

19   had was your wife's full-time work as a preschool

20   teacher?

21        A    Yes.

22        Q    And the same was true in 2004?

23        A    Yes.

24        Q    Did you have any financial hardship in your

25   house in 2005?

7385b839-6b05-4c2d-99dd-b245f322c6d5

1     A     We were in a little better shape.

2     Q     Do you recall any impact --

3     A     I can't recall.

4     Q     -- in 2005 from your earnings?

5     A     I can't recall.

6     Q     Did your lifestyle change in any way in

7  2005 from what it had been in 2004 when you were

8  employed at AFW?

9     A     I made more money, so...

10    Q     Well, in 2005 you made 58 grand, this says?

11    A     Right.

12    Q     But in 2005 or 2003 with AFW you made

13  $75,000.  So that's about a $17,000 difference, after

14  taxes it's close to half that, 8,000, $9,000

15  difference.  Do you recall that making any impact on

16  your lifestyle in 2005 compared to what it had been

17  while you were employed at AFW?

18           MR. BUCHANAN:  Object to the form.

19    A     I couldn't save as much money.  I can't

20  recall anything else.

21    Q     (BY MR. VOLIN)  So in terms of your

22  lifestyle in 2005 as compared to your lifestyle in

23  2004 before your employment with AFW ended, the only

24  difference you can recall is that you weren't able to

25  save as much?

7385b839-6b05-4c2d-99dd-b245f322c6d5