IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

---

# EXHIBIT A-4

## DEPOSITION EXHIBIT 1

### Submitted By Defendant
### In Support Of Its Motion For Summary Judgment

---

Respectfully submitted this 14th day of January, 2008.

    s/ Andrew W. Volin
    **Andrew W. Volin, Esq.**
    SHERMAN & HOWARD L.L.C.
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202
    Telephone: (303) 297-2900
    Facsimile:  (303) 298-0940
    E-Mail:     AVolin@sah.com

    Gary J. Benson, Esq.
    DWORKIN, CHAMBERS & WILLIAMS, P.C.
    3900 E. Mexico Avenue, Suite 1300
    Denver, CO 80210
    Phone:(303) 584-0990
    Fax:(303) 584-0995
    E-mail:gbenson@dnvrlaw.com
    *Attorneys for Defendant*
    *American Furniture Warehouse*

DoB 10-23-54 Att Mike B.
FIA + T Meyers Hire for main C

Date 6-18-1998 Worked at Bannock
in Sales from
1988 until 1992

6 2008

6.25.08 CO
Closer on Floden
Clearing Floden
OK to hire

# can Warehouse

OYMENT
FILLED OUT
AVE A RESUME.

We at American Furni... :mployer, committed to a policy of non-
discrimination in e... ng race, color, age, sex, religion or
national origin.

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

**PERSONNEL INFORMATIO**

Name __MUST_____ __JACK_____
     Last                    First            Middle

Address __9016 VANCE ST #201__ __WESTMINSTER__ __CO__ __80021__
        Street                 City           State  Zip

Phone __303-940-8468__   Referred by __WORKED AT AMERICAN BEFORE__

**EMPLOYMENT DESIRED**

Position __SALES__   Date you can start __7-1-1998__

you currently employed? __yes__   May we inquire of present employer? __yes__

e you applied here before? Yes __✓__ No ___   When _____ Salary desired __50,000+/YR__

Do you have any relatives or friends currently employed with American Furniture Warehouse?
Yes __✓__ No __.__ Name __ALLAN BERNSTEIN / ROY BOWMAN / JOE CURTIS__   Relationship __FRIENDS__

**EDUCATION**

Have you graduated from High School? __yes__   Year __1972__   School __Harrison High School Farmington, Mich__

If not, do you have a GED? ____   Have you attended College? __yes__   How long? __2 yrs__

Subject __Business Law + Mgmt__   School __Michigan State University__

List any areas of special study, research or hobbies: __Golf__

**REFERENCES:** Give the names of two persons not related to you that you have known at least one year.

Name __ALLAN BERNSTEIN__   Phone __289-4100__   Business __American Furn Whse__

Name __JOE CURTIS__   Phone __289-4100__   Business __American Furn Whse__

AMERICAN FURNITURE WAREHOUSE IS COMMITTED TO A DRUG-FREE WORK PLACE.

000152

## WORK HISTORY

EXPLAIN ALL TIME GAPS OVER THIRTY (30) DAYS
MUST COMPLETE APPLICATION - "DO NOT SAY REFER TO RESUME."

Last Employer Name **LEVITZ FURNITURE** Ft Myers, FL / Denver, Co   Phone **303-238-8243**
Starting Date **4-20-1996** IN FLORIDA   Ending Date **will be 6-30-1998 IN DENVER**
Reason for Leaving **COMPANY CLOSING STORE – TRANSFER TO DENVER**
Starting Salary **42,000 + YR**   Ending Salary **SAME**
Give a brief description of your duties: **ASSISTING CUSTOMERS IN FURNITURE purchases**

2nd Employer Name **RHODES FURNITURE**   Phone **NAPLES, FL**
Starting Date **7-15-1993**   Ending Date **11-10-1996**
Starting Salary **38,000 + YR**   Ending Salary **38,000 + YR**
Description of your duties: **ASSISTING CUSTOMER IN Furniture purchases**
Reason For Leaving **Bought home IN Cape Coral, FL  WENT TO LEVITZ**

3rd Employer Name **ED JANSEN FURNITURE**   Phone **Naples, FL. OUT OF BUSINESS**
Starting Date **9-15-92**   Ending Date **6-25-93**
Starting Salary **40,000 + YR**   Ending Salary **40,000 + YR**
Description of your duties: **ASSISTING CUSTOMERS IN Furniture purchases**
Reason for Leaving **COMPANY went OUT-OF-BUSINESS – went to Rhodes.**

4th Employer Name **AMERICAN FURNITURE WHSE**   Phone **DENVER, Co BANNOCK STORE**
Starting Date **10-15-89**   Ending Date **8-20-92**
Starting Salary **40,000 + YR**   Ending Salary **40,000 + YR**
Description of your duties: **ASSISTING Customers IN Furniture purchase**
Reason for Leaving **moved to FLORIDA**

In Case of Emergency Notify **MARJORIE MUST**   **422-6195**   **Spouse**
Name / Phone / Relationship

I state and affirm that the information set forth in this job application is true, correct and complete and that American may rely upon the information contained herein. I further state that I fully understand that any job or position which I receive with American may be terminated at the will of American or the undersigned.

Date **6-18-98**   Signature **Jack Must**

000153