IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

---

# EXHIBIT A-5

# PLAINTIFF'S DOCUMENT NO. 12

## Submitted By Defendant
## In Support Of Its Motion For Summary Judgment

---

Respectfully submitted this 14th day of January, 2008.

    s/ Andrew W. Volin
    **Andrew W. Volin, Esq.**
    SHERMAN & HOWARD L.L.C.
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202
    Telephone: (303) 297-2900
    Facsimile:   (303) 298-0940
    E-Mail:      AVolin@sah.com

    Gary J. Benson, Esq.
    DWORKIN, CHAMBERS & WILLIAMS, P.C.
    3900 E. Mexico Avenue, Suite 1300
    Denver, CO  80210
    Phone:(303) 584-0990
    Fax:(303) 584-0995
    E-mail:gbenson@dnvrlaw.com
    *Attorneys for Defendant*
    *American Furniture Warehouse*

06/14/04  15:58 FAX 303 853 4129        ADMIN KUBN        → WESTMINSTER        ☒001/001




6820 AMERICAN WAY • ENGLEWOOD, COLORADO 80112
ADMINISTRATIVE 303-799-9044  FAX 720-873-8673 • SALES 303-768-9474 • CUSTOMER SERVICE 303-289-3300  FAX 303-288-1969
Visit us on our website: afwonline.com

# MEMO

MEMO # 2803

DATE: JUNE 14, 2004

TO: ALL EMPLOYEES

FROM: JAKE JABS

RE: MANAGEMENT CHANGES

As the company continues to be successful and grow, its become necessary to adjust some senior management positions in order to handle all of the new projects we currently have going.

Therefore, **Mike Buscietta** will be moving to Thornton and will be in charge of the showroom and warehouse. Thornton Sales & Warehouse Managers will report to him.

**Dale Pepper** will move to Compark and become the company's new Assistant General Manager. **Andrew Zuppa** will be the corporate General Manager.

There will also be some re-alignment of job duties assigned to these positions and Store/Warehouse managers will be expected to assume some additional responsibilities.

Thanks for your understanding and cooperation.

Sincerely,

Jake Jabs
President

— COPY —

Showrooms:

Aurora, CO
303-368-6555
FAX 303-337-4722

Lakewood, CO
303-933-3975
FAX 303-933-8635

Thornton, CO
303-289-3311
FAX 303-288-1137

Westminster, CO
303-422-3385
FAX 303-422-3102

Ft. Collins, CO
970-221-1981
FAX 970-221-2768

Glenwood Springs, CO
970-928-9422
FAX 970-928-9420

Colorado Springs, CO
719-633-4220
FAX 719-633-3267

Pueblo, CO
719-542-5189
FAX 719-542-0109

000012

06/14/2004 MON 15:52  [JOB NO. 7108]  ☒001