IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

---

# EXHIBIT A-11

## WILLIAM MICHAEL BUSCIETTA AFFIDAVIT

### Submitted By Defendant
### In Support Of Its Motion For Summary Judgment

---

Respectfully submitted this 14th day of January, 2008.

    s/ Andrew W. Volin
    **Andrew W. Volin, Esq.**
    SHERMAN & HOWARD L.L.C.
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202
    Telephone: (303) 297-2900
    Facsimile:  (303) 298-0940
    E-Mail:  AVolin@sah.com

    Gary J. Benson, Esq.
    DWORKIN, CHAMBERS & WILLIAMS, P.C.
    3900 E. Mexico Avenue, Suite 1300
    Denver, CO  80210
    Phone:(303) 584-0990
    Fax:(303) 584-0995
    E-mail:gbenson@dnvrlaw.com
    *Attorneys for Defendant*
    *American Furniture Warehouse*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH
JACK MUST,
    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE
    Defendant.

---

### AFFIDAVIT OF WILLIAM MICHAEL BUSCIETTA

---

COMES NOW The Affiant, first being duly sworn, and deposes and states of his own personal knowledge as follows:

1. My name is William Michael Buscietta. I am now the Thornton Facility Manager at the American Furniture Warehouse ("AFW").

2. In June, 2004, while I was the General Manager at AFW, I was upset with Mr. Must because I believe he had failed to take personal responsibility for the signature capture system in the Westminster store, and failed to report the problem for several months. I was also upset with Mr. Must because of manner in which this problem was brought to my attention. I felt Mr. Must was not performing his job as Store Manager. When I met with him to talk about this, I felt he was disrespectful to me and I believed he should be fired.

FURTHER AFFIANT SAYETH NAUGHT.

*/s/ William Michael Buscietta*
William Michael Buscietta

STATE OF COLORADO       )

1

EMPLOY\284363.1

COUNTY OF Adams ) ss.
)

    I hereby certify that the foregoing AFFIDAVIT OF WILLIAM MICHAEL BUSCIETTA was subscribed and sworn to before me on this 10th day of January, 2008.

WITNESS my official hand and seal.

My commission expires: 2-23-09 .

*Kendra Ricci*
Notary Public

[SEAL]

```
KENDRA RICCI
NOTARY PUBLIC
STATE OF COLORADO
```
My Commission Expires FEB. 23, 2009

2

EMPLOY\284363.1