IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

---

# EXHIBIT A-13

# THOMAS K. WARD DEPOSITION TRANSCRIPT EXCERPTS

### Submitted By Defendant
### In Support Of Its Motion For Summary Judgment

---

Respectfully submitted this 14th day of January, 2008.

        s/ Andrew W. Volin
        **Andrew W. Volin, Esq.**
        SHERMAN & HOWARD L.L.C.
        633 Seventeenth Street, Suite 3000
        Denver, CO 80202
        Telephone: (303) 297-2900
        Facsimile: (303) 298-0940
        E-Mail: AVolin@sah.com

        Gary J. Benson, Esq.
        DWORKIN, CHAMBERS & WILLIAMS, P.C.
        3900 E. Mexico Avenue, Suite 1300
        Denver, CO 80210
        Phone:(303) 584-0990
        Fax:(303) 584-0995
        E-mail:gbenson@dnvrlaw.com
        *Attorneys for Defendant*
        *American Furniture Warehouse*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Case No. 06-CV-01872-RPM-MEH

JACK MUST,

Plaintiff

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation d/b/a/ AMERICAN FURNITURE WAREHOUSE,

Defendant.

---

DEPOSITION OF THOMAS K. WARD

---

PURSUANT TO NOTICE, the above-entitled deposition was taken on behalf of the Plaintiff at 1621 18th Street, Suite 260, Denver, Colorado, on August 30, 2007, at 9:05 a.m., before Dawn E. Eastman (Calderwood), Certified Shorthand Reporter, Registered Professional Reporter, and Notary Public.

Thomas Ward

Page 8

```
 1        Q.     How long were you there?
 2        A.     Eleven months.
 3        Q.     What was your duty in Vietnam?
 4        A.     It was called 0311.  It was just an
 5   infantry position.
 6        Q.     All right.  Why don't you summarize
 7   for me -- you've indicated you've been with AFW for
 8   coming on eight years?
 9        A.     Since 1999.
10        Q.     Since 1999.
11        A.     Uh-huh.
12        Q.     So you had -- strike that.  When did
13   you muster out of the Marine Corps?
14        A.     June of 1969.
15        Q.     Okay.  I need to get your date of
16   birth?
17        A.     7/13/1949.
18        Q.     We're starting to trip over each other
19   lines, so wait until my question's done --
20        A.     Fair enough.
21        Q.     -- and I'll wait for your answer.
22        A.     Okay.  I'm sorry.
23        Q.     All right.  Describe for me, if you
24   would, your -- I want to hear about your employment
25   before AFW.  I don't need a lot of detail.  Just
```

Thomas Ward

Page 17

1  year after my father-in-law died, and he died in
2  '83.
3      Q.    Okay. So you applied in April of '99
4  for the warehouse position. Were you hired into
5  that position?
6      A.    Yes.
7      Q.    Who hired you?
8      A.    Jerry Beamer.
9      Q.    Was he the manager at the time?
10     A.    He was the store manager. And Jamie
11 Rountree.
12     Q.    Rountree?
13     A.    He was the warehouse manager there.
14     Q.    And did you go to work as a
15 warehouseman?
16     A.    Yes.
17     Q.    And describe for me, if you would, how
18 your career has progressed with AFW from there?
19     A.    I worked in the warehouse for two
20 months. I'd always been interested in sales, and I
21 do like dealing with people. So I asked Jerry if I
22 could go into the sales department, as opposed to
23 the warehouse department. And he said sure.
24     Q.    Okay.
25     A.    So I went to training and went into

