IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a AMERICAN FURNITURE WAREHOUSE

    Defendant.

## EXHIBIT A-14

## NOLAN P. MORRISON DEPOSITION TRANSCRIPT EXCERPTS

**Submitted By Defendant
In Support Of Its Motion For Summary Judgment**

Respectfully submitted this 14th day of January, 2008.

s/ Andrew W. Volin
**Andrew W. Volin, Esq.**
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
Facsimile:  (303) 298-0940
E-Mail:     AVolin@sah.com

Gary J. Benson, Esq.
DWORKIN, CHAMBERS & WILLIAMS, P.C.
3900 E. Mexico Avenue, Suite 1300
Denver, CO  80210
Phone:(303) 584-0990
Fax:(303) 584-0995
E-mail:gbenson@dnvrlaw.com
*Attorneys for Defendant
American Furniture Warehouse*

Nolan Morrison

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Case No. 06-CV-01872-RPM-MEH

JACK MUST,

Plaintiff

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation d/b/a/ AMERICAN FURNITURE WAREHOUSE,

Defendant.

---

DEPOSITION OF NOLAN P. MORRISON

---

PURSUANT TO NOTICE, the above-entitled deposition was taken on behalf of the Plaintiff at 1621 18th Street, Suite 260, Denver, Colorado, on August 30, 2007, at 2:36 p.m., before Dawn E. Eastman (Calderwood), Certified Shorthand Reporter, Registered Professional Reporter, and Notary Public.

Nolan Morrison

Page 18

1  And carry it forward from January '02 to the
2  present, if you would.
3       A.     I'm not real exact on dates.  I
4  believe we have some of those.  I believe I can
5  recall the order and approximate times.  I hate to
6  guess on those.
7       Q.     And that's probably good enough.  If
8  we need more precision, I'll try to show you a
9  document that refreshes your memory.
10      A.     I started out in sales.  I believe I
11 was about a year in sales.
12      Q.     Okay.
13      A.     I was then --
14      Q.     Let me stop you.  Where were you in
15 sales, the location?
16      A.     Thornton store.
17      Q.     Thornton store.  Okay.
18      A.     And I was then moved to the loading
19 dock --
20      Q.     Okay.
21      A.     -- as a manager trainee.
22      Q.     Okay.  Was that also in Thornton?
23      A.     Correct.
24      Q.     Okay.  How long did that manager
25 trainee position last?

Calderwood-Mackelprang, Inc. 303.477.3500

eddc6fae-61ca-4e99-b4fa-6365bcfdf856

1      A.     I remember it being a couple months.
2  Maybe a summer.
3      Q.     Okay.
4      A.     And from the loading dock, I kind of
5  did some more warehouse management, kind of overall
6  warehouse management.
7      Q.     Okay.
8      A.     From there, I went to the Westminster
9  store as a turnkey trainee.  There was a position
10 where there was only two managers and a turnkey.
11 The turnkey position would close the store at night,
12 still manage but also still sell.
13     Q.     Okay.  Can you bracket that for us
14 timewise?
15     A.     This was in -- it would have been
16 2003, summer of 2003, approximate.
17     Q.     Okay. Go ahead. What was the next
18 position?
19     A.     I ended up not taking that turnkey
20 position because the -- another sales manager
21 position opened up at the Thornton store.  So I was
22 at the Westminster store approximately a month
23 before I went to the Thornton store.
24     Q.     Okay.  Is Thornton 31?
25     A.     Yes.

```
 1      Q.    And you were the sales manager there?
 2      A.    Yes.
 3      Q.    Okay.  And how long did that job last?
 4      A.    I remember it being, again, about nine
 5  months.
 6      Q.    Okay.  What was your next position?
 7      A.    Westminster store manager.
 8      Q.    Okay.  How long did you last as the
 9  Westminster store manager?
10      A.    I hate to keep using nine months, but
11  I believe it was probably about nine months.
12      Q.    Okay.  And then where did you go?
13      A.    I went to the southwest store.
14      Q.    As what?
15      A.    Store manager.
16      Q.    Okay.  And how long did that last?
17      A.    It was less time.  Approximately five
18  months.
19      Q.    Okay.  And then where did you go?
20      A.    To the University store as a store
21  manager.
22      Q.    And how long did that last?
23      A.    Three or four months.
24      Q.    Okay.  And then what was your next
25  position?
```

Nolan Morrison

Page 37

1    meetings?
2         A.    I don't recall.
3         Q.    Do you ever recall believing that they
4    were poorly attended or less than all of the
5    salespeople who were going to be working that shift
6    were there?
7         A.    Well, it kind of seemed to me --
8    Westminster, the salespeople didn't really take
9    their job that seriously.  I don't really recall.  I
10   know that the salespeople -- I felt like the
11   salespeople really didn't respect their managers,
12   and they really didn't want to, you know, abide by
13   the company rules.
14        Q.    Now, you said they didn't respect
15   their managers?  Are you referring to all four of
16   them -- I mean, all three of them?
17        A.    Yeah, yes.
18        Q.    Okay.  And just to be clear about it,
19   you are talking about Jack Must, Tom Ward, and Joe
20   Mazzuto; correct?
21        A.    Correct.
22        Q.    Were you there long enough to form an
23   opinion -- and if you weren't, feel free to tell
24   me -- as to who, among those three, they respected
25   the most and who they respected the least?

