IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

---

# EXHIBIT A-15

## NOLAN P. MORRISON AFFIDAVIT

**Submitted By Defendant
In Support Of Its Motion For Summary Judgment**

---

Respectfully submitted this 14th day of January, 2008.

    s/ Andrew W. Volin
    **Andrew W. Volin, Esq.**
    SHERMAN & HOWARD L.L.C.
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202
    Telephone: (303) 297-2900
    Facsimile:   (303) 298-0940
    E-Mail:      AVolin@sah.com

    Gary J. Benson, Esq.
    DWORKIN, CHAMBERS & WILLIAMS, P.C.
    3900 E. Mexico Avenue, Suite 1300
    Denver, CO  80210
    Phone:(303) 584-0990
    Fax:(303) 584-0995
    E-mail:gbenson@dnvrlaw.com
    *Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH
JACK MUST,
    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE
    Defendant.

### AFFIDAVIT OF NOLAN P. MORRISON

COMES NOW The Affiant, first being duly sworn, and deposes and states of his own personal knowledge as follows:

1. My name is Nolan P. Morrison. I am now the Store Manager at the American Furniture Warehouse ("AFW") Firestone location.

2. I began my employment with AFW in 2001, but I had worked in the furniture business since 1993, including management positions, before AFW hired me.

3. Just before I became the Store Manager at AFW's Westminster location, my job was Sales Manager at AFW's large Thornton Facility. In that position, I supervised between 70 – 90 sales people, directly reported sales to Mr. Jabs, and was responsible in the evening for closing the showroom and warehouse facility.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Nolan P. Morrison

STATE OF COLORADO    )
    ) ss.
COUNTY OF _Douglas_    )

1

EMPLOY\284364.1

I hereby certify that the foregoing AFFIDAVIT OF NOLAN P. MORRISON was subscribed and sworn to before me on this _10_ day of January, 2008.

WITNESS my official hand and seal.

My commission expires: _April 26, 2010_ .

[SEAL]

_Crystal Hayes_
Notary Public

My Commission Expires 04/26/2010

2