IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a AMERICAN FURNITURE WAREHOUSE

Defendant.

---

**EXHIBIT A-16**

**DEPOSITION EXHIBIT 4**

**Submitted By Defendant
In Support Of Its Motion For Summary Judgment**

---

Respectfully submitted this 14th day of January, 2008.

s/ Andrew W. Volin
**Andrew W. Volin, Esq.**
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
Facsimile: (303) 298-0940
E-Mail: AVolin@sah.com

Gary J. Benson, Esq.
DWORKIN, CHAMBERS & WILLIAMS, P.C.
3900 E. Mexico Avenue, Suite 1300
Denver, CO 80210
Phone:(303) 584-0990
Fax:(303) 584-0995
E-mail:gbenson@dnvrlaw.com
*Attorneys for Defendant*
*American Furniture Warehouse*




# Personnel Policy Manual

Revised January 2004






An Equal Opportunity Employer




MAIN SHOWROOM/WAREHOUSE 8820 American Way Englewood, CO 80112

## PERSONNEL POLICIES

Since American Furniture Warehouse is a consumer-oriented business, it is of primary importance that its employees realize their roles in the area of public relations. This is important both to the satisfaction of the consumer and to your fellow employees. Our main desire is to be the best operation in the marketplace.

Your evaluation as an employee does not end with the customer or your job duties. It also includes your ability to work with your associates and the management of the organization. Your interpersonal relations in the area of motivation instead of manipulation, your overall attitude as a positive morale boosting individual and your desire to improve yourself are of equal importance to the organization. Since we are a people-oriented business, you must remember your role in this regard. There is no room in this organization for unprofessionalism, gossip or a "do-your-own-thing" attitude.

Regardless of your position in the company we are all in the business of satisfying the customer. Remember that our customers impression of American Furniture Warehouse is a direct result of how they are treated by **everyone they contact**. Whether you're working in the front office, customer service, maintenance, deliveries, sales, load-out docks or the corporate office—**be nice to the customer!** Smile, be friendly, go the extra mile and notice how good it feels to be the best in the business!



(Revised January 2004)

1.0 **Statement of Purpose**

1.1 This manual is intended to provide employees with a general understanding of our personnel policies. It will answer many common questions concerning employment with the company, but it cannot anticipate every situation or answer every question about employment. It is **NOT** an employment contract and is **NOT** intended to create contractual obligations of any kind.

1.2 This manual will familiarize you with the company's policies, practices and benefits. The managing owners of this company retain the right to use their best judgments to modify, suspend, interpret or cancel, in part or whole, at any time, any policy or procedure in this manual or any such policy or procedure elsewhere whether published or announced. The contents of this manual do **NOT** constitute an expressed or implied contract of employment. You have the right to terminate your work relationship with American Furniture at any time, **with** or **without** advance notice or cause, and American Furniture has the same right to terminate its work relationship with you. Although the company is hopeful that the working relationship with each of its employees will be long and mutually beneficial, it considers each relationship to be one of voluntary employment **"AT WILL"**.

**2.0 Equal Employment**

2.1 American Furniture Warehouse is an equal opportunity employer, and as such, will **NOT** discriminate on the basis of race, color, creed, age, ancestry, national origin, disabilities, except in certain instances where age, sex or physical/disabilities would constitute a bonafide occupational qualification reasonably necessary to the normal operation of a specific job.

2.2 This policy applies to **ALL** applicants for employment in their recruitment and placement; and, all employees in any matter pertaining to employment, or any benefit arising there from including, but **NOT** limited to, promotion, demotion, lay-off, termination, transfer, training, compensation and working conditions.

