IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

---

# EXHIBIT A-17

# DEPOSITION EXHIBIT 2

## Submitted By Defendant
## In Support Of Its Motion For Summary Judgment

---

Respectfully submitted this 14th day of January, 2008.

    s/ Andrew W. Volin
    **Andrew W. Volin, Esq.**
    SHERMAN & HOWARD L.L.C.
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202
    Telephone: (303) 297-2900
    Facsimile:   (303) 298-0940
    E-Mail:   AVolin@sah.com

    Gary J. Benson, Esq.
    DWORKIN, CHAMBERS & WILLIAMS, P.C.
    3900 E. Mexico Avenue, Suite 1300
    Denver, CO  80210
    Phone:(303) 584-0990
    Fax:(303) 584-0995
    E-mail:gbenson@dnvrlaw.com
    *Attorneys for Defendant*
    *American Furniture Warehouse*



# RULES AND REGULATIONS

**STATEMENT TO EMPLOYEES:**

The Orderly and efficient operation of American Furniture Warehouse requires that all employees maintain discipline and proper standards of conduct.

These standards of conduct are required to protect the health and safety of all employees, to provide quality service to customers, and to protect the property of the Company. To that end Management has established the following list of Rules and Regulations which, while not all-inclusive, provide an indication of acceptance and unacceptable behavior.

The violation of these specific rules, or acts of conduct which are similar to these rules, will result in disciplinary action up to and including termination.

---

**PROHIBITED ACTIONS THAT CONSTITUE GROUNDS FOR IMMEDIATE TERMINATION:**
1. Theft and dishonesty
2. Insubordination
3. Gross Misconduct
4. Deliberate destruction of company property
5. Willful violation of company policy (i.e. alcoholic beverage and drug policies and policies designed to protect or properly document the transfer of company property, misuse of time card).
6. Physically assaulting of fighting with another person.
7. Threatening, intimidating, or coercing a fellow employee at any time, in any way, for any reason.
8. Falsifying records or accounts or the unauthorized altering or destruction of company documents.
9. Rude or discourteous treatment of a customer.
10. Refusing to sign that you have received a review or write-up. Employees discharged for such offenses need not be given advance notice of termination or warning of possible future termination.

**OTHER PROHIBITED ACTIONS THAT WILL RESULT IN DISCIPLINARY ACTION UP TO AND INCLUDING POSSIBLE IMMEDIATE TERMIATION.**
1. Violation of established safety or fire prevention rules.
2. Unnecessary noise of any type.
3. Entering or loitering on the premises when not on duty.
4. Being away from an assigned work area or station without knowledge or permission of the supervisor.
5. Violation of parking areas.
6. Improper dress or attire.
7. Abuse of break or meal periods.



000148

8. Poor maintenance of work area.
9. Unauthorized use of company telephones.
10. Failure to clock in or out if required.
11. Extreme or continued use of profane language.
12. Sexual harassment or harassment of any type.
13. Inefficiency, low-quality work.
14. Preparing to leave work area prior to end of shift.
15. Horseplay or disorderly conduct at work or at any company sponsored social function.
16. Failure to report and industrial (work-related) accident.
17. Transacting personal business on company time on or off company property without prior approval.
18. Damage to or loss of company property due to neglect
19. Conduct which brings discredit to the company.
20. Excessive absences or tardiness.
21. Fraternizing with customers.
22. Misrepresenting the reason for a leave of absence.
23. Exhibiting disrespect toward company management.
24. Leaving the premises without prior approval from management.
25. Curt or unprofessional behavior toward any customer.
26. Refusal or failure to follow assigned instruction supervisor.
27. Poor quality of work
28. Low quality of work.
29. Illegal activities at work that are not covered by any of the company's policies.
30. Sleeping while on duty.
31. Failure to work scheduled hours, overtime, or required company's policies.
32. Failure to comply with any company policy.
33. Providing inaccurate or false information to management.

IN ADDITION, YOU HAVE THE RIGHT TO TERMINATE YOUR WORK REALTIONSHIP WITH AMERICAN FURNITURE WAREHOUSE AT ANY TIME AND LIKEWISE, AMERICAN FURNITURE WAREHOUSE HAS THE SAME RIGHT TO TERMINATE ITS WORK RELATIONSHIP WITH YOU AT ANY TIME. ALTHOUGH THE COMPANY IS HOPEFUL THAT EACH REAL RELATIONSHIP WILL BE LONG AND MUTUALLY BENFEICIAL. IT CONSIDERS EACH WORK RELATIONSHIP TO BE ONE OF VOLUNTARY EMPLOYMENT AT WILL.

**ACKNOWLEDGEMENT AND AGREEMENT:**

As condition of employment I agree to the following provisions:
I acknowledge that I have receives my own personal copy of this list of Rules and Regulations and that I am aware that it is my responsibility to be familiar and follow these rules. I understand that my employment relationship with American Furniture Warehouse is one of voluntary employment AT-WILL which may be terminated at anytime by American Furniture Warehouse or myself, and that no contract agreement of employment, express or implied, has been established between American Furniture Warehouse and me. I understand that if uniforms are assigned uniforms to the company or the entire cost of these uniforms will be withheld from my paycheck.

_Jack Must_ / _6-29-98_
Employee Name / Date Signed

000149