IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

      Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

      Defendant.

---

## EXHIBIT A-18

## DEPOSITION EXHIBIT 31

## Submitted By Defendant
## In Support Of Its Motion For Summary Judgment

---

Respectfully submitted this 14th day of January, 2008.

s/ Andrew W. Volin
**Andrew W. Volin, Esq.**
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
Facsimile:   (303) 298-0940
E-Mail:      AVolin@sah.com

Gary J. Benson, Esq.
DWORKIN, CHAMBERS & WILLIAMS, P.C.
3900 E. Mexico Avenue, Suite 1300
Denver, CO 80210
Phone:(303) 584-0990
Fax:(303) 584-0995
E-mail:gbenson@dnvrlaw.com
*Attorneys for Defendant*
*American Furniture Warehouse*

1   **Jack Must v. AFW**
2   **Plaintiff's Document No. 000347**
3   **Cassette Tape Recording**
4   **Recording of Conversation 06/16/04**
5

| # | | |
|---|---|---|
| 6 | Andrew: | …issues here. |
| 7 | Jack: | Uh huh. |
| 8 9 10 11 12 | Andrew: | I've decided I'm going to address those. We have two options. We either increase sales or we cut costs. We have a right to make money too so, you know, I wanted to hear what you guys had in mind, or whatever. I'm going to be honest. I don't feel that conversation in Mike's office went very well. I was very disappointed. |
| 13 | Jack: | Me too. |
| 14 | Andrew: | Yeah. At uh - - |
| 15 | Jack: | I thought it was unnecessary too but |
| 16 | Andrew: | Well, you know, as far as what I said, Jack. |
| 17 | Jack: | Yeah. |
| 18 19 | Andrew: | That's what I feel and, quite frankly, my position now, it's become law. That's just the way it worked, you know. |
| 20 | Jack: | Yep. |
| 21 22 | Andrew: | You know. You know, I feel what I got back from Jake was, you know, he had that conversation and came back, and you know - - |
| 23 | Tom: | Uh huh. I mean we want the numbers to do good here too. |
| 24 25 | Jack: | Yeah, and I mean you're not the only one, Tom, and I and everybody here wants that too. |
| 26 | Andrew: | Yeah. |
| 27 28 | Jack: | You know, and to all work together and maybe we can do it. You know, I know we'll build a new store to replace this eventually. |
| 29 | Andrew: | This will be a long time. |
| 30 | Jack: | Right, you know. |
| 31 | Jack: | But I think that's probably the ultimate answer to do business here. |

DX 31

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | Andrew: | Well, you know, I don't believe we get out of this store what we should. And again, we can have disagreements to that now, but it's now, you know, the point's moot because that's just the way it is now. Sorry, that is. I've been given a lot of free rein here. It's just nobody sees a downside to it quite frankly. So we got a couple things to do. We either need to cut some costs or we need to increase sales, but it's not going to continue to go the way that it is, you know. Hoping and praying and wishing and everybody having good intentions, I'm ready to believe right now that everybody wishes the store would do better. You guys are not assholes. I didn't suggest that. What I'm saying is we have to fix it. Hoping and goodwill isn't enough right now, you know. |
| 12 | Jack: | And what do you suggest? |
| 13<br>14<br>15<br>16<br>17 | Andrew: | I suggest a couple of things. One, either you guys get up to speed or I'm going to put other people here to do it, you know. It's just that simple. It's a chance to give somebody else a shot at running a store that's such a good training ground to run, you know, and I want to be straight but, you know. |
| 18 | Jack: | It is a good store. |
| 19 | Andrew: | It is. |
| 20 | Jack: | There's no doubt. |
| 21<br>22<br>23<br>24<br>25<br>26 | Andrew: | You know, but it's a training area, it's, you know, we can do that here. Might as well get at it and I gotta' tell ya', I don't think sales dropped dead. So if we're going to boost them up, you know, I'm looking for some ball breaking guy to come in and run it. Him or her, you know, and try to do it. I mean I felt like I personally had some success doing this where I've been and that's kinda' what I'm looking for. |
| 27 | Jack: | And what happens to us? |
| 28<br>29<br>30<br>31<br>32<br>33 | Andrew: | You guys can do what you want. You're not jerky guys. And I'm also saying I'm not ready to go in that direction right now but we've got to do a couple things. One is, you know, we can't pay three managers out of this store. We don't have it, you know. Again, sales go up or, again, Jack, I don't think…I don't want to feel like I'm being a jerk. I don't think so, but you're both good guys but I want to be straight about it. |
| 34 | Jack: | Uh huh. |
| 35 | Andrew: | You know. If we have some ideas and, you know, whatever here. |
| 36 | Jack: | But we don't really have three managers here 'cause Joe's really not… |

