IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

---

# EXHIBIT A-19

## DALE PEPPER DEPOSITION TRANSCRIPT EXCERPTS

**Submitted By Defendant
In Support Of Its Motion For Summary Judgment**

---

Respectfully submitted this 14th day of January, 2008.

    s/ Andrew W. Volin
    **Andrew W. Volin, Esq.**
    SHERMAN & HOWARD L.L.C.
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202
    Telephone: (303) 297-2900
    Facsimile:  (303) 298-0940
    E-Mail:    AVolin@sah.com

    Gary J. Benson, Esq.
    DWORKIN, CHAMBERS & WILLIAMS, P.C.
    3900 E. Mexico Avenue, Suite 1300
    Denver, CO  80210
    Phone:(303) 584-0990
    Fax:(303) 584-0995
    E-mail:gbenson@dnvrlaw.com
    *Attorneys for Defendant
    American Furniture Warehouse*

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Case No. 06-CV-01872-RPM-MEH

JACK MUST,

Plaintiff

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation d/b/a/ AMERICAN FURNITURE WAREHOUSE,

Defendant.

---

DEPOSITION OF DALE ALAN PEPPER

---

PURSUANT TO NOTICE, the above-entitled deposition was taken on behalf of the Plaintiff at 1621 18th Street, Suite 260, Denver, Colorado, on August 31, 2007, at 9:05 a.m., before Dawn E. Eastman (Calderwood), Certified Shorthand Reporter, Registered Professional Reporter, and Notary Public.

Dale Alan Pepper

Page 28

1         (Discussion off the record.)
2         Q.    (By Mr. Buchanan)  What was your first
3    interaction with Jack Must in your position as the
4    assistant general manager?
5         A.    My first interactions?  I don't
6    understand what you mean by that word.
7         Q.    Well, let me just tell you that it's
8    my understanding that you had a telephone exchange
9    with Jack on the issue of working on the 4th of July
10   weekend?
11        A.    Correct.
12        Q.    Do you remember that?
13        A.    Yes.
14        Q.    Had you ever -- before that time, had
15   you ever had any significant contact with Jack about
16   any other issues?
17        A.    No.
18        Q.    Tell me what you remember about that
19   contact.
20        A.    About the 4th of July?
21        Q.    Yeah, the 4th of July issue.
22        A.    The 4th of July fell on a Sunday.  As
23   a working manager of a company, we need to have our
24   managers at our locations on holidays.  I had
25   notified Jack that the holiday fell on a Sunday,

Calderwood-Mackelprang, Inc. 303.477.3500

09170854-c6e5-4be4-8d0e-82201d54b317

Dale Alan Pepper

Page 29

1   that we needed the store managers there, because we
2   felt the business needed to have many managers -- as
3   many managers as the store had there to supervise,
4   to make sure customers were taken care of.
5            During the phone call, Jack had
6   basically said he wasn't going to work Sunday, that
7   Monday was enough.  And I said:  No, I need you
8   there Sunday.  That is the holiday.
9       Q.   Okay.
10      A.   His comment back to me was:  Well,
11  we'll see.
12           My comment back was:  Yes, we will
13  see.
14      Q.   Okay.
15      A.   That was the end of the phone call.
16      Q.   How long did that last?
17      A.   Three minutes.
18      Q.   Now, it was a phone call that you
19  initiated?
20      A.   Yes.
21      Q.   And it sounds like it would have been
22  the end of the week before the Sunday, July 4th
23  holiday?
24      A.   Yes, it was a Friday.
25      Q.   So whatever that is, Friday the 1st?

Dale Alan Pepper

Page 31

1  the substance of it is:  We need managers to work
2  the actual holidays; correct?
3       A.    Correct.
4       Q.    Now, that had been the policy for --
5  since at least 2003; correct?
6       A.    Yes.
7       Q.    And you had understood that as a store
8  manager during that period of time?
9       A.    Yes.
10      Q.    And you had understood it before that;
11 correct?
12      A.    Yes.
13      Q.    So why were you calling the store
14 managers to tell them that?
15      A.    Because the 4th of July fell on a
16 Sunday that particular year.
17      Q.    Tell me why that created an issue?
18      A.    Because normally they're Monday
19 recognized, like Memorial Day.  This holiday coming
20 up this weekend, we work Monday because of the Labor
21 Day weekend.  We get Sunday off.
22            This one, because the 4th of July was
23 physically on a Sunday, I wanted to make sure that
24 the managers were aware that it was on a Sunday, and
25 that we would need them there both days.

