IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

---

# EXHIBIT A-20

## DEPOSITION EXHIBIT 58

## Submitted By Defendant
## In Support Of Its Motion For Summary Judgment

---

Respectfully submitted this 14th day of January, 2008.

        s/ Andrew W. Volin
        **Andrew W. Volin, Esq.**
        SHERMAN & HOWARD L.L.C.
        633 Seventeenth Street, Suite 3000
        Denver, CO 80202
        Telephone: (303) 297-2900
        Facsimile:   (303) 298-0940
        E-Mail:      AVolin@sah.com

        Gary J. Benson, Esq.
        DWORKIN, CHAMBERS & WILLIAMS, P.C.
        3900 E. Mexico Avenue, Suite 1300
        Denver, CO  80210
        Phone:(303) 584-0990
        Fax:(303) 584-0995
        E-mail:gbenson@dnvrlaw.com
        *Attorneys for Defendant*
        *American Furniture Warehouse*

PERSONNEL MASTER FILE INPUT UPDATE FORM

NEW _____   CHANGE _____   TRANSFER _____   TERMINATE ✓   DEDUCT _____

EMPLOYEE NUMBER **3014**

**Must** / **Jack**
LAST NAME / FIRST NAME / MIDDLE / (MAIDEN)

ADDRESS _____ APT OR UNIT # _____

CITY _____ STATE _____ ZIP CODE _____

SOCIAL SEC. NUMBER _____ DATE OF HIRE _____ GENDER F__ M__ BIRTH DATE _____

MARTIAL STATUS:
MARRIED _____
SINGLE _____

OLD _____ NEW _____ JOB CLASS _____ EFFECTIVE DATE _____

( ) TELEPHONE NUMBER _____ OLD _____ NEW _____ PAY RATE _____ EFFECTIVE DATE _____

ETHNIC ORIGIN (CHECK ONLY ONE)
_____ WHITE (NOT OF HISPANIC ORIGIN)
_____ BLACK (NOT OF HISPANIC ORIGIN)
_____ AMERICAN INDIAN OR ALASKAN
_____ HISPANIC
_____ ASIAN OR PACIFIC ISLANDER

TERMINATION DATE **7-6-04**
REASON: **Refused to accept transfer to position that he was originally hired for (Sales)**

RESIGNED WITH NOTICE _____
RESIGNED WITHOUT NOTICE ✓
DISCHARGED _____
JOB ABANDON _____ (3 DAY NO CALL, NO SHOW)
OTHER _____

DEDUCTIONS:
MAPS _____
TOOLS _____
UNIFORMS _____
OTHER _____

TO BE PAID OVER _____ WEEK(S)
AURORA HEAD TAX _____
ESCROW _____

SIGNATURE:
JAKE JABS / GENERAL MANAGER
MANAGER

PERSONNEL _____ DATE _____
EMPLOYEE _____ DATE **7-8-04**
KEYED BY PAYROLL _____ DATE _____

NOTE: ALL NAME CHANGES MUST INCLUDE A COPY OF NEW SOCIAL SECURITY CARD SHOWING NAME CHANGE AS WAGE MUST BE REPORTED TO SOCIAL SECURITY

**all time was paid 7-6**

EXHIBIT
**58**
Calderwood-Mackelprang
303 477 - 3500

000115