IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

---

## EXHIBIT A-21

## PLAINTIFF'S DOCUMENT NOS. 367-368

## Submitted By Defendant
## In Support Of Its Motion For Summary Judgment

---

Respectfully submitted this 14th day of January, 2008.

    s/ Andrew W. Volin
    **Andrew W. Volin, Esq.**
    SHERMAN & HOWARD L.L.C.
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202
    Telephone: (303) 297-2900
    Facsimile:  (303) 298-0940
    E-Mail:     AVolin@sah.com

    Gary J. Benson, Esq.
    DWORKIN, CHAMBERS & WILLIAMS, P.C.
    3900 E. Mexico Avenue, Suite 1300
    Denver, CO  80210
    Phone:(303) 584-0990
    Fax:(303) 584-0995
    E-mail:gbenson@dnvrlaw.com
    *Attorneys for Defendant*
    *American Furniture Warehouse*

# JACK MUST'S BACK PAY
## (Revised)

| Tax Year | Employer | Gross Income | Net Income | % Change | Back Pay Loss |
|---|---|---|---|---|---|
| 1998 | Levitz Furn. Corp. | $ 5,817.15 | $ 4,907.31 | | |
| | Levitz Furn. Co./ Mid-West | $ 11,451.48 | $ 9,010.92 | | |
| | American Furn. | $ 27,380.81 | $ 20,282.50 | | |
| | | $ 44,649.44 | $ 34,200.73 | | |
| 1999 | American Furn. | $ 50,375.91 | $ 39,356.88 | +12.8% | |
| 2000 | American Furn. | $ 61,067.27 | $ 47,204.81 | +21.2% | |
| 2001 | American Furn. | $ 66,986.98 | $ 51,768.30 | +9.7% | |
| 2002 | American Furn. | $ 82,829.35 | $ 64,021.75 | +23.6% | |
| 2003 | American Furn. | $ 75,015.88 | $ 59,334.84 | -9.4% | |
| 2004 | American Furn. | $ 43,205.92 | $ 34,891.38 | +10.9% | $ 18,388.30[1] |
| | J R Motors Company | $ 21,617.18 | $ 16,584.84 | | |
| | | $ 64,823.10 | $ 51,476.22 | | |

---

[1] Calculation based upon annualized salary plus bonus of $83,211.40 for 2004, which includes earned amounts paid upon termination by American Furniture Warehouse, but excluding unearned amounts paid.

| Tax Year | Employer | Gross Income | Net Income | % Change | Back Pay Loss |
|---|---|---|---|---|---|
| 2005 | J R Motors Company | $ 58,027.38 | $ 46,269.29 | + 7.97% | $ 31,815.96[2] |
| 2006 | J R Motors Company | $103,230.84 | $ 76,220.42 | + 7.97% | -0-[3] |
| 2007 | J R Motors Company | $101,098.00 | --------- | + 7.97% | -0-[4] |

Total Back Pay:  $ 50,204.26

---

[2] Calculation based upon 3-year (2001-2003) average percentage change in income of 7.97% during which Jack Must managed the Westminster store.

[3] Same as footnote 2

[4] Same as footnote 2. Figure calculated through November 26, 2007, but could be adjusted upwards depending upon total 2007 earnings at JR Motors.