IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

      Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

      Defendant.

---

## EXHIBIT A-23

## DEPOSITION EXHIBIT 13

## Submitted By Defendant
## In Support Of Its Motion For Summary Judgment

---

Respectfully submitted this 14th day of January, 2008.

s/ Andrew W. Volin
**Andrew W. Volin, Esq.**
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, CO 80202
Telephone: (303) 297-2900
Facsimile:  (303) 298-0940
E-Mail:     AVolin@sah.com

Gary J. Benson, Esq.
DWORKIN, CHAMBERS & WILLIAMS, P.C.
3900 E. Mexico Avenue, Suite 1300
Denver, CO  80210
Phone:(303) 584-0990
Fax:(303) 584-0995
E-mail:gbenson@dnvrlaw.com
*Attorneys for Defendant*
*American Furniture Warehouse*

7-24-1995 1:48AM       FROM AFW WEST 303 422 3102                                    P. 1





**American** Furniture Warehouse

8820 AMERICAN WAY  ·  ENGLEWOOD, COLORADO 80112

ADMINISTRATIVE: 03-799-9044 FAX 720-873-8673 · SALES 303-768-9474 · CUSTOMER SERVICE 303-289-3300 FAX 303-286-1968
Visit us on our website: afwonline.com

July 11, 2002

Jack Must, Store Manager
American Furniture Warehouse
9979 Wadsworth Parkway
Westminster, CO 80021

Dear Jack,

I'm getting concerned that you are getting lax with your salespersons. Salespersons by
and large will only do as much as you make them. If you let some salespersons come in
late or leave early or not clean their area or not do their B.O.R. Report or not sending
'thank you" letters, etc., it becomes a habit real easy. Also, other salespersons see this
and feel they can do the same thing!

I see the discipline and it's unacceptable. Salespersons late, area not cleaned, customers
not being waited on because salespeople are cleaning their area, B.O.R.'s not worked,
"thank you" cards not sent, etc. I am a believer that the Store Manager is responsible for
all of this. Not Corporate, not Mike, not Fran, not Andrew. I don't want the term used
"do it because corporate wants it". I want you to say, "do it because I (the Store Manager
wants it) or say Jake wants it. Because not only does Jake want it, he demands it.

In these times of soft sales and more competition (there has been several new stores
opened in town) we need to upgrade our stores and our staff. It's a window if
opportunity to upgrade all our staff with all the layoffs happening, especially in the sales
department.

Thanks for your understanding and help,

Jake Jabs

EXHIBIT
3

*Jack Must*
7-11-02

000173

Showrooms:

| Aurora, CO | Lakewood, CO | Thornton, CO | |
| 303-368-8555 | 303-933-3975 | 303-289-3311 | |
| FAX 303-337-4722 | FAX 303-933-8635 | FAX 303-288-1137 | |

| Westminster, CO | FL Collins, CO | Glenwood Springs, CO | Colorado Springs, CO | Pueblo, CO |
| 303-422-3365 | 970-221-1981 | 970-928-9422 | 719-633-4220 | 719-542-5160 |
| FAX 303-422-3102 | FAX 970-221-2766 | FAX 970-925-9420 | FAX 719-633-3446 | FAX 719-542-0108 |

07/12/02  FRI 11:23  [TX/RX NO 7683]