IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

---

## EXHIBIT A-24

## DEPOSITION EXHIBIT 14

## Submitted By Defendant
## In Support Of Its Motion For Summary Judgment

---

Respectfully submitted this 14th day of January, 2008.

    s/ Andrew W. Volin
    **Andrew W. Volin, Esq.**
    SHERMAN & HOWARD L.L.C.
    633 Seventeenth Street, Suite 3000
    Denver, CO 80202
    Telephone: (303) 297-2900
    Facsimile:  (303) 298-0940
    E-Mail:     AVolin@sah.com

    Gary J. Benson, Esq.
    DWORKIN, CHAMBERS & WILLIAMS, P.C.
    3900 E. Mexico Avenue, Suite 1300
    Denver, CO  80210
    Phone:(303) 584-0990
    Fax:(303) 584-0995
    E-mail:gbenson@dnvrlaw.com
    *Attorneys for Defendant*
    *American Furniture Warehouse*

 

**8820 AMERICAN WAY • ENGLEWOOD, COLORADO 80112**
ADMINISTRATIVE 303-799-9044  FAX 720-873-8673 • SALES 303-768-9474 • CUSTOMER SERVICE 303-289-3300  FAX 303-288-1969
*Visit us on our website: afwonline.com*

March 04, 2003

MEMO # 2595

To:   Store Managers
      Asst. Managers
      Sales Managers
      Warehouse Managers
      Department Leads
      Front Office Leads

From: Mike Buscietta

RE:   Mandatory Work Days

It has come by attention that not all Managers are aware of the Mandatory workdays for Employees and Managers. It should go with out saying that if we are requiring the employees to work their days off during a Holiday that the Managers should also. It is only common sense that if it's a holiday and people are off work that the stores will be busy and we need to be able to accommodate our customer in an efficient manner by having ample staff on hand to assist. Below is the list of Mandatory Work Days.

   Martin Luther King's Birthday
        Presidents Day
        Memorial Day
       Independence Day
          Labor Day
         Columbus Day
         Veterans Day
      Day after Thanksgiving
       Day after Christmas
         New Years Day

EXHIBIT 14   6/8/07

Each Manager is required to read the attached Personnel Policies and the Sales Consultants job description and sign below. A copy will go into each personnel file.

JACK MUST           Jack Must            3-5-03
Print name          Signature            Date

Showrooms:
Aurora, CO         Lakewood, CO      Thornton, CO
303-366-8555       303-933-3975      303-289-3311
FAX 303-337-4722   FAX 303-933-8635  FAX 303-288-1137

Westminster, CO   Ft. Collins, CO   Glenwood Springs, CO   Colorado Springs, CO   Pueblo, CO
303-422-3385      970-221-1981      970-928-9422           719-633-4220           719-542-5169
FAX 303-422-3102  FAX 970-221-2768  FAX 970-928-9420       FAX 719-633-3267       FAX 719-542-0109

000169