**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

___

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSES TO DEFENDANT'S MOTION FOR**
**SUMMARY JUDGMENT AND MOTION FOR SANCTIONS**

___

Plaintiff, Jack Must, by and through his attorneys, Buchanan, Jurdem & Cederberg, P.C., pursuant to Fed.R.Civ.P. 6(b) and D.C.COLO.LCivR 7.1C, hereby moves this Court for its order allowing him an additional thirty-three (33) days, or until and including Monday, March 10, 2008, within which to file briefs in response to Defendant's Motion for Summary Judgment and Motion for Sanctions. In support of this motion and as grounds for such an order, Plaintiff states as follows:

1.    Defendant filed its Motion for Summary Judgment and Brief in Support thereof, as well as a separate Motion for Sanctions, on January 14, 2008. Accordingly, pursuant to D.C.COLO.LCivR 7.1C and Fed.R.Civ.P. 6(d), Plaintiff's response to each motion is due on Wednesday, February 6, 2008.

2. The Brief in Support of Defendant's Motion for Summary Judgment alone runs to 76 pages, and attaches some 24 exhibits comprising several hundred additional pages. The motion seeks summary judgment on Plaintiffs' only claim, that being pursuant to the Age Discrimination in Employment Act.

3. Undersigned Plaintiff's counsel has been unable to complete the researching and drafting of a brief in opposition to Defendant's Motion for Summary Judgment, due not only to its massive size, but also to the press of other legal business and professional commitments. Specifically, Plaintiffs' counsel is scheduled to commence a 4-day jury trial in Summit County on Tuesday, February 19, 2008, in the case of *McQuerter v. Vail Summit Resorts, Inc.*, Case No. 07-cv-43. Both before and since Defendant filed its motions, Plaintiffs' counsel has been primarily involved in drafting and filing pre-trial motions and briefs, drafting jury instructions, compiling witness and exhibit lists, completing eight (8) separate trial preservation depositions, six of which were taken in San Diego, California during the week of January 21, 2008, and otherwise preparing for that trial.

4. In addition to the foregoing, Plaintiffs' counsel has also been involved in ongoing discovery and trial preparation in several other civil matters pending in both this Court and the Colorado state courts.

5. Plaintiffs' counsel is requesting an additional 33 days, or until and including Monday, March 10, 2008, within which to draft and file a brief in opposition to both of Defendant's motions. While the requested extension is longer than Plaintiffs' counsel

would prefer, the fact of the matter is that, following completion of the trial of the *McQuerter* case, and during the weeks of February 25 and March 3, 2008, undersigned Plaintiffs' counsel has several court appearances and deadlines, including the calendar call in this matter scheduled for 8:00 a.m. on Friday, February 29, 2008, which will compete for his attention with the drafting of these briefs.

6. In addition to the foregoing, undersigned Plaintiffs' counsel is chairing a commission appointed by United States Senator Ken Salazar for purposes of screening, interviewing and making recommendations to the Senator's office regarding candidates for appointment as United States District Court Judges for the District of Colorado. The commission's charge is to make its recommendations by March 15, 2008. Accordingly, much of the work of the commission will be occurring during the requested extension of time as well.

7. Pursuant to D.C.COLO.LCivR 7.1A, undersigned Plaintiff's counsel hereby certifies that he has spoken with defense counsel, Andrew Volin, by telephone, and is authorized to state that Defendant will not object to this requested extension of time.

WHEREFORE, for all the foregoing reasons, Plaintiff prays that this Court enter its order allowing him until and including Monday, March 10, 2008, within which to file Plaintiff's briefs in response to Defendant's Motion for Summary Judgment and Defendant's Motion for Sanctions.

DATED this 6th day of February, 2008.

        BUCHANAN, JURDEM & CEDERBERG, P.C.

        s/   Ross Buchanan

By: _____
    Ross B.H. Buchanan, No. 12184

Eighteenth Street Atrium
1621 18th Street, Suite 260
Denver, Colorado  80202
Telephone: (303) 297-2277

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR SANCTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Andrew W. Volin, Esq.
Avolin@sah.com

Gary J. Benson, Esq.
gbenson@dnvrlaw.com

        s/ Nora Floyd
        _____
        Nora Floyd
        Legal Assistant to Ross Buchanan