IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01872-RPM

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE,

        Defendant.

## ORDER

Pursuant to Plaintiff's Unopposed Motion for Extension of Time to file Responses to Defendant's Motion for Summary Judgment and Motion for Sanctions [32] filed on February 6, 2008, it is

ORDERED that the motion is granted to and including March 10, 2008.

Dated: February 7, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge