IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: February 29, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 06-cv-01872-RPM

JACK MUST,                                                              Ross B.H. Buchanan

     Plaintiff,

v.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation,   Gary J. Benson
d/b/a AMERICAN FURNITURE WAREHOUSE,                          Andrew W. Volin

     Defendant.
_____

**COURTROOM MINUTES**
_____

**Calendar Call**

**7:58 a.m.      Court in session.**

Joint Status Statement submitted.

Court states the pending motions for sanctions [30] will be dealt with after the trial.
Court further states its preliminary view subject to response being filed regarding pending motion for summary judgment [27].

**ORDERED:    Five day jury trial scheduled July 28, 2008.**
**Proposed pretrial order to be submitted by 4:00 p.m. June 26, 2008 in paper**

**format directly to chambers.**

**8:00 a.m.      Court in recess.**

Hearing concluded. Total time: 02 min.