**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

_____

**PLAINTIFF'S UNOPPOSED SECOND MOTION FOR EXTENSION
OF TIME TO FILE RESPONSES TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT AND MOTION FOR SANCTIONS**

_____

    Plaintiff, Jack Must, by and through his attorneys, Buchanan, Jurdem & Cederberg, P.C., pursuant to Fed.R.Civ.P. 6(b) and D.C.COLO.LCivR 7.1C, hereby moves this Court for its order allowing him an additional eight (8) days, or until and including Tuesday, March 18, 2008, within which to file briefs in response to Defendant's Motion for Summary Judgment and Motion for Sanctions ("Defendant's motions"). In support of this motion and as grounds for such an order, Plaintiff states as follows:

    1.    Defendant filed its Motion for Summary Judgment and Brief in Support thereof, as well as a separate Motion for Sanctions, on January 14, 2008. Pursuant to D.C.COLO.LCivR 7.1C and Fed.R.Civ.P. 6(d), Plaintiff's response to each motion was originally due on Wednesday, February 6, 2008. On that date, Plaintiff's counsel filed an

Unopposed Motion for Extension of Time to File Responses to Defendant's Motion for Summary Judgment and Motion for Sanctions ("First Motion"), which was granted by Order of the Court dated February 7, 2008, and allowed Plaintiff until and including Monday, March 10, 2008 within which to file responses to Defendant's motions.

2.  Since the First Motion was granted, Plaintiff's counsel was occupied nearly exclusively with final trial preparation and trial of the case of *McQuerter v. Vail Summit Resorts, Inc.*, Case No. 07-cv-43, in the Summit County District Court, until the conclusion of that trial on February 22, 2008. Since returning to the office on Monday, February 25, 2008, counsel for Plaintiff has continued reviewing the extensive discovery in this matter and researching the law and drafting the opposition brief to the motions, in addition to meeting a number of other court deadlines and commitments in other cases. Although Plaintiff's counsel devoted as much of the week of March 3, 2008 as possible, as well as the entire weekend of March 8-9, 2008, to drafting the opposition briefs, they have not been completed as of the filing of this motion.

3.  One of the other demands upon undersigned counsel's time since the conclusion of the *McQuerter* trial, has been the work of the Judicial Nominations Advisory Commission, charged by Senator Salazar with making recommendations as to candidates for judgeships on the U.S. District Court for the District of Colorado by March 15, 2008. The Commission received nearly 50 applications for those judgeships, occupying three bankers boxes, as of February 15, 2008, which undersigned Plaintiff's counsel has been reviewing and performing background research upon in preparation for

two days of interviews scheduled for March 13 and 14, 2008, with approximately half of the applicants.

4.	This matter was set to commence trial on July 28, 2008 during the Court's calendar call on February 29, 2008.  Counsel is certainly aware that the Defendant's motions must be completely briefed as soon as possible, in order for the Court to dispose of them in a timely manner, and is committed to devoting the time necessary for that to occur during the week of March 10, 2008, and over the weekend of March 15 and 16, 2008.  If the briefs can be submitted before the requested extended deadline of March 18, 2008, they certainly will be.  This motion is not being filed for any dilatory or otherwise improper purpose, and no party will be prejudiced by the granting of the requested extension.

5.	Pursuant to D.C.COLO.LCivR 7.1A, undersigned Plaintiff's counsel hereby certifies that he has spoken with defense counsel, Andrew Volin, by telephone, and is authorized to state that Defendant will not object to this requested second extension of time.

WHEREFORE, for all the foregoing reasons, Plaintiff prays that this Court enter its order allowing him until and including Tuesday, March 18, 2008, within which to file Plaintiff's briefs in response to Defendant's Motion for Summary Judgment and Defendant's Motion for Sanctions.

DATED this 10th day of March, 2008.

          BUCHANAN, JURDEM & CEDERBERG, P.C.

            s/ Ross Buchanan
By: _____
  Ross B.H. Buchanan, No. 12184

Eighteenth Street Atrium
1621 18th Street, Suite 260
Denver, Colorado  80202
Telephone: (303) 297-2277

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR SANCTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

 Andrew W. Volin, Esq.
 Avolin@sah.com

 Gary J. Benson, Esq.
 gbenson@dnvrlaw.com

            s/ Nora Floyd

          _____
          Nora Floyd
          Legal Assistant to Ross Buchanan