**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

     Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a AMERICAN FURNITURE WAREHOUSE

     Defendant.

---

**PLAINTIFF'S UNOPPOSED THIRD AND <u>FINAL</u> MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR SANCTIONS**

---

     Plaintiff, Jack Must, by and through his attorneys, Buchanan, Jurdem & Cederberg, P.C., pursuant to Fed.R.Civ.P. 6(b) and D.C.COLO.LCivR 7.1C, hereby moves this Court for its order allowing him an additional three (3) days, or until and including Friday, March 21, 2008, within which to file briefs in response to Defendant's Motion for Summary Judgment and Motion for Sanctions ("Defendant's Motions"). In support of this motion and as grounds for such an order, Plaintiff states as follows:

     1.    Defendant filed its Motion for Summary Judgment and Brief in Support Thereof, as well as a separate Motion for Sanctions, on January 14, 2008. Pursuant to D.C.COLO.LCivR 7.1C and Fed.R.Civ.P. 6(d), Plaintiff's response to each motion was originally due on February 6, 2008. On that date, Plaintiff's counsel filed an unopposed

motion requesting an extension of time to file the responses until and including March 10, 2008. On that date, Plaintiff's counsel filed a second unopposed motion requesting an additional extension of time until and including March 18, 2008. The Court granted both of those motions.

2. Plaintiff's counsel devoted as much of his time as possible during the week of March 10, over the weekend of March 15 and 16, and into the week of March 17 to researching and drafting the responses to Defendant's Motions. The only exception to this was the necessary preparation for and two long days of interviews of 27 candidates for federal judgeships on the U.S. District Court for the District of Colorado, which were conducted on March 13 and 14, 2008, by the Commission appointed by Senator Salazar of which undersigned counsel served as Chairman. After the Commission completed its deliberations on Saturday afternoon, March 15, Plaintiff's counsel immediately returned to the briefs.

3. However, as of the filing of this request for a third and final extension of time, Plaintiff's counsel will not be able to file the responses by the end of the day on March 18, 2008. While the researching and drafting of the responses are proceeding, significant amounts of factual supplementation, as well as source and cite checking, are necessary to fully and comprehensively oppose Defendant's voluminous motions. Therefore, an additional three (3) days will be necessary in order to complete this task.

4. Pursuant to D.C.COLO.LCivR 7.1A, undersigned Plaintiff's counsel hereby certifies that his office staff has spoken with defense counsel, Andrew Volin, by

2

telephone and is authorized to state that Defendant will not object to this requested third extension of time.

WHEREFORE, for all of the foregoing reasons, Plaintiff prays that this Court enter its order allowing him an additional three (3) days, or until and including Friday, March 21, 2008, within which to file Plaintiff's briefs in response to Defendant's Motion for Summary Judgment and Defendant's Motion for Sanctions.

DATED this 18th day of March, 2008.

                      BUCHANAN, JURDEM & CEDERBERG, P.C.


                      By: _____
                          Ross B.H. Buchanan, No. 12184

Eighteenth Street Atrium
1621 18th Street, Suite 260
Denver, Colorado 80202
Telephone: (303) 297-2277

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2008, I electronically filed the foregoing **PLAINTIFF'S UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR SANCTIONS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

   Andrew W. Volin, Esq.
   Avolin@sah.com

   Gary J. Benson, Esq.
   gbenson@dnvrlaw.com


   _____
   Nora Floyd
   Legal Assistant to Ross Buchanan