IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01872-RPM

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE,

        Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
 Secretary

    Plaintiff's Unopposed Third and Final Motion for Extension of Time to File Responses to Defendant's Motion for Summary Judgment and Motion for Sanctions [38] filed on March 18, 2008, is granted to and including March 21, 2008.

DATED: March 19, 2008