# EXHIBIT 5

*Jack Must*

# REVIEWS

**I. What is a review?**

A review (or write-up, personnel action form) is a formal notice to an employee that his / her *Performance* or *Conduct* is below established company standards. Standards originate from either written policies (manuals, job descriptions, etc.) or repetitive procedures that the employee knows or should have known about.

**II. Why do reviews?**
1. To let the employee know that they have violated a company policy or procedure. Remember, *if you don't know it's broke, you can't fix it.*
2. To prevent the violation from happening again
3. Documentation or paper trail that demonstrates that the employee was both informed of the violation and warned of the consequences of doing it again.

**III. When to do reviews?**
1. When an employee has already been verbally warned.
2. When a violation is too serious for a verbal warning.
3. When other employees have been reviewed for doing the same thing.

**IV. What's in a review?**

Reviews should always be written as if a non-related third party was reading it (someday they might be). A good review should also contain the following parts:
1. Just the Facts— An objective summary of the events causing the violation. Objective means that we have gathered all the facts, in particular, the employee's side of the story and that the review is based on provable facts rather than suspicions, feelings or personal opinions.
2. What Policy was Violated— If the situation is covered by a written company policy, refer to it (Example: Per section 3.2 of the Personnel Policy Manual, etc.)
3. Corrective Action(s)— The steps necessary to either fix whatever problem has been created or to prevent the violation from happening again. This should also include a time frame.
4. Consequences— The additional disciplinary action that will arise from similar future violations. *But don't say it if you don't mean it.*

**V. What's NOT in a review?**
1. Feelings or Personal opinions— "*I feel that....*
2. Subjective statements— ...*Bob needs to do a better job.*"

EXHIBIT
JM-41
Calderwood-Mackelprang
303 477 - 3500

000167

X Initials *JM*

### VI. Who should initiate reviews?

You should! And you should also insist that your assistant manager does them as well. As a manager it your job to apply and enforce company policy. Again, this is done to protect the employees and the company. Bottom line, *if you are not doing reviews, you are not doing your job.*

### VII. Who should NOT initiate reviews?

People that do essentially the same job as the person being reviewed. Remember, this is a serious process and everything said in a review becomes part of a permanent record that represents the COMPANY'S position. Leads have not been trained in employee discipline and too often allow personal feelings and biases to impact their judgement. These individuals should come to you if they notice a problem with another employee and allow you to decide what, if any, corrective actions should be taken.

### VIII. Discharge

1. **Tenured Employees**— In terminating employees that have been with the company for some time, the following facts should be considered:
   a. What is the employee's track record?
      - If the employee has NOT been reviewed in the past they will appear to have been a good employee. Therefore, a decision to *suddenly* terminate the employee may appear to be wrongful (i.e. discriminatory).
      - If the employee has been reviewed <u>too</u> many times for the same violation, then the violation may seem to not be that serious and the termination may still seem wrongful. Therefore, if we say that we are going to fire an employee if they do it again, we need to follow through. Again, *don't say it if you don't mean it.*
   b. Did the incident warrant termination?
      - The final violation prompting termination of a veteran employee should not appear to be for a petty offense. Finally, the company has established a set of discharge guidelines that must be followed including obtaining approval from the CEO, General Manager, or Human Resources Director prior to discharging any employee.

2. **New Employees**— To prevent us from having to address all of the above issues (and numerous others), unsuitable new employees should be terminated immediately. This does not mean that you shouldn't review a new employee. However, if there isn't a reasonable expectation that the employee is going to improve, it's much better to deal with the inevitable now.

X Print Name _JACK MUST_  Date _6-4-03_

X Signature _Jack Must_

000168