# EXHIBIT 7

RICAN FURNITURE WAREHOU
PERSONNEL ACTION

Date  July 5, 2002    Time _____     Position  Westminster Store Manager _____

Name   Jack Must _____          Supervisor  Mike Buscletta _____

☐ Quality            ☐ Attitude              ☐ Customer Complaint
☐ Quantity           ☐ Conduct              ☐ Employee Complaint
☐ Absence            ☐ Tardiness            ☐ Carelessness
☐ Instruction        ☐ Insubordination      ☐ Other _____

☐ Oral      ☒ Written      ☐ Dismissal      ☐ Other _____

It is unacceptable to allow some employee's to come in late when everyone else is required to come in at his or her required start time. In doing so your are causing dissension, it can also lead to claims of discrimination. How can we provide the best possible service when we are not prepared for our customer's when you open the doors?

It is also apparent that you are not holding the required daily Sales Meeting at the mandated time of 9:45 am. Cleaning needs is to be done prior to the store opening. You need to figure out how best to accomplish this either have the staff stay after the store is closed in the evenings or do like every other store has done and have the staff come in before 9:30 in the mornings. You have been in numerous Manager Meetings and should be well aware of the importance of having a clean and ready store.

It has been address previously that your Assistant Manager Tom Ward is not to be wearing polo's. He is in a position in which he is expected to dress appropriately professionally this will be my last warning.

This behavior is totally unacceptable and will not be tolerated in the future.

EXHIBIT

Calderwood-Mackelprang
303  477 - 3500

Any further infractions of this type or any other will result in additional personnel action up to and including termination.

Signature: Supervisor _____   DATE 7/6/02

Signature: Witness _____   DATE 7/6/02

Signature: Employee _____   DATE 7/6/02

Notice to Employee: The signing of this document signifies that you are aware of its contents and not that you agree in part or in total.