# EXHIBIT 8

JAN-07-2003 TUE 05:46 PM AFW-FORT COLLINS    FAX NO. 9702   768    P. 02

35

Just in Jack. Must File D

Satellite Store Checklist   Store # 08

Date: 12/6   Main Store Person: PETE   Store Mgr.: JACK

**FLOOR MAINTENANCE**
ARE THE FOLLOWING ITEMS DONE? Vacuum, Dusting, Straightened, Spot Lights, Lamps, Rugs, Accessories, Tagged, POP, Condition of Furniture, Layout.

VIN# Raise Kill on Powell Armoire to $59

VIN# Need 3 Pak Placard for Item 4508 Occ Set

VIN# Missing Tags on Occ. Groups

VIN# Need 3 Pk Placard on Item 4504W

VIN# Move South Shore Maple Baby Furniture to Kid's Area - Show w/Crib

VIN# Add WoW Sign to Mission Futon Frame - WoW $89

VIN# Replace Light in Ashley Curio

VIN# ReTag Bush mobile Desk #2047 to Adv Price of $78

VIN# Ok to 1 only Sauo 8849 3 Pc Ent. Center to $199 3 Pc

VIN# Adjust Spots in Leather Gallery

VIN# Check Adv. Prices more Carefully

EXHIBIT
H2
Calderwood-Mackelprang
303 477-3500

000171

JAN-07-2003-TUE 05:46 PM AFW FORT COLLINS   FAX NO. 9702212768   P. 01

## SATELLITE STORE CHECKLIST

STORE # _08_    STORE MANAGER _JACK_

DATE _12/6_    MAIN STORE PERSON _Pete_

1. Building Maintenance/ Repairs (INSIDE/ OUT): _OK_

2. Housekeeping (Inside/Out) _Good_
   Spotlights: _3 out_  Lamps: _OK_  Store Clean: _Yes_  POP: _OK_

3. Office Issues: _Full Staff_
   Phones: _OK_  Computers: _OK_  Fax/Copier: _OK_  Terminals: _OK_

4. Articles on Counters: _Yes_
   Jake's Book ✓  Post Article ✓  Welcome to AFW ✓  Furniture Cares ✓

5. Warehouse Issues: _Full Staff_
   RTA Boxes Open: _0_  Employees Needed: _0_  Pick Ups: _Good_

6. Transfer Issues: _OK_
   Need More: _No_  Trucks Full: _✓_  Packed Good: _✓_  On Time: _✓_

7. Inventory Issues: _OK_

8. Sales Issues:
   Sales People Needed: _2_  Factory Rep Problems: _OK_

9. Rugs/Accessories: _OK_

10. Product Issues: _OK_

11. Shop Issues: _OK_
    How far out are service calls: _—_  Damaged goods/RTA in back? _0_

12. Information/Just the Facts Tags on Merchandise: _OK_

13. State Your Case: ___

000172