# EXHIBIT 10

7-24-1995 1:48AM     FROM AFW WEST 303 422 3102                                           P. 1

 

American Furniture Warehouse

8820 AMERICAN WAY • ENGLEWOOD, COLORADO 80112

ADMINISTRATIVE 303-799-9044 FAX 720-875-9673 • SALES 303-768-9474 • CUSTOMER SERVICE 303-289-3300 FAX 303-286-1968
Visit us on our website: afwonline.com

July 11, 2002

Jack Must, Store Manager
American Furniture Warehouse
9979 Wadsworth Parkway
Westminster, CO 80021

Dear Jack,

I'm getting concerned that you are getting lax with your salespersons. Salespersons by and large will only do as much as you make them. If you let some salespersons come in late or leave early or not clean their area or not do their B.O.R. Report or not sending 'thank you" letters, etc., it becomes a habit real easy. Also, other salespersons see this and feel they can do the same thing!

I see the discipline and it's unacceptable. Salespersons late, area not cleaned, customers not being waited on because salespeople are cleaning their area, B.O.R.'s not worked, "thank you" cards not sent, etc. I am a believer that the Store Manager is responsible for all of this. Not Corporate, not Mike, not Fran, not Andrew. I don't want the term used "do it because corporate wants it". I want you to say, "do it because I (the Store Manager wants it) or say Jake wants it. Because not only does Jake want it, he demands it.

In these times of soft sales and more competition (there has been several new stores opened in town) we need to upgrade our stores and our staff. It's a window if opportunity to upgrade all our staff with all the layoffs happening, especially in the sales department.

Thanks for your understanding and help,

Jake Jabs

EXHIBIT
30
Calderwood-Macketprang
303 477 - 3500

000173