# EXHIBIT 11

Must, Jack                    American Furniture Warehouse - Gross Pay 98-04 notes                    Printed: 04/26/07 11:32 AM

# Total Compensation Detail - Jack Must  1998-2004

| | Beg 00/98 1998 | 1999 | 2000 | 2001 | | 2002 | 2003 | | End 07/05/04 2004 |
|---|---|---|---|---|---|---|---|---|---|
| Commission | 22,917.31 | 19,293.58 | | | | | | | |
| Spiffs | 3,686.00 | 2,300.00 | | | | | | | |
| Training | 777.50 | | | | | | | | |
| Hourly | | 15.48 | 43.75 | | | | | | |
| Salary | | 25,380.00 | 45,360.00 | 53,423.17 | | 58,846.35 | 57,923.27 | | 34,615.50 |
| Bonus | | | 2,873.14 | 5,639.88 | | 5,127.00 | 3,081.00 | *** | 4,187.00 |
| Bonus | | | 1,084.99 | 1,728.00 | * | 5,025.00 | 4,036.00 | | 4,236.00 |
| Bonus | | 349.09 | 4,550.22 | 1,923.00 | | 4,796.00 | 4,948.00 | | |
| Bonus | | 2,317.76 | 5,716.17 | 2,196.00 | ** | 6,035.00 | 2,085.00 | *** | |
| | | | | | | | | | |
| Vacation | | 720.00 | 1,440.00 | 2,076.93 | | 2,307.69 | 2,077.11 | | 3,519.25 |
| Sick | | | | | | 692.31 | 865.50 | | 778.95 |
| | | | | | | | | | |
| Gross Pay | 27,380.81 | 50,375.91 | 61,067.27 | 66,966.98 | | 82,829.35 | 75,015.88 | | 47,336.70 |
| | | | | | | | | | |
| From W2 | 27,380.81 | 50,375.91 | 61,067.27 | 66,986.98 | | 82,829.35 | 75,015.88 | | 47,336.70 |

\* 2001 2nd Qtr bonus and salary was restructured
\*\* 2001 4th Qtr bonus increased frm .05% to .10% on 10/9/01 in the middle of the Qtr.
\*\*\* 2003 1st & 4th Qtr bonus was halved.



EXHIBIT
10
5/8/07
PENGAD 800-631-6989

CONFIDENTIAL

AFW-MUST 009

Must, Jack                          American Furniture Warehouse - Gross Pay 98-04                Printed: 04/28/07 11:32 AM

## Total Compensation Detail - Jack Must  1998-2004

| | Beg 07/27/98 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | End 07/05/04 2004 |
|---|---|---|---|---|---|---|---|
| Commission | 22,917.31 | 19,293.58 | | | | | |
| Spiffs | 3,686.00 | 2,300.00 | | | | | |
| Training | 777.50 | | | | | | |
| Hourly | | 15.48 | 43.75 | | | | |
| Salary | | 25,380.00 | 45,360.00 | 53,423.17 | 58,846.35 | 57,923.27 | 34,615.50 |
| Bonus | | | 2,873.14 | 5,639.88 | 5,127.00 | 3,081.00 | 4,187.00 |
| Bonus | | | 1,084.99 | 1,728.00 | 5,025.00 | 4,036.00 | 4,236.00 |
| Bonus | | 349.09 | 4,550.22 | 1,923.00 | 4,796.00 | 4,948.00 | |
| Bonus | | 2,317.76 | 5,715.17 | 2,196.00 | 6,035.00 | 2,085.00 | |
| Vacation | | 720.00 | 1,440.00 | 2,076.93 | 2,307.69 | 2,077.11 | 3,519.25 |
| Sick | | | | | 692.31 | 865.50 | 778.95 |
| Gross Pay | 27,380.81 | 50,375.91 | 61,067.27 | 66,986.98 | 82,829.35 | 75,015.88 | 47,336.70 |
| From W2 | 27,380.81 | 50,375.91 | 61,067.27 | 66,986.98 | 82,829.35 | 75,015.88 | 47,336.70 |

**CONFIDENTIAL**                          **AFW-MUST 010**

Copy A For Social Security Administration – Send this entire page with Form W-3 to the Social Security Administration; photocopies are Not acceptable

41-1826861

Act Notice, see separate instructions.