Calderwood-Mackelprang, Inc.  303.477.3500

8ed4e25b-5d9d-4871-a126-d85c0e3773c4

Thomas Ward

Page 19

1    A.    Key holder position.
2    Q.    And it's your understanding that most
3  satellite stores had that position?
4    A.    I think there was only two. I think
5  it was us and one other store; I can't recall
6  exactly. It was one of the smaller stores. Might
7  have been Glenwood; I'm not real sure.
8    Q.    Was this -- why was it only those two
9  stores, if you know?
10   A.    Because they're smaller stores.
11   Q.    Sort of a way of having a third
12 manager, but not really?
13   A.    Sort of, uh-huh, uh-huh.
14   Q.    All right. Then there came a time
15 when you were designated as the assistant store
16 manager?
17   A.    That's correct. That was the 1st of
18 October of 2001. And the reason that's so clear is
19 because the facts right after 9/11.
20   Q.    Okay. All right. And at that point,
21 Jack Must was also the store manager; correct?
22   A.    No, he was the sales manager.
23   Q.    The sales manager?
24   A.    He was the assistant manager at that
25 point. Yeah, at the point that I went to the

Calderwood-Mackelprang, Inc. 303.477.3500

8ed4e25b-5d9d-4871-a126-d85c0e3773c4

Thomas Ward

Page 20

1  assistant, he was the manager, that's correct, if
2  that's what you're asking me.
3       Q.    Okay.
4       A.    He was there previous to that doing
5  the assistant manager's job.
6       Q.    And I'm going to come to that, but the
7  point is when you became assistant manager, he was
8  managing?
9       A.    That's correct; that's correct.
10      Q.    And did he actually hire you as the
11 assistant manager or had some input on that?
12      A.    He asked me to do the job.
13      Q.    And you accepted?
14      A.    Yes.
15      Q.    Do you know whether he had authority
16 to hire you himself, or did he have to get somebody
17 above him to approve it?
18      A.    I don't know.
19      Q.    Okay.
20      A.    I only assumed it was okay, or he
21 wouldn't have done it.
22      Q.    Okay.
23      A.    Or he couldn't have done it, I would
24 assume.
25      Q.    While you were the key holder, in the

```
1    it's, you know, I have to; somebody is going to tell
2    me I have to.
3         Q.    You're not a dress code guy, sounds
4    like?
5         A.    Some people are not.
6         Q.    A lot of former military guys aren't.
7    Did you have a greeter at that store?
8         A.    No.
9         Q.    The larger stores had a greeter;
10   correct?
11        A.    That's what I understand.
12        Q.    You've never seen it, but you
13   understand it has --
14        A.    I've been in the Thornton store on
15   occasion, and there's been somebody standing there
16   greeting.
17        Q.    Do you think that would have helped to
18   have a greeter at your store?
19        A.    No.
20        Q.    Did you ever become aware of any
21   complaints from customers that they had come into
22   the Westminster store and had not been waited on,
23   couldn't find a wait person?
24        A.    Sure.
25        Q.    Tell me what you remember hearing.
```

Thomas Ward

Page 47

1  A. I can remember one particular
2  incident, the guy was just walking out of the store.
3  And I asked him if he needed any help. And he said:
4  I've been in here for 20 minutes, and I haven't seen
5  one person; and I'm just leaving. And he was just
6  mad and just left. It does happen. It happens in
7  any store probably.
8  Q. And I guess that's what I'm trying to
9  understand: Do you feel that happened frequently or
10 more frequently at the Westminster store?
11 A. It may have -- I'm kind of a tip of
12 the iceberg kind of guy. If you see it one time,
13 it's probably happened ten.
14 Q. That's fair enough. Did you feel it
15 was excessive?
16 A. I think it happened more than it
17 should have probably.
18 Q. And did there -- was there a
19 discussion of that issue between you and Jack at any
20 point?
21 A. No.
22 Q. Did you point it out to Jack?
23 A. On occasion, if somebody just walked
24 out, I would say: Nobody waited on him.
25 Q. Did you feel Jack would react to that?