Calderwood-Mackelprang, Inc. 303.477.3500

eddc6fae-61ca-4e99-b4fa-6365bcfdf856

Nolan Morrison

Page 38

1  A. I believe they respected Tom Ward the
2  most. Joe would have been second, and Jack Must
3  would have been bottom.
4  Q. How did they exhibit that? When you
5  say they didn't take their job seriously, what do
6  you mean?
7  A. They would do things like take
8  extended lunches. They would be in the break room.
9  They would show up late. They may not show up at
10 all. They were -- they were mouthy in meetings.
11 Q. Including these sales meetings?
12 A. Yes.
13 Q. Let me ask you this question: Was
14 there any way, given that attendance was mandatory,
15 was there any way of sort of documenting who was at
16 the meeting and who wasn't? Did you have a sign-in
17 sheet or anything like that?
18 A. It depends on the manager.
19 Personally, I do mark everyone on a roster and put
20 notes on why they wouldn't be there.
21 Q. Okay.
22 A. I don't know if there was or not.
23 Q. You don't know whether they did that
24 at Westminster or not?
25 A. No.

Calderwood-Mackelprang, Inc. 303.477.3500

eddc6fae-61ca-4e99-b4fa-6365bcfdf856

Nolan Morrison

Page 45

1    A.    Yes.
2    Q.    What do you remember -- when was that?
3    A.    Shortly after.  I believe it was the
4  next morning, like Thursday morning.
5    Q.    Okay.  And what do you recall about
6  that discussion?
7    A.    Andrew wanted me to make some changes
8  at the store, and we talked about that.
9    Q.    What changes did he want you to make?
10   A.    Well, he wanted more sales staff
11 there -- or at least he wanted better coverage on
12 the floor.  There was a big problem about helping
13 customers.
14   Q.    Okay.  And what was the nature of the
15 problem?
16   A.    There were no salespeople either
17 available or on the shift, so not enough people to
18 take care of the customer load that we had.
19   Q.    Okay.  What other changes?
20   A.    We talked about display on the floor,
21 you know, maybe making the store a little bit nicer
22 and more organized.  And possibly we talked about
23 some of the other employees -- for instance, the
24 warehouse staff, the design staff, and the front
25 office staff.

Nolan Morrison

Page 46

1    Q.    But you don't remember anything
2 specific about that?
3    A.    I do not.
4    Q.    Okay.  As a result of that
5 conversation -- well, strike that.
6          Prior to Andrew Zuppa coming in on
7 that Thursday, had you decided, as the store
8 manager, that you were going to make some changes?
9    A.    Absolutely.
10   Q.    And what had you decided to do?
11   A.    Well, I was going to do a couple of
12 things.  Either train and improve the current staff
13 that was there, hire more sales staff for better
14 coverage, change schedules that were more conducive
15 to the customer load.
16         And I was going to try to reverse the
17 lackadaisical -- sorry for the term -- the
18 lackadaisical free-for-all that was going on there.
19   Q.    That gives me some sort of general
20 categories.  Had you actually fired anybody by the
21 time Andrew Zuppa got there?
22   A.    No, I don't believe so.
23   Q.    Had you hired anybody else?
24   A.    I don't believe so.
25   Q.    Had you taken any steps to hire anyone

1   what did you do to fulfill that directive from
2   Mr. Zuppa?
3        A.   The first thing I did is started
4   training that sales staff and holding them
5   responsible for the time on the floor, their breaks,
6   trained them on how you be more effective and
7   efficient on the floor.
8             I remember trying to get a lot of
9   interviews to try and get the people that I wanted
10  there that I thought would be conducive to that
11  store and that would be a good, you know, addition
12  to our team.
13       Q.   Interviewing, you are talking about,
14  applicants?
15       A.   Correct.
16       Q.   Okay.  What else?
17       A.   Those were my two main focuses, to get
18  more people on the floor and to train the current
19  salespeople to be better.
20       Q.   Let's talk about training for a
21  moment.  How did you do that?
22       A.   Well, in the sales meetings, we can
23  talk about more appropriate ways to work, how to be
24  more efficient, more effective, get feedback, manage
25  the floor, get out and be with those salespeople,

```
 1        Q.    Okay.  Did it ever get satisfied to
 2   Andrew Zuppa's satisfaction, to your knowledge?
 3        A.    I don't know if he was satisfied.  I
 4   didn't have a conversation with him about that.  So
 5   I would assume that it was taken care of in his
 6   eyes.
 7        Q.    You say you didn't have a conversation
 8   with him.  What would be your interaction with
 9   Andrew Zuppa while you were the store manager at
10   Westminster?  Did you have a regular time that you
11   would talk to him?
12        A.    No.  The only time I would talk to him
13   was if there was something that he needed to talk to
14   me about.
15        Q.    Okay.  And that would typically be
16   over the phone?
17        A.    Not necessarily.  He would come out to
18   the store also.  Both.
19        Q.    All right.  Do you recall him
20   remaining critical of the coverage that you had on
21   the store?
22        A.    About the only thing I truly remember
23   him commenting on is that they were not getting as
24   many complaints about people not being helped, and
25   that he appreciated that.
```