2.3 **All employees of American Furniture Warehouse are expected to adhere to this policy and to our commitment regarding equal employment opportunity.**

**3.0 Sexual Harassment/Harassment**

3.1 Sexual harassment involves creating an offensive work place environment or demanding sexual favors in exchange for advantageous work place treatment. This **includes** but is NOT limited to: unwanted advances, sexual gestures, suggestive objects, pictures or cartoons, verbal abuse, jokes, reprisals, or threats. **American Furniture does NOT tolerate sexual harassment or harassment of any kind.**

3.2 All employees of American Furniture are responsible for assuring that the work place is free from harassment. If you have a work place sexual harassment complaint against supervisors or coworkers, **immediate** notice in writing must be given; one copy to the **Human Resources Manager**, one copy to the **General Manager** and one



copy to the **CEO**. This policy was designed to allow employees to byp... ...anagers in their direct line of supervision and take their complaint directly to senior management.

3.3 Special privacy safeguards will be applied when handling sexual harassment complaints. All employees should be aware that the identity of the complaining party and the person accused of sexual harassment will be kept as **confidential** as possible during and after investigation.

3.4 An investigation will be conducted. When the results of the investigation indicate that sexual harassment has occurred, American Furniture will take **appropriate corrective action,** including **discipline** up to and including **termination**. If you do not feel the results are adequate, you may follow the steps outlined in the grievance policy (section 24.0). The decision of the grievance board is binding on all parties.

**4.0 Drugs and Alcohol**

4.1 Employee involvement with drugs and alcohol can adversely affect employee job performance, morale and jeopardize employee and customer safety. American Furniture Warehouse is a DRUG FREE environment. This means **ZERO TOLERANCE** (a fact that is made known from the minute an employee applies with American Furniture and is further explained in this policy). This policy includes pre-hire, DOT, post accident, reasonable suspicion and random testing for drugs and alcohol. "Random" tests will be administered to randomly selected individuals on a weekly basis. Employees who test positive will be terminated.

4.2 When there are reasonable grounds for believing an employee is carrying an illegal substance in the work place or is impaired by the influence of drugs or alcohol, the company may **search** an employee's personal effects located on company property, the work area of the employee, and/or send the employee for a clinical test for the presence of alcohol or drugs. Employees who refuse the search or the test will be **terminated.**

4.3 Employees who must use an over-the-counter or prescription drug that causes adverse side effects or **may affect ability to perform in a safe and productive manner** must notify his or her supervisor prior to starting work. The supervisor, after proper inquiry, will decide if the employee can remain at work and what work restrictions, if any, are deemed necessary. American Furniture reserves the right to require a doctor's statement outlining the possible effects the drug might have as they relate to workplace safety and operation of machinery and equipment.

**5.0 General Employment**

5.1 All new **non-managerial** employees will serve a **90-day** probationary period, all new **managers** will serve **120-day** probationary period, during which his/her ability and suitability to the job will be determined. If during this trial period it is found that the new employee is **NOT** meeting standards, the employment relationship will be terminated. This period is **NOT** a contract of employment and is NOT intended to

create contractual obligations of any kind. **After this trial period employment will remain "AT WILL".**

5.2 Except in cases of emergencies, cell phones (unless issued by the company) and personal phone calls are prohibited.

5.3 In return for the wage paid by the company, it is expected that each employee **will assist** in providing good **quality** service to the customer and produce an adequate **quality** and **quantity** of work.

5.4 To prevent parking congestion, all personal cars should be parked in the **specific** areas designated by the company.

5.5 The designated bulletin boards in each facility carry notices and announcements for employees. Company memos that are posted on the bulletin boards or otherwise distributed to employees by management will serve as **official notice** to all employees. It is your responsibility to review these notices regularly and familiarize yourself with their content.

**6.0 General Conduct**

6.1 The **success** of our business depends upon its **public image, customer service** and **rapport**. When you join American Furniture Warehouse, you become part of a professional, customer service oriented company. Since each employee represents our organization on a daily basis, we expect that you maintain a **well-groomed** and **professional** appearance. This is particularly important in those positions that deal face-to-face with the customer. **It is company policy to treat every customer as the most important person who walks through our doors. Every effort is to be made by you to serve them to their satisfaction.**

6.2 It is essential that you perform your duties and conduct yourself in such a manner as to increase public confidence in American Furniture Warehouse. All communications with customers, whether by telephone, mail or in person are to be handled in **a business-like, courteous** and **professional** manner at **all** times. Remember that you are always representing American Furniture and you are expected to contribute to its public image and consumer image.