EMPLOY\197007.1

| 1 | Andrew: | Joe makes pretty good money. |
| 2 | Jack: | But most of his money's commission. |
| 3 | Andrew: | No.  I split it up. |
| 4 | Jack: | Okay. |
| 5 | Andrew: | What we do with manager's salaries as a portion of our business… |
| 6 | Jack: | Uh huh. |
| 7 | Andrew: | …is number one in the company, just so you know. |
| 8 | Jack: | Yeah. |
| 9 10 11 | Andrew: | Manager's pay towards business is very good.  You guys are both paid pretty healthy which I don't have any problems with doing, but I need a return on that. |
| 12 13 | Jack: saying? | Uh huh.  So you don't want three managers here.  Is that what you're |
| 14 15 | Andrew: | Well, I would love to have six managers here because we were doing so much business… |
| 16 | Jack: | Uh huh. |
| 17 18 19 | Andrew: | …but that's not gonna' happen obviously.  I'm not ready to give up on this store and close up the doors.  I see that the place could make some money. |
| 20 21 22 | Jack: | Well, I think so too.  But we also gotta' be able to cover the schedule and have the people here that you need to get the work done.  We still have as much work here to do as… |
| 23 | Andrew: | Uh, we need to get by that. |
| 24 | Jack: | Yeah. |
| 25 26 27 | Andrew: | If you keep saying that, it's just…I feel it's insulting to me and it's insulting I felt that day and I was probably a little bit more heated.  I got past it, but you just can't keep saying that. |
| 28 | Jack: | No, I mean we'd still do everything the bigger stores do as far as… |
| 29 | Andrew: | No, no, no, no, no, no, no, no, no. |
| 30 | Jack: | Then I won't go there. |

| 1 | Andrew: | Don't go there please, no, because it just hurts my feelings. |
| 2 | Jack: | Okay. |
| 3<br>4 | Andrew: | It's not.  I mean I've been in one…I've had the opportunity to run different stores here. |
| 5 | Jack: | Yeah. |
| 6<br>7<br>8 | Andrew: | You guys just don't have the merchandise turns, you don't have the inventory issues to deal with, you don't have the number of sales people to deal with, you don't have the number of total employees -- |
| 9 | Jack: | And again I ask you what do you suggest. |
| 10<br>11<br>12<br>13 | Andrew: | I suggest this.  Somebody needs to be here at night working this store, working the sales.  I think your staff is not outstanding.  I think we need to do a better job of flushing out dead weight and getting some more aggressive help. |
| 14 | Jack: | We're in the process of doing that. |
| 15<br>16<br>17 | Andrew: | Okay, well, let's move on.  I mean, again, I'd love to walk in the store…last time I was here, three of them smoking outside.  I mean it just never ends.  And, again, if we had the support to go ahead and do that. |
| 18 | Jack: | Uh huh. |
| 19<br>20<br>21 | Andrew: | You know, I'm saying I'm giving you this opportunity to maybe talk through this stuff and work through it.  I'm not going to continuing paying gel.  It's just not going to happen, you know. |
| 22 | Jack: | Okay. |
| 23<br>24 | Andrew: | You know, it just can't.  The sales don't justify it.  We have too much cost here. |
| 25 | Jack: | Uh huh. |
| 26 | Andrew: | You know, I think it's reasonable. |
| 27 | Jack: | Uh huh. |
| 28<br>29<br>30<br>31<br>32<br>33 | Andrew: | We're doing less business in this store now than the day we opened the son-of-a-bitch.  Thornton was still there.  You know, nothing's changed. It's not like, you know, these homes are vacant and you're in a gang-riddled area, you know.  Homes are still occupied.  Granted, there hasn't been the outrageous growth, but there's no fewer homes, you know, and there's a lot of people that still like shopping in these type of stores… |