1      Q.     Both Sunday and Monday?
2      A.     Correct.
3      Q.     Is it true that most managers have
4  Sunday and Monday off?
5      A.     Yes.
6      Q.     Was that also part of the reason?
7      A.     I don't understand.
8      Q.     Well, was that also part of the reason
9  that you called them, was that you normally take
10 Sunday and Monday off?
11     A.     Yes.
12     Q.     And, obviously, if it was a holiday
13 that was recognized on a Monday, you'd have to be
14 there on Monday.  But in this particular instance,
15 the holiday is on Sunday, so you can't take that
16 off; and we also want you on Monday.
17     A.     Correct.
18     Q.     So you're not going to get any days
19 off this week?
20     A.     Correct.
21     Q.     And that was different than most
22 holidays; correct?
23     A.     Yes.
24     Q.     And that's the reason you called them?
25     A.     Yes.

Dale Alan Pepper

Page 33

1   Q.   It's at least possible that people
2   would be under the impression that they could take
3   at least one of those days off?
4   A.   Yes.
5   Q.   And you wanted to avoid any
6   misunderstanding?
7   A.   Correct.
8   Q.   All right.  And you called all store
9   managers, which would have amounted to, say, nine
10  people?
11  A.   Correct.
12  Q.   And when you spoke to the other store
13  managers, did they also acknowledge that there was
14  some confusion, and, you know, that they realized
15  that this was a little different than other holidays
16  had been?
17  A.   They had recognized it was different,
18  but they felt that that probably would have been the
19  case.
20  Q.   Did some of them indicate that they
21  were disappointed that it was the case?
22  A.   No.
23  Q.   Did any of them tell you that they had
24  made plans, based on the theory that they would get
25  at least one of those days off?

Dale Alan Pepper

Page 34

1        A.     Just one.
2        Q.     Who was that?
3        A.     Jack Must.
4        Q.     Did anybody say to you: Dale, why are
5   you calling me; this is ridiculous; this is the way
6   it is every weekend when there's a holiday?
7        A.     No.
8        Q.     So there was an issue there; would you
9   agree?
10              MR. BENSON:  Object to the form.
11              THE DEPONENT:  Yes.
12       Q.     (By Mr. Benson)  You would agree that
13  there was an issue as to how this longstanding
14  policy would apply in the circumstance that we're
15  talking about, where the holiday actually falls on a
16  Sunday, and you want them to be there; and then you
17  want them to be there Monday, as well; correct?
18       A.     I need you to repeat that, please.
19       Q.     Well, what I'm -- I guess, to a
20  certain extent, we're repeating what I thought you
21  said earlier, because I'm a little confused.
22              But you would agree with me that the
23  application of this policy, Exhibit 14, was a little
24  bit unclear in the instance where the holiday
25  actually falls on a Sunday as opposed to it falling

```
 1   you find out that somebody was confused about
 2   that -- why were you upset about that?
 3              MR. BENSON:  Object to the form of the
 4   question.
 5              THE DEPONENT:  I was upset with his
 6   response back to me, as upper management at that
 7   particular time.
 8        Q     (By Mr. Buchanan)  Okay.  The business
 9   about "We'll see"?
10        A.    Correct.
11        Q.    Was there any other source of your
12   displeasure about that?
13        A.    I don't understand what you're asking.
14        Q.    Other than what you've recited,
15   however you want to characterize that --
16   insubordination or whatever -- was there any other
17   source of you being upset such that you mentioned it
18   to Andrew Zuppa?
19        A.    No, that was the reason I was upset.
20        Q.    He said:  Calm down?
21        A.    Yes.
22        Q.    Were you actually --
23        A.    I was pissed.
24        Q.    -- angry?
25        A.    I was pissed.
```

Dale Alan Pepper

Page 49

1   Q.   Okay.  Did you suggest that something
2   happen to Jack as a result of it?
3   A.   I was prepared to go out right then
4   and have Jack fired right there, and I was going to
5   close the store.
6   Q.   Close the Westminster store?
7   A.   At night, when the time to close it
8   was.
9   Q.   Oh, I see, close it for that evening?
10  A.   Yes, I would run it until closing
11  time.
12  Q.   I thought you meant the death penalty
13  for the store itself?
14  A.   No.
15  Q.   All right.  And Zuppa said:  I'll
16  handle it?
17  A.   Yes.
18  Q.   Was that the end of your involvement
19  in that issue until, as you recited, he called on
20  Sunday?
21  A.   Who called on --
22  Q.   Well, that's what I'm asking.  Did
23  someone call you on Sunday?
24  A.   Jack Must called me.
25  Q.   Is that the end of your involvement in