**Do NOT Cut, Staple, or Separate Forms on This Page   Do NOT Cut, Staple, or Separate Forms on This Page**

| a Control number  22222  Void  For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|
| **b** Employer identification number 84-0581547 | 1 Wages, tips, other compensation 27380.81 | 2 Federal income tax withheld 3844.30 |
| **c** Employer's name, address, and ZIP code AMERICAN FURNITURE WAREHOUSE 8501 GRANT ST THORNTON, CO 80229 | 3 Social security wages 27380.81 | 4 Social security tax withheld 1697.62 |
| | 5 Medicare wages and tips 27380.81 | 6 Medicare tax withheld 397.05 |
| | 7 Social security tips | 8 Allocated tips |
| **d** Employee's social security number 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 | 9 Advance EIC payment | 10 Dependent care benefits |
| **e** Employee's name (first, middle initial, last) JACK MUST 9016 VANCE ST #201 BROOMFIELD, CO 80021 | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | 13 See instrs. for box 13 | 14 Other |

| 15 Statutory employee | Deceased | Pension plan | Legal rep. | Deferred compensation |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

| 1 Employee's address and ZIP code | | | | | | |
|---|---|---|---|---|---|---|
| 16 State CO | Employer's state I.D. no. 08-36882000 | 17 State wages, tips, etc. 27380.81 | 18 State income tax 1159.14 | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |

Form **W-2** Wage and Tax Statement **1998**

Copy A For Social Security Administration – Send this entire page with Form W-3 to the Social Security Administration; photocopies are Not acceptable

41-1826861

Department of the Treasury – Internal Revenue Service

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

CONFIDENTIAL                    AFW-MUST 011

## W-3 Statement

Copy A For Social Security Administration—Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

41-1828081

Act Notice, see separate instructions.

**Do NOT Cut, Staple, or Separate Forms on This Page — Do NOT Cut, Staple, or Separate Forms on This Page**

| a Control number | 22222 | Void | For Official Use Only ▶ OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| b Employer identification number 84-0581547 | | | | 1 Wages, tips, other compensation 47681.56 | 2 Federal income tax withheld 5331.83 |
| c Employer's name, address, and ZIP code AMERICAN FURNITURE WAREHOUSE 8501 BRANT ST THORNTON, CO  80229 | | | | 3 Social security wages 50375.91 | 4 Social security tax withheld 3123.29 |
| | | | | 5 Medicare wages and tips 50375.91 | 6 Medicare tax withheld 730.45 |
| | | | | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number 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 | | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name (first, middle initial, last) JACK MUST 13180 BIRCH WAY THORNTON, CO  80241 | | | | 11 Nonqualified plans | 12 Benefits included in box 1 |
| | | | | 13 See instrs. for box 13 D 2694.35 | 14 Other |
| | | | | 15 Statutory employee ☐  Deceased ☐  Pension plan ☐  Legal rep. ☐  Deferred compensation ☒ | |

| f Employee's address and ZIP code | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 State CO | Employer's state I.D. no. 08-36882000 | 17 State wages, tips, etc. 47681.56 | 18 State income tax 1833.46 | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax | |

Form **W-2** Wage and Tax Statement **1999**

Department of the Treasury—Internal Revenue Service
For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

41-1828081

Copy A For Social Security Administration—Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

CONFIDENTIAL                    AFW-MUST 012

photocopies are not acceptable.

**Do NOT Cut, Fold, or Staple Forms on This Page — Do NOT Cut, Fold, or Staple Forms on This Page**

| a Control number | 22222 | Void ☐ | For Official Use Only ► OMB No. 1545-0008 | | |
|---|---|---|---|---|---|
| **b** Employer identification number B4-0581547 | | | **1** Wages, tips, other compensation 57405.86 | | **2** Federal income tax withheld 8924.83 |
| **c** Employer's name, address, and ZIP code AMERICAN FURNITURE WAREHOUSE 8501 GRANT ST THORNTON, CO  80229 | | | **3** Social security wages 61067.27 | | **4** Social security tax withheld 3786.16 |
| | | | **5** Medicare wages and tips 61067.27 | | **6** Medicare tax withheld 885.47 |
| | | | **7** Social security tips | | **8** Allocated tips |
| **d** Employee's social security number 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 | | | **9** Advance EIC payment | | **10** Dependent care benefits |
| **e** Employee's name (first, middle initial, last) JACK MUST 13160 BIRCH WAY THORNTON, CO  80241 | | | **11** Nonqualified plans | | **12** Benefits included in box 1 |
| | | | **13** See instrs. for box 13 D 3661.41 | | **14** Other |
| | | | **15** Statutory employee ☐  Deceased ☐  Pension plan ☐  Legal rep. ☐  Deferred compensation X☐ | | |
| **f** Employee's address and ZIP code | | | | | |