Calderwood-Mackelprang, Inc.  303.477.3500

8ed4e25b-5d9d-4871-a126-d85c0e3773c4

Thomas Ward

Page 73

```
 1        A.      I didn't really question him.  He was
 2   my boss.
 3        Q.      Fair enough.  Did you ever say to him:
 4   Jack, why don't you fire the guy?
 5        A.      I asked him why would he put up with
 6   that.
 7        Q.      Okay.  And what did he say?
 8        A.      Boys will be boys.
 9        Q.      He didn't feel it was a firing
10   offense?
11        A.      Don't know if he felt that or not.
12        Q.      Did you ever have any of those
13   shouting matches?
14        A.      No.
15        Q.      Did you ever fire somebody because
16   they didn't follow up on a task that you assigned
17   them from one of these floor walk sheets?
18        A.      No.
19        Q.      Did you ever raise this with
20   management above Jack?
21        A.      Actually, I did talk to Andrew about
22   it.  It was sometime later.  This had gone on for
23   quite a while before I said anything to him.
24        Q.      What did you say?
25        A.      That I wasn't comfortable working with
```

Calderwood-Mackelprang, Inc. 303.477.3500

8ed4e25b-5d9d-4871-a126-d85c0e3773c4

```
1    the situation.
2         Q.     And "the situation" being what you
3    just referred to?
4         A.     The lack of control, the lack of
5    respect.
6         Q.     And do you remember when that was?
7         A.     No.
8         Q.     Can you peg it in terms of -- I mean,
9    it was during the time you were an assistant
10   manager?
11        A.     That's correct.
12        Q.     And Jack was the manager?
13        A.     That's correct.
14        Q.     Can you tell us how long it was before
15   Jack was terminated?
16             MR. BENSON:  Object to the form.  We
17   have created the record on that term, so answer if
18   you can.
19             THE DEPONENT:  I don't know how soon,
20   how much -- how -- I know it was before, obviously;
21   but I don't know how long before.  Same year, I
22   think.
23        Q.     (By Mr. Buchanan)  Can you tell me the
24   context in which you said this to him?
25        A.     To Andrew?
```

```
 1        Q.      Yeah.  Was it during a floor walk?
 2        A.      Yes.
 3        Q.      What was Andrew's reaction to that?
 4        A.      Well, if I can back up just a little
 5   bit.  What started -- what facilitated the
 6   conversation was Andrew was doing the floor walk,
 7   and I asked him if I could to back into sales.
 8               And he said:  Sure, if that's what you
 9   want to do.  But he asked me why I would want to do
10   that.  And that's when we got into the conversation
11   about how I was uncomfortable with the situation.
12        Q.      "The situation" being Jack's
13   management?
14        A.      Yes.
15        Q.      Was there any other aspect of your
16   uncomfortableness with it, other than what you've
17   just said about the lack of respect?
18        A.      I just didn't feel it was -- you know,
19   having shouting matches in the middle of the
20   showroom floor was the way to handle things.  I just
21   didn't think it was. . .
22        Q.      And you've told me about that.  Were
23   there other aspects of the management that you
24   indicated that you wanted to go back to sales?
25        A.      I just didn't feel like -- I don't
```

```
 1      Q.      Well, did things improve?
 2      A.      After Jack left, they improved.
 3      Q.      Well, while Jack was there, did they
 4  improve?
 5      A.      Not really, no.  So I don't think the
 6  time frame was too long.  It couldn't have been too
 7  long after that.  I don't know the exact time.  You
 8  asked me, from that conversation to when Jack left,
 9  how long was it.
10      Q.      Okay.  So you're thinking this was
11  close in time to that?
12      A.      Yeah, it had to be a matter of, I
13  don't know, a few months.  I can't honestly say, but
14  it had to be pretty close.
15      Q.      Okay.
16      A.      It was very difficult for me to
17  approach Andrew on that.
18      Q.      Why?
19      A.      Simply because I do believe in
20  protocol, and I believe that everybody -- the man in
21  charge should have every opportunity to do what he
22  needs to do.
23      Q.      I guess that's kind of what I'm
24  wondering about, is that you are telling me there
25  were these shouting matches.  And you indicate that
```