6.3 Cash shortages may be charged to the employee or result in appropriate disciplinary action up to and including termination. Also, employees may be charged and/or disciplined if they damage property, cost the company money by not obtaining the proper identification on a check, or accepting a check or credit card without proper authorization.

**7.0 Dress Code**

7.1 Personal appearance of all employees is vital to public image, whether an employee is in a customer contact or non-customer contact position. All employees should pay careful attention to grooming, personal hygiene and personal appearance. Anyone



deemed by management not to be in compliance with company dress codes will be given one opportunity to go home, change to appropriate dress and return to work that day. Repeated violations of the policies may result in disciplinary action.

7.2 All employees are expected to wear appropriate work attire to meet the standards outlined in specific job descriptions. Employees are expected to dress neatly and to exercise common sense in selecting clothing and footwear appropriate for his/her work environment.

7.3 Unacceptable Attire

Inappropriate dress for ALL positions includes, but is **NOT** limited to, sports-oriented clothing, spandex, bike shorts or cut-offs, t-shirts, sweatshirts, sweatpants, etc. Inappropriate low front or low back outfits, short tops, halter tops or any type that show the midriff area or is worn brâless, clothes that are inappropriately tight or baggy, torn or faded, facial piercings (reasonable ear rings *are* acceptable) and any type of "logo" athletic wear and hats.

**8.0 Position Classifications and Compensation**

8.1 A job description exists for most every position at American Furniture Warehouse. The description is **NOT** a full detail of all the duties an employee is expected to perform; it states the principal duties, responsibilities, and supervisory relationships of the position.

8.2 All salary increases must be approved by the Chief Executive Officer. Pay raises will be considered based on merit and the economic situation of the company.

**9.0 Working Hours, Payroll, and Time-Clocks**

9.1 Working hours will be set by management to conform to the particular position and business needs. To ensure that you are paid all fully earned wages **YOU** will be required to verify the accuracy of your pay and report any discrepancies to your supervisor or the Human Resources Manager.

9.2 Lunch Breaks are set by each Department Manager and are at least thirty (30) minutes of unpaid time off after each five (5) hour period. An "on-duty" meal period will be permitted when the nature of the work prevents an employee of being relieved of all duties. The time spent for such "on-duty" meal periods **shall be counted and paid as time worked.**

9.3 All employees are permitted to take a 15-minute break (which is five (5) minutes more than is required to give) for each four (4) hours or major fraction thereof. Such rest periods shall **NOT** be deducted from the employee's wages.

9.4 Employees may smoke only on breaks and only in outside-designated smoking areas.

9.5 Non-exempt hourly employees are eligible for overtime as prescribed by state and

Federal law. Overtime must be requested and approved by the your supervisor. When the work dictates, some overtime hours may be required of you. The payroll week for purposes of calculating overtime begins each Monday at 12:01 A.M. and ends each following Sunday at midnight. Time worked for purposes of computing overtime is defined as actual time on the job. Absences for personal business, illness, funeral leave, jury duty, vacation, and holidays will not be counted as hours worked for purposes of calculating overtime.

9.6 You are required to clock out when you start your lunch period and clock back in before resuming work, whether or not you leave the premises.

9.7 If you have been given permission by your supervisor to leave the facility for personal reasons during your regularly scheduled shift you must clock out and back in when you return. If this absence is for approved paid time off, you must complete a Request for Leave form in order to be paid.

9.8 All employees are required to clock out immediately at the end of their scheduled shift. If you forget to do this, report this at once to your supervisor. Providing false information or altering your own or another employees time record is grounds for termination.

**10.0 Holidays**

10.1 All OTR, commission and piece–work employees are **NOT** eligible for holiday pay.

10.2 All full time employees, excluding OTR, commission and piece-work employees, are eligible for eight (8) hours of pay for the following holidays once they have completed sixty (60) days employment. All employees are required to work, if the store is open on a holiday, eight (8) hours in order to receive holiday pay. If the company is open on the day of the holiday, all eligible employees scheduled who are non-exempt hourly employees will receive holiday pay in addition to pay for hours worked that day. Managers on salary will not receive additional pay for working on a holiday.