4

| 1 | Jack: | Yes. |
| 2 | Andrew: | ...as opposed to... |
| 3 | _____: | _____. |
| 4 5 | Andrew: | I know.  Every time he comes there, someone tells him he has to go and pick it up in Thornton, he gets pissed off. |
| 6 | Jack: | Yep. |
| 7 8 9 10 | Andrew: | But he still wants to shop in this store.  You know what I'm saying.  He doesn't want to go to Thornton, you know, he wants to shop here.  It's quieter.  He's comfortable in Thornton. Why do people ____, you know. He's like... |
| 11 | Jack: | Yeah. |
| 12 | Andrew: | You know, I've got to explain to him where the damn thing is. |
| 13 14 | Andrew: | I have a reason to go up to my parents I don't have any reason to be over there. |
| 15 | Jack: | But do we have enough of those kind of people. |
| 16 17 18 | Andrew: | I think so.  If we decide, you know, what are the real issues, you know, can we carry more smaller items.  If so, you know, what items aren't we carrying that are not ____. |
| 19 | Tom: | Yeah, it might help a little. |
| 20 | Jack: | Yeah. |
| 21 22 | Andrew: | No, I agree.  I one hundred percent agree with that, thank you.  Yeah, I agree. |
| 23 | Tom: | It helps. |
| 24 25 | Andrew: | I felt like this.  We're all pretty good salespeople.  I felt if our sales staff resembled more people like us... |
| 26 | Jack: | Uh huh. |
| 27 | Andrew: | ...than people like them, the business would be up. |
| 28 | Jack: | Uh huh. |
| 29 | Andrew: | I just fully believe it. |

| 1 | Tom: | I believe so too. |
| 2 | Andrew: | Yeah, okay, so if we can all agree to that, then let's -- |
| 3 | Jack: | Yeah, I agree to that. |
| 4 | Andrew: | Okay. |
| 5 | Jack: | They're the ones out there on the front line so obviously it's… |
| 6 | Tom: | I think what they…[everyone talking at the same time]. |
| 7 | Andrew: | …people were more proactive on the floor. |
| 8 | Tom: | I think we need to spend more time with them. |
| 9<br>10 | Andrew: | I'm disappointed by the statement continually that you guys have to say trust me Jack we're close. |
| 11 | Jack: | What's that? |
| 12<br>13<br>14 | Andrew: | That this store you have the same stuff to do that you do in others ____. So what you need to be doing is working on the other stuff.  I mean it's sales people, sales people, sales people. |
| 15 | Jack: | Yeah. |
| 16<br>17<br>18<br>19 | Andrew: | You know, somebody told me you guys put a desk upstairs or did something.  I don't want to go up there and look.  I don't want to know if it's true, but if it is, I want you to know it was like kicking me in the balls. |
| 20 | Jack: | A desk? |
| 21 | Andrew: | Yeah, you guys didn't put some office upstairs, did you? |
| 22 | Jack: | Mike made us move [talking at once] Tom's desk. |
| 23 | _____: | _____. |
| 24 | Jack: | It's just…we had to find a place to put it. |
| 25 | Andrew: | Yeah, try the dumpster out back. |
| 26 | Andrew: | That's what's more of what we had in mind. |
| 27 | _____: | It's not an office ____. |
| 28 | Andrew: | Nobody uses an office ____ there. |

| 1 | _____: | _____. |
|---|---|---|
| 2 | Tom: | It has a terminal and a phone, but it's not an office. |
| 3 | Andrew: | That's fine, that's fine. |
| 4 | Jack: | No, it's not an office. |
| 5 6 7 8 | Andrew: | If…I don't know. I'm going to talk to Jake about the store hours. It may not be necessary to have the store open until 10. I don't know what he's going to say about that. Maybe with 9…because that was the hours we used to have was 8-9. |
| 9 | Jack: | Yeah, I remember that. |
| 10 11 12 | Andrew: | Yeah and we had two managers and we did it. And I realize it's going to be a few longer hours, but I think you need to be here at nights more. I think that's where, you know… |
| 13 14 15 | Jack: | No, you know what? I don't mind doing that, you know, if Tom and I will work it out where we, you know, each do a couple nights or whatever. |
| 16 17 18 | Andrew: | Its no knock against Joe, but I mean I've been in Joe's situation where I'm the manager and making commission. Well, I know where my time was spent on the floor. |
| 19 | Jack: | Sure, sure. |
| 20 | Jack: | Of course. |
| 21 | Andrew: | And I don't knock the guy. You would be stupid to… |
| 22 | Jack: | Tom did too [more than one person talking at same time]. |
| 23 | Andrew: | …somebody too stupid to figure that out shouldn't be in as a manager. |
| 24 | Jack: | Yep. Tom did that when he was a _____. |
| 25 | Andrew: | [More than one person talking at same time] jobs. |
| 26 | Andrew: | Well of course you did. |
| 27 | Jack: | You'd be nuts not to. |
| 28 | _____: | Yep. |
| 29 30 | Andrew: | Yep, I don't knock him. It's like I said, you got a different guy that's, you know, like I said he's too stupid _____. |