| **15** State CO | Employer's state I.D. no. 08-36882000 | **17** State wages, tips, etc. 57405.86 | **18** State income tax 2266.00 | **19** Locality name | **20** Local wages, tips, etc. | **21** Local income tax |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** **Wage and Tax Statement** **2000**

Department of the Treasury—Internal Revenue Service

Copy A For Social Security Administration—Send this entire page with Form W-3 to the Social Security Administration; photocopies are **not** acceptable.

41-1828061

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

**CONFIDENTIAL**

AFW-MUST 013

| a Control number | 22222 | Void ☐ | For Official Use Only ► OMB No. 1545-0008 | | |
|---|---|---|---|---|---|

| b Employer Identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 84-0601547 | $ 62067.79 | $ 7702.16 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| AMERICAN FURNITURE WAREHOUSE | $ 66986.96 | $ 4153.23 |
| 8501 GRANT ST | 5 Medicare wages and tips | 6 Medicare tax withheld |
| THORNTON, CO 80229 | $ 66986.96 | $ 971.20 |
| | 7 Social security tips | 8 Allocated tips |
| | $ | $ |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| 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 | $ | $ |

| e Employee's first name and initial | Last name | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|---|
| JACK | MUST | $ | $ 4019.16 |

| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b $ |
|---|---|

| 13160 BIRCH WAY | 14 Other | 12c $ |
|---|---|---|
| THORNTON, CO 80241 | | 12d $ |

f Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| CO | 08-36802000 | $ 62967.79 | $ 2992.00 | $ | $ | |
| | | $ | $ | $ | $ | |

**Form W-2**  **Wage and Tax Statement**  **2001**

Department of the Treasury—Internal Revenue Service

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.

Copy A For Social Security Administration—Send this entire page with Form W-3 to the Social Security Administration; photocopies are not acceptable.

41-1628061

**Do Not Cut, Fold, or Staple Forms on This Page --- Do Not Cut, Fold, or Staple Forms on This Page**

| a Control number | 22222 | Void ☐ | For Official Use Only ► OMB No. 1545-0008 | | |
|---|---|---|---|---|---|

| b Employer Identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|

CONFIDENTIAL

AFW-MUST 014

| a Control number 0817003014 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation 77398.21 | 2 Federal income tax withheld 9466.15 |
|---|---|---|---|---|
| b Employer identification number 84-0581547 | d Employer's social security number 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 | | 3 Social security wages 82829.35 | 4 Social security tax withheld 5135.42 |
| c Employer's name, address, and ZIP code AMERICAN FURNITURE WAREHOUSE 8820 AMERICAN WAY ENGLEWOOD, CO 80112 | | | 5 Medicare wages and tips 82829.35 | 6 Medicare tax withheld 1201.03 |
| | | | 7 Social security tips | 8 Allocated tips |
| | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial   Last name Q97   1 JACK   MUST 13160 BIRCH WY THORNTON, CO 80241 | | | 11 Nonqualified plans | 12 a-d D 5431.14 |
| | | | 14 Other | |
| | | | 13 Statutory employee ☐  Retirement plan ☐  Third-Party Sick Pay ☐ | |
| f Employee's address and ZIP code | | | | |
| 15 State  Employer's state ID number CO   08-36882 | 16 State wages, tips, etc. 77398.21 | 17 State income tax 3005.00 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement **2002**   REPLACEMENT COPY