1    A.    Probably had everything to do with the
2  fact that he didn't have control on the warehouse
3  folks and the staging folks and the shouting matches
4  we talked about earlier.  That's totally negative.
5  That's obvious a negative influence.
6         Q.    And I've heard all of that.
7         A.    Yeah.
8         Q.    My question is:  Did you hear him
9  speak negatively about management?
10        A.    Jack?
11        Q.    Yeah.
12        A.    Sure.
13        Q.    What do you remember him saying?
14        A.    That they were -- things like crazy,
15 how do they expect all that and this and that and
16 expect this and that.  Something specific -- he
17 referred to Andrew as being crazy a lot:  The guy is
18 crazy, that kind of thing.
19        Q.    Okay.  Did you agree?
20        A.    That Andrew was crazy?
21        Q.    Yes.
22        A.    No.  I'm trying to think how to answer
23 that question.  I don't agree that he's crazy, so
24 let me just say that.
25        Q.    Did you agree he had an odd management

1     A.     Yeah.
2     Q.     He didn't say that in front of other
3  salespeople; did he?
4     A.     Where we were situated in the office,
5  I mean, we were open.
6     Q.     Right.
7     A.     It would be, like, our desk would be
8  where you are; and the front office counter would be
9  where that wall is.  I mean, there's no separation
10 there.  It would not be hard to overhear any of
11 this.
12    Q.     Did he attempt to communicate it to
13 the salespeople, as far as you are concerned?
14    A.     Attempt to communicate with them about
15 Andrew being crazy?
16    Q.     Yes.  When he was saying these things,
17 he would say them to you as the assistant manager?
18    A.     Yes, in conversation.
19    Q.     Do you remember him being critical of
20 Jake?  Or just, to be fair --
21    A.     No, not Jake.
22    Q.     When it says talks negative about
23 company, do you remember him being critical about
24 AFW, specifically, as distinct from Andrew Zuppa?
25    A.     I think it was just more the

Thomas Ward

Page 124

1  personalities involved -- like Andrew, Mike, and
2  Dale.  Just personalities.
3         Q.      What do you remember him saying about
4  Mike?  I assume "Mike" is Mike Buscietta?
5         A.      I assume that's who he's talking
6  about.
7         Q.      What do you remember him saying
8  negative about Mike Buscietta?
9         A.      I think it was just the management
10 scheme, in general, what they expected from their
11 managers, I think he felt was maybe a little
12 unrealistic or a little too much.
13              Like working on days off and working
14 mandatory days and this sort of thing, which is
15 where most of the complaints come from.  Walking
16 through the store and finding issues that he didn't
17 feel were issues.  He thought they were more, like,
18 not really a problem so why would they bring that
19 up.
20        Q.      Okay.  Do you remember him saying
21 anything specifically -- I think you've been
22 reasonably clear about this, that his criticisms had
23 to do more with management, in general, as opposed
24 to individuals, with the exception of Zuppa; is that
25 correct?

Calderwood-Mackelprang, Inc. 303.477.3500

8ed4e25b-5d9d-4871-a126-d85c0e3773c4

Thomas Ward

Page 126

1  And there's no separation between what was going on
2  and what was said, and especially when we're arguing
3  with our warehouse people in the middle of the
4  showroom when the store is open.  I mean, you can
5  hear that from one side to the other.
6       Q.   In those conversations, he wasn't
7  being critical of management; was he?
8       A.   No, he wasn't criticizing management
9  then, that's right; that's right.
10      Q.   I'm trying focus on the business about
11 being critical of management and/or Zuppa.
12      A.   Policies probably.  Like I say,
13 working days off, working mandatory days, the long
14 hours, expecting me to be here after six just
15 because he's coming over, this kind of thing.
16      Q.   When Jack said any of those things,
17 did you ever say to him:  Jack, let's take this
18 behind closed doors and talk about it?
19      A.   No.
20      Q.   Why not?
21      A.   There were really no closed doors.
22      Q.   There are places you could go to be
23 alone; right?
24      A.   Yeah, we could have went outside.
25      Q.   But you never suggested that?