10.3 For purposes of this policy, covered holidays are:

| | |
|---|---|
| **Easter** | **Labor Day** |
| **Memorial Day** | **Thanksgiving** |
| **Fourth of July** | **Christmas** |

10.4 It is required that an employee work the holiday if scheduled. Consult your manager for mandatory workdays before and after a holiday. Any employee requesting a day off before, after or on a holiday must get approval from the their Manager and the General Manager. It is also required that an employee work the last scheduled working day prior to and the first scheduled working day after such holiday in order to receive holiday pay.

10.5 All sales, front office and other personnel designated by management are required to work those holidays that the stores are open.



10.6 Manager may approve less than eight (8) hours and must document the employee was released and submit the document to payroll. Employees are then entitled to holiday pay.

**11.0 Vacations**

11.1 All full-time employees with the exception of OTR drivers are eligible for paid vacation after one (1) year of employment. Sales personnel are entitled to paid vacation at their average commission rate. OTR Drivers are entitled to a maximum of forty (40) hours after 1 year of employment and (80) hours after 5 years of employment.

11.2 All eligible employees earn vacation as follows:

- Under one year of employment — Zero
- After one year of employment — 40 hours

11.3 After the completion of the first year, employees begin accumulating 1.54 hours per week (80 hours per year) of vacation. Once eligible for vacation, you must request the time off in advance and receive supervisory approval.

11.4 Earned **unused** sick time **<u>OVER</u> 160 HOURS** will accumulate as additional vacation time (section12.6).

11.5 All supervisory personnel must have vacations approved by the C.E.O.

**12.0 Absenteeism and Tardiness**

12.1 The company expects all employees to assume diligent responsibility for their attendance and promptness. Regular and prompt attendance is essential to the success of the company and the satisfaction of our customers.

12.2 If you are unable to report to work on time as scheduled, you must notify your supervisor at least one hour in advance or as soon as you know that you will be late or absent. Failure to properly notify the company of your absence or tardiness will result in an unexcused absence. Absenteeism or tardiness that is unexcused or excessive in the judgment of the company is grounds for disciplinary action up to and including termination.

12.3 Any employee absent from duty for three (3) consecutive work days without authorization and/or notice to the employer is deemed to have **abandoned** the position and will be terminated. If the employee can show that conditions existing during such period clearly made it impossible to notify American Furniture Warehouse, reinstatement will be considered.

12.4 All full-time employees who have been employed for one (1) year, with the exception of OTR drivers paid mileage, are entitled to earned sick time, which is accumulated at

.77 hours per week (40 hours per year). Commissioned salespeople earn sick pay at a rate of $7.74 per hour <u>UP TO</u> **160 HOURS** of earned **unused** time.

12.5 Sick leave benefits are solely to provide protection when you are unable to work due to physical or health conditions or to render service to an immediate family member who is ill, disabled or quarantined. Abuse of sick leave may result in the individual's losing this benefit or disciplinary action up to and including termination.

12.6 Earned sick time **NOT** used will continue to accumulate **<u>UP TO</u> 160 HOURS. Unused** sick time **<u>OVER</u> 160 HOURS** will accumulate as additional paid vacation time (section 11.4).

12.7 Since paid sick time is provided only as a benefit to protect your earnings in the event you are injured or become too ill to work, this benefit is not paid out at the time of termination.

12.8 OTR Drivers and other personnel who are paid mileage are excluded from sick and holiday benefits.

12.9 You may be required to furnish evidence of adequate health upon the return to work at the discretion of the company or may be required to furnish verification of illness. Doctor's excuses will not always be accepted as an excuse when absences are consistent and/or excessive. A doctor's excuse is required for missing the day before or the day after a schedule day off or missing extremely busy days such as Saturdays, Sundays, mandatory work days or Holidays.

**13.0 Family and Medical Leave of Absence**

13.1 Family and Medical Leave of Absence shall be granted upon the request of an employee who has worked for the company for at least 1250 hours over the previous 12 months.