| | | |
|---|---|---|
| 1 | _____: | **[Laughing.]** |
| 2 | Andrew: | So I think that's realistic but then we don't _____. |
| 3 | Jack: | So when do you want to make that effective? |
| 4 5 6 7 8 | Andrew: | Well, I want to talk to Jake about the hours and if he says that he's gotta' keep the store open until 10, I don't know that I'd change my opinion on that.  We just may have to get creative.  ____ created some son-of-a-bitch days and I don't want to go that direction.  I'd just as soon have three managers. |
| 9 | Jack: | Uh huh. |
| 10 11 12 | Andrew: | I'm just, you know, I'm just trying to figure out what it would take to, you know, whatever.  I think you've definitely...so right now you don't close at all. |
| 13 | Jack: | Uh, I haven't, but I work 7:30 to 6 every night so I have... |
| 14 | Andrew: | No, I'm not talking on the in _____. |
| 15 | Jack: | I don't mind closing. |
| 16 | Andrew: | Yeah. |
| 17 | Jack: | I have no problem with that.  I just, you know, Tom would open, I'd -- |
| 18 | Tom: | I close three nights a week Joe closes 4. |
| 19 | Andrew: | Alright. |
| 20 21 | Jack: | And obviously if we didn't have Joe, then Tom and I would have to split up seven nights. |
| 22 23 | Andrew: | Well, I think...how do we...I still don't think it alleviates our problem.  Again, that wasn't the direction I was necessarily wanting to go. |
| 24 | Jack: | Uh huh. |
| 25 26 27 28 29 | Andrew: | I just _____ **[tape really bad here]** _____  Gee, we almost hit last years numbers or almost hit a million bucks god damn _____, you know, and  _____ can't do it because it's too hard to create business in places, you know. |
| 30 | _____: | Uh huh. |

8

| | | |
|---|---|---|
| 1 2 | Jack: | We're with you.  I mean, you show us the way and help us out, we're with ya'. |
| 3 | Andrew: | I'll show you the way Jack. |
| 4 | Jack: | I mean you got to help us and give us support too.  Gotta' help us out. |
| 5 | Andrew: | What more do you want? |
| 6 | Jack: | Is that you give us suggestions, help us out and support us in doing it. |
| 7 | Andrew: | Okay.  This is what I got for you Jack.  I mean, I got B here. |
| 8 | Jack: | I have no problem with that. |
| 9 | Andrew: | Two… |
| 10 | Jack: | I'm okay with that. |
| 11 12 | Andrew: | Two, you know, we've got to get the sales staff to where, you know, personally, like with two of you guys here… |
| 13 | Jack: | Uh huh. |
| 14 15 | Andrew: | …you could almost be working with every customer.  I mean, you know, ___. |
| 16 | Tom: | Well, that's kind of my point as far as being pro-active -- |
| 17 | Jack: | Yeah. |
| 18 | Andrew: | So, let's do that. |
| 19 | Tom: | I think that's a big thing. |
| 20 21 | Andrew: | You guys are not stupid.  If you were, you wouldn't be in these jobs, so you're here, I'm there. |
| 22 23 | Jack | Tom and I have been out and sold many times out there on the floor. And we do it all the time on the weekends, when it's busy, we're out there. |
| 24 | Andrew: | Yeah, and that's not exactly what I'm describing Jack. |
| 25 | Jack: | Yeah. |
| 26 27 28 | Andrew: | What I'm describing is we have go-getters.  If we had people like us out on the floor, we've all agreed that our sales would be better and not worse than what they are. |

EMPLOY\197007.1

| | | |
|---|---|---|
| 1 | Tom: | Well sure. |
| 2 3 | Jack: | 'Cause we've got people that know what they're doing and they're going to go get it. |
| 4 5 | Andrew: | Sure. But then everybody that's here. You only have, you know, what do you have, twelve people now. |
| 6 | Jack: | Thirteen. |
| 7 | Andrew: | You have thirteen? |
| 8 | Jack: | Yeah. |
| 9 10 | Andrew: | Alright, if you have thirteen people, there's no reason that they all can't be competent. They're not, so we need to get them there. |
| 11 | Jack: | Uh huh. |
| 12 | Andrew: | You know. |
| 13 | Jack | So we need to spend more time working on them. |
| 14 15 | Andrew: | Yeah. Well, we need to do whatever it takes, Jack. I mean, I don't know. I'm out there, you're here. You're here full-time. |
| 16 | Jack: | Uh huh. |
| 17 18 | Andrew: | You work a lot of hours and you should have suggestions and you should just take care of it. |
| 19 20 | Tom: | I really think spending more time with them and being more ____ with the salespeople… |
| 21 | Andrew: | I agree. |
| 22 | Jack: | …is just really a big _____. |
| 23 | Andrew: | And getting the rights ones obviously. |
| 24 25 | Tom: | Well, **[everyone talking at once]** _____, and your ideas and how you felt and what you do _____. How would you handle the situation. |
| 26 | Andrew: | Yeah. |
| 27 | Tom: | The key to these guys too is to keep moving on this floor. |
| 28 29 | Andrew: | Alright, great. I mean, you know, it's…I always personally prefer these stores. I always thought I did better in these environments. |