CONFIDENTIAL                        AFW-MUST 015

| a Control number 0817003014 | | OMB No. 1545-0008 | 1 Wages, tips, other compensation 69741.65 | 2 Federal income tax withheld 7344.33 |
|---|---|---|---|---|
| b Employer identification number 84-0581547 | d Employee's social security number 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 | | 3 Social security wages 75015.88 | 4 Social security tax withheld 4650.98 |
| c Employer's name, address, and ZIP code | | | 5 Medicare wages and tips 75015.88 | 6 Medicare tax withheld 1087.73 |
| AMERICAN FURNITURE WAREHOUSE 8920 AMERICAN WAY | | | 7 Social security tips | 8 Allocated tips |
| ENGLEWOOD, CO 80112 | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial  Last name | Q97 | 2 | 11 Nonqualified plans | 12 a-d D 5274.23 |
| JACK                    MUST 13160 BIRCH WY THORNTON, CO 80241 | | | 14 Other | |
| f Employee's address and ZIP code | | | | 13 Statutory employee ☐  Retirement plan ☒  Third-party sick pay ☐ |
| 15 State  Employer's state ID number CO    08-36882 | 16 State wages, tips, etc. 69741.65 | 17 State income tax 2598.00 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement **2003**   REPLACEMENT COPY

CONFIDENTIAL

AFW-MUST 016

FORM W-2 Wage and Tax Statement
Copy C For EMPLOYEE'S RECORDS (See notice on back of copy B)

Dept. of the Treasury - Internal Revenue Service

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other penalty may be imposed on you if this income is taxable and you fail to report it.

These statements W-2 Wages and Tax Statements are acceptable for filing with your Federal, State and Local Income Tax Returns. If you worked in multiple locations, or had several forms of special compensation, you may receive more than one of these documents.

All four copies of your W-2 are on this page, separated by perforations. The white copies are for your tax returns; the blue copy is for your records. General instructions for these forms, including an explanation of the boxes; codes used in box 14, are on the other side of the page.

To the right is an explanation of the contents of the Wage boxes on your W-2. Please note that the Gross amount, shown may include adjustments.

## REISSUED STATEMENT

| | Federal Soc. Sec. Medicare State |
| | Mon $ Map 5 x 7   Mon 6   Mon 14 |
| | Gross        47254.38  47336.70  47336.72  47336.70 |
| | Deferred Comp 1919.81-                      1919.81- |
| | Reg., 325  0563344.62-  2264.41-  3244.62-  3344.62- |
| | W-2 Wages: 45265.07  45052.08  45057.47  45265.07 |

| a CONTROL NUMBER | b EMPLOYER ID NUMBER | 1 WAGES, TIPS, OTHER COMPENSATION | 2 FEDERAL INCOME TAX WITHHELD |
|---|---|---|---|
| 0817003014   2004   OMB No. 1545-0008 | 45265.07 | | 3973.26 |
| | c EMPLOYER'S NAME, ADDRESS AND ZIP CODE | 3 SOCIAL SECURITY WAGES | 4 SOCIAL SECURITY TAX WITHHELD |
| 84-0581547   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 | 45052.08 | | 2793.22 |
| AMERICAN FURNITURE WAREHOUSE | 5 MEDICARE WAGES AND TIPS | 6 MEDICARE TAX WITHHELD |
| 8820 AMERICAN WAY | 45052.08 | | 653.26 |
| ENGLEWOOD, CO | 7 SOCIAL SECURITY TIPS | 8 ALLOCATED TIPS |
| 80112 | | |
| e EMPLOYEE'S NAME | 9 ADVANCE EIC PAYMENT | 10 DEPENDENT CARE BENEFITS |
| JACK           MUST | 11 NONQUALIFIED PLANS | 12a |
| 13160 BIRCH WY | | D           3787.01 |
| THORNTON, CO 80241 | 13 □ | 12b |
| 15 STATE | 16 STATE WAGES, TIPS, ETC | 17 STATE INCOME TAX | 18 LOCAL WAGES, TIPS, ETC | 19 LOCAL INCOME TAX | 20 LOCALITY NAME |
| CO   08-36882 | 41265.07 | 1529.00 | | | |