The employee will be allowed a period of time off up to a maximum of twelve (12) weeks in a twelve (12) month period under the following circumstances:

- Birth or adoption of a child
- Serious illness of an immediate family member (defined as parent, spouse or child)
- Medical leave of absence will be granted in the event an employee is disabled and unable to work for the time-frame a licensed physician has authorized that employee not to work or up to the maximum ninety (90) day leave policy, whichever comes first..

13.2 The employee must provide thirty (30) days notice when the Family Leave is foreseeable.



13.3 Certain key managerial employees are exempt from this Family leave policy.

13.4 Employees may **be required** to provide proof of birth or adoption, and proof of continued serious illness of a family member. The employee must use this leave of absence **solely** for the family circumstances as defined above.

13.5 When the employee returns from an approved leave for absence, that employee will be returned to either the **same position** or a **similar position** with the **same pay and benefits** as the employee held prior to the leave. Any frozen benefits will begin accruing.

**14.0 Jury Duty**

14.1 If you are called for Jury Duty in Colorado, you will be paid your regular rate of pay for the regular hours you were scheduled to work for the first three (3) days. Beginning of the fourth **(4th)** day of jury duty, the State of Colorado will provide compensation of $50.00 per day and American Furniture Warehouse will provide compensation only when your regular pay for scheduled time is more than the $50.00. In such cases the company will reimburse you the difference.

**15.0 Funeral Leave**

15.1 Funeral Leave of up to three (3) days may be granted to full-time employees who have been employed for sixty **(60)** days in the event of a death in the employee's immediate family. Immediate family is defined as father, mother, spouse, children, brother, sister, grandparent, father-in-law or mother-in-law. Circumstances of each case will be reviewed to determine the paid time you will receive. If you do not attend the relative's funeral you will not be entitled to funeral leave. Funerals that occur on your regularly scheduled day off will result in less funeral leave being paid. If the funeral is local and you are not directly involved in arrangements and matters that must be handled before and after the funeral, you will be expected to use less than the three (3) days. Since the benefit is to provide for time actually lost from work, you will not receive funeral leave pay for any days that are paid holidays, paid vacation, or paid sick time.

**16.0 Military Leave**

All employees having annual military training will be granted an unpaid leave of absence each year to cover the time required for this training. If you are involuntarily inducted into any branch of the US Armed Forces for an extended period of service or called into active duty, upon returning from the service, you may be reemployed in accordance with the provisions of the law. Such leave of absence shall not constitute an interruption of the employment service record at American Furniture Warehouse.

**17.0 Voting Time**

American Furniture Warehouse wishes to assist employees in performing their voting responsibilities in Municipal, State, and Federal elections. In most cases you should



000006

be able to vote before or after your shift; however, if it is necessary for you to arrive late or to leave work in order to vote, please make arrangements with your supervisor no later than the day prior to the Election Day.

**18.0 Worker's Compensation**

18.1 American Furniture Warehouse provides workers compensation insurance as prescribed by law. The company pays the total cost of this insurance.

18.2 This insurance covers injuries that occur on the job. It does not include injuries sustained going to and from work or on lunch breaks outside of the company facility.

18.3 All on-the-job accidents, illnesses, or injuries, no matter how **small**, must be reported immediately to the employee's supervisor and Human Resource Manager (in writing from the injured employee whether medical care is sought or not).

18.4 All accidents or injuries will be thoroughly investigated by the employee's supervisor.

18.5 In cases of absence due to a work related disability, any earned sick leave the employee may have may be utilized to cover time not paid for by workers compensation benefits so long as the total amount paid does not exceed the employee's regular earnings.

18.6 In the event you are injured while working for the company, you will receive pay from the company for the remainder of the shift on which you were working under any of the following conditions:

You are directed by a doctor **not** to **return** to work; or

Your shift **ends** while you're **awaiting** medical attention from a doctor; or

Your shift **ends before** you are able to **return** to work after receiving medical attention.