10

| | | |
|---|---|---|
| 1 | Jack: | Can build a better rapport with the customers. |
| 2 | _____: | _____ **[Talking over one another]** |
| 3 | Andrew: | _____ relationship. I mean, I wasn't a heavy furniture |
| 4 | | techno guy _____. **[Talking over one another]** |
| 5 | Andrew: | Yeah, you know, _____. |
| 6 | Andrew: | Maybe you have a conversation, you talk to them for a few minutes. |
| 7 | Jack: | Yeah. |
| 8 | Andrew: | You got a few extra minutes. |
| 9 | Jack: | Yeah. |
| 10 | _____: | **[Talking over one another]** |
| 11 | Tom: | You know, every time we get a new guy, here comes the new salesperson |
| 12 | | and I always talk to them about some things, but I probably don't follow |
| 13 | | it up like I should. I probably don't get on top of it like I should. But I |
| 14 | | try to reiterate it enough times to where they really get it. |
| 15 | Andrew: | Right. |
| 16 | Tom: | You know, like don't spend a lot of time with someone, but you don't |
| 17 | | want to just blow them off, you know. The worst thing you could do is |
| 18 | | let somebody think you're blowing them off. |
| 19 | Andrew: | If I'm here with four salespeople and there's one set of customers and |
| 20 | | then I'll spend whatever time...what the hell else do I got to be doing. |
| 21 | Jack: | Right. |
| 22 | Tom: | Yeah. |
| 23 | Andrew: | You know. I'll be talking to them about _____, whatever. Christ, maybe |
| 24 | | their cousin's comin to town -- |
| 25 | Tom: | Sure. |
| 26 | Andrew: | -- or coming by. |
| 27 | Tom: | You never know. |
| 28 | Andrew: | What am I out of? But being outside smoking, being over at the King |
| 29 | | Soopers, you know, hanging out and talking with one another. And all |

| | | |
|---|---|---|
| 1<br>2 | | these type of things. You know, we just need to be preachin it, preachin it, preachin it, you know. |
| 3 | Tom: | I think that's a good point. |
| 4<br>5<br>6<br>7 | Andrew: | Again, I don't want to be a jerk. I felt that conversation went very badly in Mike's office. And had I been reversed in that position, Jack, I gotta tell you, we wouldn't be standin here today. That's how bad I felt that conversation __ |
| 8<br>9 | Jack: | I felt bad, too. I felt like I was put back on my heels and I was being threatened. |
| 10 | Andrew: | Well, you were. |
| 11 | Jack: | Yeah. |
| 12<br>13 | Andrew: | And you are. So I don't want to disguise it. I don't want (talking over each other). |
| 14 | Jack: | But, I don't like being threatened. |
| 15 | Andrew: | I fully agree. |
| 16 | Jack: | Yeah. |
| 17<br>18 | Andrew: | I don't like making no money, so, you know, it's kind of a, you know, whatever. |
| 19 | Jack: | I know. |
| 20 | Jack: | So, I mean, that's why I was like that, 'cause I felt -- |
| 21 | Andrew: | I'm fine. I'm fine. |
| 22 | Jack: | You know. |
| 23<br>24<br>25<br>26 | Andrew: | In the position when it's my boss, and I'll say, all right, whatever. You know. I just – I don't, you know – you can't go like that one again. You know. Fortunately, things are the way they are. This is what we're gonna have to accept. And that's what it is. |
| 27 | Jack: | I don't have a problem with that. |
| 28<br>29<br>30<br>31 | Andrew: | You know. Uh – you know, and then – again, feel free to talk to Jake. Go what ever direction. But, you know, he put me in a position where I almost felt like a – see if I didn't fire you now – I mean it was that kind of bad. You know. You can't control your managers. You know, your |