| a CONTROL NUMBER | b EMPLOYER ID NUMBER | 1 WAGES, TIPS, OTHER COMPENSATION | 2 FEDERAL INCOME TAX WITHHELD |
|---|---|---|---|
| 0817003014   OMB No. 1545-0008 | 41265.07 | | 3973.26 |
| | c EMPLOYER'S NAME | 3 SOCIAL SECURITY WAGES | 4 SOCIAL SECURITY TAX WITHHELD |
| 84-0581547   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 | 45052.08 | | 2793.22 |
| AMERICAN FURNITURE WAREHOUSE | 5 MEDICARE WAGES AND TIPS | 6 MEDICARE TAX WITHHELD |
| 8820 AMERICAN WAY | 45052.08 | | 653.26 |
| ENGLEWOOD, CO | 7 SOCIAL SECURITY TIPS | 8 ALLOCATED TIPS |
| 80112 | | |
| REISSUED STATEMENT | 9 ADVANCE EIC PAYMENT | 10 DEPENDENT CARE BENEFITS |
| e EMPLOYEE'S NAME | 11 NONQUALIFIED PLANS | 12a |
| JACK           MUST | | D           3787.01 |
| 13160 BIRCH WY | 13 □ | 12b |
| THORNTON, CO 80241 | | |
| 15 STATE | 16 STATE WAGES, TIPS, ETC | 17 STATE INCOME TAX | 18 LOCAL WAGES, TIPS, ETC | 19 LOCAL INCOME TAX | 20 LOCALITY NAME |
| CO   08-36882 | 41265.07 | 1529.00 | | | |

Copy 2 - To be filed with Employee's STATE, CITY or LOCAL tax return
FORM W-2 Wage and Tax Statement   2004
Dept. of the Treasury - Internal Revenue Service

| a CONTROL NUMBER | b EMPLOYER ID NUMBER | 1 WAGES, TIPS, OTHER COMPENSATION | 2 FEDERAL INCOME TAX WITHHELD |
|---|---|---|---|
| 0817003014   OMB No. 1545-0008 | 41265.07 | | 3973.26 |
| | c EMPLOYER'S NAME | 3 SOCIAL SECURITY WAGES | 4 SOCIAL SECURITY TAX WITHHELD |
| 84-0581547   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 | 45052.08 | | 2793.22 |
| AMERICAN FURNITURE WAREHOUSE | 5 MEDICARE WAGES AND TIPS | 6 MEDICARE TAX WITHHELD |
| 8820 AMERICAN WAY | 45052.08 | | 653.26 |
| ENGLEWOOD, CO | 7 SOCIAL SECURITY TIPS | 8 ALLOCATED TIPS |
| 80112 | | |
| REISSUED STATEMENT | 9 ADVANCE EIC PAYMENT | 10 DEPENDENT CARE BENEFITS |
| e EMPLOYEE'S NAME | 11 NONQUALIFIED PLANS | 12a |
| JACK           MUST | | D           3787.01 |
| 13160 BIRCH WY | 13 □ | 12b |
| THORNTON, CO 80241 | | |
| 15 STATE | 16 STATE WAGES, TIPS, ETC | 17 STATE INCOME TAX | 18 LOCAL WAGES, TIPS, ETC | 19 LOCAL INCOME TAX | 20 LOCALITY NAME |
| CO   08-36882 | 41265.07 | 1529.00 | | | |

Copy 2 - To be filed with Employee's STATE, CITY or LOCAL tax return
FORM W-2 Wage and Tax Statement   2004
Dept. of the Treasury - Internal Revenue Service

| a CONTROL NUMBER | b EMPLOYER ID NUMBER | 1 WAGES, TIPS, OTHER COMPENSATION | 2 FEDERAL INCOME TAX WITHHELD |
|---|---|---|---|
| 0817003014   OMB No. 1545-0008 | 41265.07 | | 3973.26 |
| | c EMPLOYER'S NAME | 3 SOCIAL SECURITY WAGES | 4 SOCIAL SECURITY TAX WITHHELD |
| 84-0581547   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 | 45052.08 | | 2793.22 |
| AMERICAN FURNITURE WAREHOUSE | 5 MEDICARE WAGES AND TIPS | 6 MEDICARE TAX WITHHELD |
| 8820 AMERICAN WAY | 45052.08 | | 653.26 |
| ENGLEWOOD, CO | 7 SOCIAL SECURITY TIPS | 8 ALLOCATED TIPS |
| 80112 | | |
| REISSUED STATEMENT | 9 ADVANCE EIC PAYMENT | 10 DEPENDENT CARE BENEFITS |
| e EMPLOYEE'S NAME | 11 NONQUALIFIED PLANS | 12a |
| JACK           MUST | | D           3787.01 |
| 13160 BIRCH WY | 13 □ | 12b |
| THORNTON, CO 80241 | | |
| 15 STATE | 16 STATE WAGES, TIPS, ETC | 17 STATE INCOME TAX | 18 LOCAL WAGES, TIPS, ETC | 19 LOCAL INCOME TAX | 20 LOCALITY NAME |
| CO   08-36882 | 41265.07 | 1529.00 | | | |