If the designated workers compensation doctor needs to see you for additional treatment for this work-related condition, you should make every effort to schedule these appointments **before** or **after** your shift or on your **days off**. If this is not possible, the company will not pay for time off for those appointments that must be scheduled during your shift.

18.7 American Furniture Warehouse's policy is to return industrially injured employees to work in the shortest possible time. Light duty is provided for employees who can work but are not yet released to the full duties of their position.

18.8 Employee's who are off work due to a NON work-related injury or illness may not return to work in any capacity until they have provided the appropriate release notice from his/her doctor.



18.9 Employees must utilize the designated company medical facility for any illness or injury that is work-related. Employees who do not follow this policy may lose benefits and are subject to disciplinary action. Employees who injure themselves on a weekend or after hours must see one of the designated provider and follow-up with in 24 hours of the injury with the designated company medical facility.

**19.0 Insurance Benefits**

19.1 Health insurance is available to full-time American Furniture Warehouse employees and their dependents at the first of the month following sixty **(60)** days of employment. You **must complete** and submit to Human Resources the proper enrollment forms in order to be covered. Please review the insurance booklet for details regarding the coverage and check with Personnel about the costs to you, if any.

19.2 Life insurance is **free** to every full-time employee on the first of the month following sixty **(60)** days of employment. Voluntary life insurance and dependent life is available at a cost to the employee. Check your insurance booklets for coverage amounts.

19.3 Dental insurance is available to full-time employees on the first day of the month following sixty (60) days of employment. Check with Personnel about the cost to you, if any, and the cost for dependent coverage.

**20.0 Furniture Discount Benefits**

20.1 After sixty **(60)** days of full-time active duty with the company, employees may buy furniture at five percent **(5%)** off the regular customer sale price listed.

20.2 Employees with five **(5)** years of continuous service may purchase merchandise at ten percent **(10%)** off the regular customer price listed.

20.3 This plan is strictly for company employees use in their homes and not for any other person or purpose. Violation of this policy will result in discipline, loss of this privilege, and/or possible dismissal.

20.4 The employee's name must appear on all invoices, cash invoices are never appropriate for employees making purchases (even if they are not receiving an employee discount). All employee purchases, discounts, including sale and one only items must be approved and signed by the Store Manager.

**21.0 Promotions and Transfers**

21.1 All transfers and promotions must be approved by the General Manager. Occasionally employees may be required to transfer temporarily or to become a regular employee at another location due to business necessity.

**22.0 Employee Performance and Disciplinary Action**

22.1 An employee may receive a review at any time it is deemed necessary that his/her performance becomes a matter of official record.

22.2 If an employee's performance or behavior falls short of the company's standards and expectations, management is to take appropriate corrective action.

22.3 The actions that management takes are based on the seriousness of the situation and upon the past employment record of the employee. In assessing penalties, the prior offenses of the employee that will be considered do not have to be the same type as the current offense. Disciplinary actions may range from a **verbal warning** to **immediate termination.** Management reserves the right to forgo progressive discipline in certain situations.

22.4 All managers of American Furniture Warehouse are authorized and expected to initiate **"employee write-ups"** on a Personnel Action form as they deem necessary. The purpose of these personnel actions is to advise employees of items that they need to be aware of and improve or correct. It is required that these forms be signed by both the supervisor and the employee. Signing the form does not mean the employee agrees with its contents but acknowledges that they have been made aware of the issues. You may make written comments regarding each review or "write-up" on the review. Refusing to sign that you have received a review or write-up will result in termination.

22.5 An employee may be **suspended** without pay for a period up to five **(5)** days arising from a severe or repetitive violation of company policy or procedures.

22.6 A list of **Rules and Regulations** is attached to this manual. This list does **NOT** cover every possible situation that will result in disciplinary action.

**23.0 Termination of Employment**

23.1 There are two ways to terminate employment: *voluntarily* and *involuntarily.*

Voluntary terminations include resignations, retirements, failure to return from leave, and failure to report to work without notifying the company.

Involuntary terminations include layoffs and disciplinary action.

23.2 Whether employee-initiated or company-initiated, termination of the employment relationship will be handled in accordance with these procedures:

All unused, earned vacation pay will be provided with the final paycheck.