12

|   |   |   |
|---|---|---|
| 1 | | managers think you're, you know _____, you know, gee, can't control |
| 2 | | your shit. You know. |
| 3 | Jack: | I, I, I understand.  I needed to find out from Jake if the – if the numbers |
| 4 | | were an issue to have. And he's never complained to me, ever, _____ -- |
| 5 | | Jake does not -- |
| 6 | Andrew: | Jake does not talk to managers about this sort of things. Here we have an |
| 7 | unusual situation. | |
| 8 | Jack: | Uh-hum. |
| 9 | Andrew: | You know, we have a store that, is off of planet earth, so I've been |
| 10 | | assigned this project. I got this one before the last little deal. I've got to |
| 11 | | fix this. This is mine. |
| 12 | Jack: | That's fine. |
| 13 | Andrew: | You know, I've got to do this. |
| 14 | Tom: | We want it to do good, too. |
| 15 | Andrew: | I know. |
| 16 | Tom: | I don't want to sit here and -- |
| 17 | Andrew: | But I believe -- |
| 18 | Tom: | -- have this store do well. |
| 19 | Andrew: | So let's – let's agree to some things. |
| 20 | Jack: | Okay. |
| 21 | Andrew: | That people that do the same thing over and over again and expect a |
| 22 | | different result -- |
| 23 | Tom: | Aren't gonna happen. |
| 24 | Andrew: | -- aren't gonna happen. That just doesn't happen. |
| 25 | Jack: | Right. |
| 26 | Andrew: | Also, good feelings and best wishes don't move ships. Okay. So, we've |
| 27 | | all agreed on some other things, too. We agreed that if we were selling |
| 28 | | out on the floor -- and I mean you, and I mean you, and I mean me. |
| 29 | | Matter-of-fact if we were the only three sales people here on a Saturday. |
| 30 | | And we just said, oh well, you know, take whatever business you want |

| | | |
|---|---|---|
| 1<br>2 | | and whatever. I honestly think we would outright – your 13 sales people.<br>I do (talking over each other) |
| 3<br>4 | Andrew: | You take five customers. You take five customers. I'll take five customers. And we're all end up busier and better than what it is. |
| 5 | Tom: | Yep. |
| 6 | Andrew: | You know. |
| 7 | Jack: | I'd have to agree with that a hundred percent. |
| 8 | Andrew: | You know. And __ stacking and _____. |
| 9 | _____: | _____. |
| 10<br>11 | Andrew: | Yeah, whatever. You know what I'm saying. If it was only the three of us, we wouldn't give a shit. You mean, _____ -- |
| 12 | Jack: | What you're saying is, the business is there. |
| 13 | Andrew: | Yeah. |
| 14<br>15<br>16<br>17 | Andrew: | (speaking over each other) One thing is true. I mean in smaller stores, sometimes, sometimes it's like that, you know, gettin – the guy told me _____he said, you know, if you could have Pete Rose bat nine times, have him bat nine times -- |
| 18 | Tom: | Yes. (speaking over each other) |
| 19<br>20<br>21<br>22<br>23 | Andrew: | So, maybe, you know, maybe fewer sales people – so – I don't know what it is. But, you know, we come to an understanding with them that, you know, you're either gonna be good – and I don't mean aggressive and high pressuring—again, that's not what I'm describing. I mean, us. I'm not asking you to be anything other than us. |
| 24 | Jack: | Be a professional -- |
| 25 | Andrew: | Yeah. |
| 26 | Jack: | And do your job. |
| 27<br>28 | Andrew: | We're good at this. We're good at this. You be good at it. You be good, gone, you know. Homestead has – (break in tape) |
| 29 | Andrew: | -- get a job ____ or old sales people work there. |
| 30 | Jack: | Yeah. |

14

| | | |
|---|---|---|
| 1<br>2<br>3 | Andrew: | You know. So, they want a job. They meant no harm today. But in the meantime here, you know, this is either gonna be your or it's not. So I don't want this being dawn-of-the-dead here. |
| 4 | Jack: | Uh-huh. |
| 5<br>6 | Andrew: | You know. I can't get here anymore on Saturday mornings. I gotta go to the Thornton or I gotta go to Colorado Springs or -- |
| 7 | Jack: | You're going to be pretty busy. |
| 8<br>9<br>10 | Andrew: | Well, you know, my point – I haven't been here in a long time. You guys – you guys get dum-dum. You gettin a cold. You get – that's not accidental by the way. |
| 11 | Jack: | Right. |
| 12<br>13<br>14<br>15<br>16 | Andrew: | You know. So, it – granted, you, you know – but that's alright. I, uh, you know – we just – so, whatever it takes, you know. These sales staff. I don't know your sales staff.  I only know the 10-year-olds I bumped into a few times. While being nice fellas is, I don't know if this environment's conducive. Again, I'm not talking about high-pressure selling. |
| 17 | Jack: | I understand. |
| 18 | Andrew: | _____ high-pressure sales people. |
| 19 | _____: | No. |
| 20 | Andrew: | I don't think I was. |
| 21<br>22 | Jack: | Yeah. We – we were good sales people, and we took care of the customer the way they want to be taken care of. |
| 23 | _____: | This _____ the opportunity _____. |
| 24 | _____: | Yeah. |
| 25<br>26 | Andrew: | It's not the kind of environment is, "uh, could I help you? No. Oh, okay." Yeah. It's not _____ -- |
| 27 | Jack: | It's a whole different deal. (speaking over each other) |
| 28<br>29 | Andrew: | Yeah. You know, spend more time. Nobody else is gonna come in the door anyway. _____ -- |
| 30 | Tom: | Uh-hum. You gotta spend quality time -- |