Copy 2 - To be filed with Employee's FEDERAL tax return
FORM W-2 Wage and Tax Statement   2004
Dept. of the Treasury - Internal Revenue Service



Visit www.irs.gov for e-file details.

## W-2 AND WAGE SUMMARY

© CERIDIAN

CONFIDENTIAL                    AFW-MUST 017

Must, Jack

Amercian Furniture Warehouse - Labor Distribution for 1998 - 2001

SORT YTD.PAY.MASTER WITH EMPLOYEE.NAME = "MUST,]"   AND WITH @ID "[*Q" AND NE "[
"FG]" BY PERIOD.END.DATE EMPLOYEE.NAME GROSS.PAY PERIOD.END.DATE PAY.CODE PAY.AM
OUNT ID-SUPP 14:46:32 Apr 24 2007 1

| NAME......................... | GROSS AMOUNT | PERIOD END.DATE | PAY CODE | PAY AMOUNT.... |
|---|---|---|---|---|
| MUST, JACK | 14605.88 | 09/30/98 | TRN | 777.50 |
|  |  |  | C | 11,474.88 |
|  |  |  | SPF | 2,353.50 |
| MUST, JACK | 12774.93 | 12/31/98 | C | 11,442.43 |
|  |  |  | SPF | 1,332.50 |
| MUST, JACK | 9979.78 | 03/31/99 | C | 9,149.78 |
|  |  |  | SPF | 830.00 |
| MUST, JACK | 13146.74 | 06/30/99 | C | 9,861.26 |
|  |  |  | SPF | 1,470.00 |
|  |  |  | H | 15.48 |
|  |  |  | S | 1,800.00 |
| MUST, JACK | 12331.03 | 09/30/99 | S | 10,980.00 |
|  |  |  | C | 281.94 |
|  |  |  | V | 720.00 |
|  |  |  | B | 349.09 |
| MUST, JACK | 14918.36 | 12/31/99 | S | 12,600.00 |
|  |  |  | C | 0.60 |
|  |  |  | B | 2,317.76 |
| MUST, JACK | 14616.89 | 03/31/00 | S | 11,700.00 |
|  |  |  | B | 2,873.14 |
|  |  |  | H | 43.75 |
| MUST, JACK | 12784.99 | 06/30/00 | S | 10,800.00 |
|  |  |  | B | 1,084.99 |
|  |  |  | V | 900.00 |
| MUST, JACK | 16250.22 | 09/30/00 | S | 11,520.00 |
|  |  |  | V | 180.00 |
|  |  |  | B | 4,550.22 |
| MUST, JACK | 17415.17 | 12/31/00 | S | 11,340.00 |
|  |  |  | V | 360.00 |
|  |  |  | B | 5,715.17 |
| MUST, JACK | 18139.88 | 03/31/01 | S | 12,500.00 |
|  |  |  | B | 5,639.88 |
| MUST, JACK | 14728.00 | 06/30/01 | S | 13,000.00 |
|  |  |  | B | 1,728.00 |
| MUST, JACK | 16923.05 | 09/30/01 | S | 12,923.12 |
|  |  |  | V | 2,076.93 |
|  |  |  | B | 1,923.00 |
| MUST, JACK | 17196.05 | 12/31/01 | S | 15,000.05 |
|  |  |  | B | 2,196.00 |