Insurance coverage for medical and dental benefits continue through the last day of the month in which your employment ceases. Under most circumstances, you are eligible to continue your medical insurance for you and your dependents at your own expense for eighteen (18) months after your termination. Please check your current insurance booklet for details. Company property (keys, uniforms, etc.) is to be returned to your supervisor no later than your last day of employment.



23.3 Disclosure of your personnel file to anyone outside the organization will be limited to dates of employment and position title.

As a matter of policy, American Furniture Warehouse does not provide written letters of recommendation.

**24.0 Grievance**

24.1 Grievances shall consist of all matters of disagreement arising out of the employer/employee relationship where there is no specific policy that clarified the problem. This policy is not in effect for those employees who have been employed for less than ninety (90) days or have been terminated directly by the owner. To attempt resolution of a problem, employees **must** follow the specific steps outlined here.

**Step 1:**

The employee discusses the complaint with his/her **immediate supervisor.** Normally, this should resolve the majority of work place problems. When these discussions do not resolve the differences or there is a personal or other reason you feel you cannot speak with your supervisor, you may go to the next step.

**Step 2:**

The employee submits a written grievance to the **next level of supervision.** Four **(4)** copies shall be completed: The original to the **CEO,** one copy to the **General Manager,** one copy to the **Human Resources Manager** and one copy must be kept by the employee. The written grievance must be presented within five **(5)** working days after the date of the immediate supervisor's decision. The answer by the Company must be given or mailed to employee within ten **(10)** working days after receipt of the employee's appeal.

**Step 3:**

If the decision in **Step 2** is not acceptable to the employee or the owner, the case may be **appealed** in writing to an ad hoc grievance panel. The panel will consist of five (5) persons selected as follows: Two **(2)** members selected by the owner and two **(2)** members selected by the employee. The four **(4)** members will then select one **(1)** additional person to act as a chairperson. The four **(4)** members and chairperson will arrange for a hearing and decide the case within a period of thirty **(30)** days after the appeal made in **Step 3.**

24.2 Any decision which is **not appealed** by the employee within the time allowed at each level after the date of receipt shall be considered a **decision in favor of the Company.** Any written grievance which is **not answered** by the Company within the time allowed at each level after the date of receipt shall be considered a **decision in favor of the employee.**

**25.0 No Solicitation Rule**

25.1 Solicitations are **not permitted** by anyone during working time on company property including the facility buildings and parking lots. Working time does not include meal breaks or rest periods.

Non-employees will **not be permitted** to solicit for any purpose or engage in the distribution of literature of any kind on the Company's premises at any time. Bulletin boards are **not** to be used by any non-employee under any circumstance without approval of the CEO.

**26.0 Safety**

26.1 American Furniture Warehouse recognizes that its employees deserve to work in a safe and healthy environment. It is the company's policy to provide **safe** places of employment and to establish sound operating practices which will result in safer working conditions.

26.2 It is the responsibility of every employee to **observe safety rules, to use good housekeeping practices, apply safe work practices, and properly use all safety equipment** provided. Furthermore, it is each employee's duty to participate in the Accident Prevention Program by being alert for unsafe or potentially unsafe conditions or acts, and to do his/her part to correct the situation by immediately reporting any such condition or act to the supervisor.

26.3 All employees receive a Safety Manual at the time they are employed. It is your responsibility to know and practice these rules when and where they apply to you.

**27.0 Security**

27.1 Security is the responsibility of each and every employee of American Furniture Warehouse. All infractions **must be reported** to your supervisor and to the CEO **immediately**.

27.2 **Rewards for Reporting Theft**

An amount up to a maximum of five-hundred dollars (**$500.00**), depending on the value of the merchandise, will be given to any non-management employee for information regarding an actual theft from the company or the aiding and abetting of a theft. Employees hired as Greeters/Security will be exempted from this policy in most cases.

An amount up to one-thousand dollars (**$1000.00**) will be given if this information leads to the arrest and conviction of a person(s) for stealing or aiding and abetting of a theft.