15

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | Andrew: | The thing was, though, -- I mean, you know, you have stores like the Highlands store, after, you know, whatever. I could do as well on a Wednesday as (speaking over each other) – as a Saturday. Three sales people _____. You know_____. And I could spend more time with -- |
| 6 | Tom: | I used to have my best days _____. |
| 7 | Jack: | Yeah. |
| 8<br>9 | Andrew: | Oddly enough, I did too, so I could spend more time with them. You know. |
| 10 | Tom: | Quality time. |
| 11<br>12 | Andrew: | Sure. _____ god damn house or ____, you know, and it was _____ -- "be backs" too. |
| 13 | Jack: | Uh-hum. |
| 14<br>15<br>16 | Andrew: | You got "be backs." Big stores never get those for whatever reason. They just don't distinguish you from the other 80 guys with the red shirt. You know. But here you're Bob. |
| 17 | Tom: | That's right. |
| 18 | Andrew: | You know. There, you're clerk. |
| 19 | Tom: | There you're a guy with a red shirt. |
| 20<br>21 | Andrew: | That's right. There it's Home Depot, man. Here you can have a personality. |
| 22 | Tom: | That is important. |
| 23<br>24<br>25 | Andrew: | You know. Shit, I'm on our new computer ordering red shirts here. I don't know. I don't know, you know, but I'm certainly willing to listen to those suggestions. I – I just – we _____ get it going. |
| 26<br>27<br>28 | Jack: | I've had some of the sales people tell me they – they feel like they're not professional looking in the red shirts. I've had a few that told me they'd like to be back in shirt and ties in this store. (talking over each other) |
| 29<br>30 | Andrew: | That's something I got to consider. I understand that. And it's – it's a possibility. I mean, out here it's -- |
| 31 | Jack: | It might be different here. |
| 32 | Andrew: | Maybe it is. I don't know. Personally, I don't know if -- |

16

| 1 | Jack: | I don't either. |
| 2 3 | Andrew: | __ wear the tie and the shirt. It's pretty cool. Your AC works in here. You can wear the tie underneath the sweater. |
| 4 | Jack: | I mean, I think it would be worth giving it a shot and see if it does help. |
| 5 | Tom: | Or you can spruce up a little bit but still wear the red ____. |
| 6 7 | Andrew: | You know, I think – I think I would go with the vest with the tie and shirt. |
| 8 | Jack: | Yep. |
| 9 | Andrew: | It's not 100 degrees in here |
| 10 | Tom: | And when you're out -- |
| 11 | Andrew: | When you're outside, it's hot -- |
| 12 | Jack: | Yeah.  Or they can wear a tie and a shirt. |
| 13 | Andrew: | Yeah. Then I would tell 'em to go in that direction. |
| 14 | _____: | I think it might ____. |
| 15 16 | Jack: | I think that's – I don't know how big a factor it is, but I think it could help. |
| 17 18 | Andrew: | Okay, well then _____ fine. Then let's tell 'em that, you know – you know, I would just, I would suggest it -- |
| 19 | Jack: | And make it mandatory? |
| 20 21 22 | Andrew: | No. If they're not the ones doing it, then you could – great, quickly ___ identified the list of people that don't need to be here. (talking over each other) |
| 23 | Andrew: | You know, I respect your opinion to do what you want to do |
| 24 25 | Jack: | If you wear that, that works for you and you feel better and more comfortable, and you sell more, great. |
| 26 | Tom: | ___, maybe more professional. |
| 27 | Jack: | Yeah, I – yeah, I _____-- |