14 records listed

Must PR earnings old system.txt       Page 1

**CONFIDENTIAL**                    **AFW-MUST 018**



**Labor Distribution by Charge To Division/Department**

2002 Wages
Report Data : 04/26/07

Employee: Must, Jack
Clock # 03014

## Summary of Earnings

| VAC O | SICK O | HOLIDAY PAY O | OVRTIME O | SPIF O | Bonus 9B | |
|---|---|---|---|---|---|---|
| | | | | | Total | |
| | 1,153.85 | | | | | $1,153.85 |
| | 1,153.85 | | | | | $1,153.85 |
| | 1,153.85 | | | | | $1,153.85 |
| | 1,153.85 | | | | | $1,153.85 |
| | 692.31 | | 461.54 | | | $1,153.85 |
| | 1,153.85 | | | | | $1,153.85 |
| | 1,153.85 | | | | | $1,153.85 |
| | 1,153.85 | | | | | $1,153.85 |
| | 923.08 | | 230.77 | 5,127.00 | | $6,280.85 |
| | 1,153.85 | | | | | $1,153.85 |
| | 1,153.85 | | | | | $1,153.85 |
| | 1,153.85 | | | | | $1,153.85 |
| | 1,153.85 | | | | | $1,153.85 |
| | 1,153.95 | | | | | $1,153.85 |
| | 1,153.85 | | | | | $1,153.85 |
| | 1,153.85 | | | | | $1,153.85 |
| | 1,153.85 | | | | | $1,153.85 |
| | 1,153.85 | | | | | $1,153.85 |
| | 1,153.95 | | | | | $1,153.85 |
| | 1,153.85 | | | | | $1,153.85 |
| | 1,153.86 | | | | | $1,153.85 |

Page 1

**CONFIDENTIAL**

AFW-MUST 019



**Labor Distribution by Charge To Division/Department**

Employee: Must, Jack

2002 Wages

. Clock # 03014

Report Date :   04/26/07

| | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | Total |
|---|---|---|---|---|---|
| ▓▓▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓▓▓ | 1,153.85 | | | | $1,152.85 |
| ▓▓▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓▓▓ | 1,153.85 | | | 6,035.00 | $7,188.85 |
| ▓▓▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| Total | $58,846.35 | $2,307.69 | $692.31 | $20,983.00 | $82,829.35 |

Page   3

**CONFIDENTIAL**          AFW-MUST 021



**Labor Distribution by Charge To Division/Department**

2003 Wages

Report Date :   04/26/07

Employee: Must, Jack

Clock # 03014

## Summary of Earnings

| | Vac 3 | Sick | Salary/Reg Hrs | Commission | Split Pay | Bonus SP |
|---|---|---|---|---|---|---|
| | | | | | | Total |
| ▮ | 1,153.85 | | | | | $1,153.85 |
| ▮ | 1,153.85 | | | | | $1,153.85 |
| ▮ | 1,153.85 | | | | | $1,153.85 |
| ▮ | 1,153.85 | | | | | $1,153.85 |
| ▮ | 1,153.85 | | | | | $1,153.85 |
| ▮ | 1,153.85 | | | | | $1,153.85 |
| ▮ | 1,153.85 | | | | | $1,153.85 |
| ▮ | 1,153.85 | | | | | $1,153.85 |
| ▮ | 1,153.85 | | | | | $1,153.85 |
| ▮ | 1,153.85 | | | | 6,162.00 | $7,315.85 |
| ▮ | 1,153.85 | | | | (3,081.00) | ($1,927.15) |
| ▮ | 1,153.85 | | | | | $1,153.85 |
| ▮ | 1,153.85 | | | | | $1,153.85 |
| ▮ | 1,153.85 | | | | | $1,153.85 |
| ▮ | 1,153.85 | | | | | $1,153.85 |
| ▮ | 1,153.85 | | | | | $1,153.85 |
| ▮ | 923.08 | 230.77 | | | | $1,153.85 |
| ▮ | 1,153.85 | | | | | $1,153.85 |
| ▮ | 1,153.85 | | | | | $1,153.85 |
| ▮ | 1,153.85 | | | | | $1,153.85 |
| ▮ | 1,153.85 | | | | | $1,153.85 |

Page    1

## CONFIDENTIAL

AFW-MUST 022



## Labor Distribution by Charge To Division/Department

2002 Wages

Report Date :   04/26/07

Employee: Must, Jack

Clock # 03014

| | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | Total |
|---|---|---|---|---|---|
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | | | 5,025.00 | $6,178.85 |
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | 692.30 | | | $1,846.15 |
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | 1,153.85 | | | $2,307.70 |
| ▓▓▓▓ | 692.31 | 461.54 | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | | | 4,796.00 | $5,949.85 |
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓ | 1,153.85 | | | | $1,153.85 |