**28.0 Management Rights**

American Furniture Warehouse wishes to reiterate that it reserves the right to interpret the policies contained herein and to modify, enlarge upon, or change to meet current conditions as it deems necessary. Again, the language used herein is **NOT** intended to create an expressed or implied contract of employment.

---

## RULES AND REGULATIONS

STATEMENT TO EMPLOYEES:

The orderly and efficient operation of American Furniture Warehouse requires that all employees maintain discipline and proper standards of conduct.

These standards of conduct are required to protect the health and safety of all employees, to provide quality service to customers and to protect the property of the Company. To that end, Management has established the following list of Rules and Regulations, which, while not all-inclusive, provide an indication of unacceptable behavior. **The violation of these specific rules, or acts of conduct which are similar to these rules, will result in disciplinary action up to and including termination. PROHIBITED ACTIONS THAT CONSTITUTE GROUNDS FOR DISCIPLINARY ACTION UP TO AND INCLUDING IMMIDATE TERMINATION OF EMPLOYMENT:**

1. Theft and dishonesty.
2. Insubordination.
3. Gross Misconduct.
4. Deliberate destruction of company property.
5. Participation in any type of Illegal activities while on company property.
6. Willful violation of company policy. (i.e. alcoholic beverage and drug policies and policies designed to protect or properly document the transfer of company property, misuse of time records).
7. Physically assaulting or fighting with another person.
8. Threatening, intimidating, coercing or harassing a fellow employee or customer at any time, in any way, for any reason.
9. Possessing an illegal weapon of any kind or possession of a firearm while on company property.
10. Falsifying records or accounts or the unauthorized altering or destruction of company documents.
11. Rude or discourteous treatment of a customer.
12. Refusing to sign that you have received a review or write-up.
13. Violation of established safety or fire prevention rules.
14. Unnecessary noise of any type.
15. Entering or loitering on the premises when not on duty.
16. Being away from an assigned work area or station without knowledge or permission of the supervisor.
17. Misuse of parking areas.
18. Improper dress or attire.
19. Abuse of break or meal periods.
20. Poor maintenance of work area.
21. Unauthorized use of company telephones.
22. Failure to clock in or out as required.
23. Extreme or continued use of profane or offensive language.
24. Sexual harassment or harassment of any type.
25. Inefficiency, low-quality work.

26. Preparing to leave work area prior to end of shift.
27. Horseplay or disorderly conduct at work or at any company sponsored social function.
28. Failure to report an industrial (work-related) accident.
29. Transacting personal business on company time on or off company property without prior approval.
30. Damage to or loss of company property due to neglect.
31. Conduct that brings discredit to the company.
32. Excessive or unauthorized absences or tardiness.
33. Fraternizing with customers.
34. Misrepresenting the reason for a leave of absence.
35. Exhibiting disrespect toward company management.
36. Leaving the premises without prior approval from management.
37. Curt or unprofessional behavior toward any customer.
38. Refusal or failure to follow assigned instruction by a supervisor.
39. Sleeping while on duty.
40. Failure to work scheduled hours, overtime, or required company's policies.
41. Unauthorized or inappropriate use of company computers, email, or Internet.
42. Failure to comply with any company policy.
43. Providing inaccurate or false information to management.

**ACKNOWLEDGEMENT AND AGREEMENT:**

As condition of employment I agree to the following provisions:

I acknowledge that I have received my own copy of the company's Personnel Policy Manual. I have read and fully understand the Rules and Procedures it contains and acknowledge my responsibility to follow them in all respects. I understand that my employment relationship with American Furniture Warehouse is one of voluntary "AT-WILL" employment, which may be terminated at anytime by American Furniture Warehouse or myself, and that no contract agreement of employment, express or implied, has been established between American Furniture Warehouse and me. I understand that if uniforms or equipment are assigned and not returned after termination of employment the entire cost will be withheld from my final paycheck.

______________________________
Employee Name (please print clearly)

______________________________ _________________________
Employee SIGNATURE Date Signed

**This policy manual supersedes any other published personnel manual.**

**Revised January 2004**