| | | |
|---|---|---|
| 1<br>2<br>3 | Andrew: | Maybe it's _____ suggesting, maybe a little. And again, if they don't want to agree to it, I think that's great because they've definitely moved to column B. (laughter) |
| 4<br>5 | Andrew: | You know. That's great. I respect your opinion. And they'll respect it wherever else you go work too, I'm sure. |
| 6 | Jack: | Yeah. |
| 7 | Andrew: | You know. |
| 8 | Jack: | Yeah. I think that might – might be something to try. |
| 9<br>10 | Andrew: | I definitely want you guys out and work with the customers, you know. _____ -- |
| 11 | Jack: | Okay. |
| 12<br>13<br>14<br>15<br>16 | Andrew: | _____ I mean, there's no reason _____. I mean it's just to go at your point. Giving you don't have five hundred customers calling you a day pissed about shit. You know, the one nice thing is here is, hopefully, you know, they do have more time with customers, so you have your problems with that. |
| 17 | Jack: | Uh-hum. |
| 18<br>19<br>20<br>21<br>22<br>23 | Andrew: | You don't have the inventory flips that are constantly going. I mean, you know, _____, Thornton, I mean shit the thing doesn't barely get it set up before it – one, you got all the stuff that was, you know, fringed buys to begin with, the stuff that was going to be a dropped before the truck showed up. You know. That kind of stuff, people yanking accessories, you know, by the gallon -- |
| 24 | Jack: | Yeah. |
| 25 | Andrew: | You come in and it _____ stripped. |
| 26 | Andrew: | Yeah. It looked like the store's been vandalized, come Sunday morning -- |
| 27 | Jack: | Uh-hum. |
| 28 | _____: | Yeah. |
| 29<br>30<br>31<br>32 | Andrew: | You know, I mean you don't have that kind of stuff to deal with, and you don't have 100 employees. You know. I mean it's all these sort of things. And that's what the difference is, and those are the time-consuming things -- |
| 33 | Jack: | Yeah. |

18

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | Andrew: | -- kill sheets, this stuff, that stuff, Jack. I mean, yeah, that's there, but it's -- it's not the stuff that really does by eating your day and that's all the bull-shit -- that was the stuff you did not have planned when you walked in that morning, you know. The days that create themselves -- |
| 5 | Jack: | Uh-hum. |
| 6 | Andrew: | -- because, you know -- |
| 7 | Jack: | _____ just gonna get _____ -- |
| 8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16 | Andrew: | Yeah. The fire starts the second you walk in. _____ you guys don't have that.  You have time to be out there.  And again, if somebody's not willing to show the effort you showed on the sales floor, try to learn, try to be better, you know, fine.  What's _____.  Let's have one sales person, one talk to every customer that comes in the door, whatever. I don't -- you know -- what -- you know your sales staff. You'll be there and are gonna be doing it. They're gonna be talking to people, and, you know -- we aren't gonna have any "Can I help you" sales people in the store. This is _____ -- |
| 17 | Jack: | Uh-hum. |
| 18 | _____: | -- _____. |
| 19 | Tom: | Yeah. They have to take a different approach with the customer. |
| 20<br>21<br>22<br>23<br>24 | Andrew: | Yeah. Then again, I mean, probably don't think you guys are shitty, and I'm not trying to be shitty. I don't, you know, think whatever. I'm just saying we got to look at this store from -- from what it can be. If it's not gonna be a money-maker, let's use it as a training ground, you know. So, you know, this tells me _____ -- |
| 25 | Jack: | Okay. |
| 26<br>27<br>28<br>29<br>30 | Andrew: | -- here, do this. Just decide -- where the conversation went bad was, I just -- I didn't feel like you were acknowledging the fact that we were saying there was a problem. You were saying there isn't any problem. But, I get to determine if there's a problem. If I say there's a problem, there just is a problem. And then -- |
| 31 | Jack: | I -- |
| 32 | Andrew: | -- okay -- |
| 33 | Jack: | I, I guess I just felt -- |
| 34 | Andrew: | You get what I'm saying? |

19

| 1 | Jack: | _____ May wasn't that bad to me as it was to you, and _____ -- |
|---|---|---|
| 2 | Andrew: | It was horrific. |
| 3 | Jack: | For Tom, he said it wasn't horrific. |
| 4 | Andrew: | Yeah, that's a problem.  See, to me, I'd want to have guys standing there |
| 5 | | that were going, yeah, that was – get it? I mean, the biggest month ever in |
| 6 | | our company history – and we're talking about getting close to last year |
| 7 | | in _____ gee, we're almost _____, and I don't need that. That -- |
| 8 | Jack: | How many times do you think the store could hit a million a month? |
| 9 | | (pause in tape-end of side- nothing on other side of tape) |

EMPLOY\197007.1