**CONFIDENTIAL**

AFW-MUST 020



**Labor Distribution by Charge To Division/Department**

2003 Wages
Report Date :    04/28/07

Employee: Must, Jack
Clock # 03014

| | | | | | Total |
|---|---|---|---|---|---|
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 1,153.85 | | | 4,036.00 | $6,189.85 |
| ██████████ | 1,153.95 | | | | $1,153.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 1,153.85 | 1,384.80 | | | $2,538.65 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 923.08 | | | | $923.08 |
| ██████████ | 1,153.85 | | | 4,948.00 | $6,101.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 692.31 | 461.54 | | | $1,153.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |

**CONFIDENTIAL**

AFW-MUST 023



**Labor Distribution by Charge To Division/Department**

2003 Wages

Report Date :   04/26/07

Employee: Must, Jack

Clock # 03014

| | ▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ | ▓▓ | Total |
|---|---|---|---|---|---|
| ▓▓▓▓▓ | 1,153.85 | | 865.50 | | $2,019.35 |
| ▓▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓▓ | 1,153.85 | | | 2,085.00 | $3,238.85 |
| ▓▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| ▓▓▓▓▓ | 1,153.85 | | | | $1,153.85 |
| Total | $57,923.27 | $2,077.11 | $865.50 | $14,150.00 | $75,015.88 |

**CONFIDENTIAL**          **AFW-MUST 024**



**Labor Distribution by Charge To Division/Department**

2004 Wages

Report Date :   04/26/07

Employee: Must, Jack

Clock # 03014

## Summary of Earnings

| | Wages | Sick Pay | Hol/Vac/Pers | Comm 00% | Split 0% | Bonus 00% Total |
|---|---|---|---|---|---|---|
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | 4,187.00 | | $5,340.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |
| ▓ | 1,153.85 | | | | | $1,153.85 |

Page   1

**CONFIDENTIAL**

**AFW-MUST 025**



## Labor Distribution by Charge To Division/Department

2004 Wages

Report Date :   04/26/07

Employee: Must, Jack

Clock # 03014

| | ██████ | ██████ | ██████ | ██████ | Total |
|---|---|---|---|---|---|
| ██████████ | 1,153.85 | | 634.70 | | $1,788.55 |
| ██████████ | 1,153.85 | | | 4,236.00 | $5,389.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 1,153.85 | | | | $1,153.85 |
| ██████████ | 3,461.55 | 3,519.25 | 144.25 | | $7,125.05 |
| Total | $34,615.50 | $3,519.25 | $778.95 | $8,423.00 | $47,336.70 |

CONFIDENTIAL

AFW-MUST 026

Case No.: 1:06-cv-01872-RPM-MEH   Document 42-11   filed 03/21/08   USDC Colorado   pg 20 of 20

# Total Compensation Detail - Jack Must 1998-1999 with Annualized Sales Pay

| | JV Sales 2? per period 1998 | Cli Sales 2? per period 1999 | | Sales Pay 1998-1999 |
|---|---|---|---|---|
| Commission | 22,917.31 | 19,283.58 | | 42,210.89 |
| Spiffs | 3,686.00 | 2,300.00 | | 5,986.00 |
| Training | 777.50 | | | 777.50 |
| Hourly | | 15.48 | | 15.48 |
| Salary | | 25,380.00 | | |
| Bonus | | | | |
| Bonus | | 349.09 | | |
| Bonus | | 2,317.76 | | |
| Bonus | | | | |
| Vacation | | 720.00 | | |
| Sick | | | | |
| Gross Pay | 27,380.81 | 50,375.91 | | |
| From W2 | 27,380.81 | 50,375.91 | | |
| | | | Total Sales pay for 50 payperiods | 48,989.87 |
| | | | Average per payperiod | 979.80 |
| | | | Total average pay for 2 weeks | 1,959.59 |
| | | | Estimated Sales Pay for full year | 50,949.46 |

Z:\Lori Tielke\HR\Crystal Hayes\Must, Jack 10-11-06\FINAL\Annualized Sales Pay 98-99.xls          Page 1 of 1

**CONFIDENTIAL**          AFW-MUST 027