# EXHIBIT 17

# Albertsons

SALES BY STORE LOCATION
FOR THE PERIOD JULY 2002-JUNE 2003

| MONTH | THORNTON | APPLEWOOD | FORT COLLINS | AURORA | SOUTHWEST | GLENWOOD | PUEBLO | COLO. SPRINGS | COMPARK | WESTMINSTER | MARKETPLACE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jul-02 | 6,004,182.83 | 0.00 | 2,495,313.65 | 2,130,128.27 | 1,890,849.11 | 824,212.37 | 1,286,802.03 | 3,175,276.85 | 4,687,970.44 | 897,881.02 | 129,869.28 | 23,739,630.55 |
| Aug-02 | 6,388,207.22 | 0.00 | 2,784,581.84 | 2,045,071.19 | 1,843,756.27 | 875,406.24 | 1,312,981.06 | 3,192,905.47 | 4,946,094.66 | 923,361.00 | 185,765.23 | 24,568,762.83 |
| Sep-02 | 6,602,247.73 | 0.00 | 2,020,620.06 | 2,178,063.60 | 1,609,175.00 | 844,407.18 | 1,184,668.29 | 3,118,343.07 | 5,080,669.30 | 904,000.28 | 141,414.42 | 24,707,077.06 |
| Oct-02 | 6,165,801.54 | 0.00 | 2,458,162.06 | 2,023,445.77 | 1,833,864.92 | 827,907.35 | 1,388,491.52 | 3,022,258.66 | 4,876,123.16 | 814,254.78 | 127,424.75 | 23,571,567.45 |
| Nov-02 | 6,870,815.34 | 0.00 | 2,748,632.34 | 2,169,244.38 | 2,078,070.01 | 030,720.65 | 1,403,160.31 | 3,124,993.82 | 5,624,160.47 | 946,972.58 | 134,247.11 | 25,927,336.69 |
| Dec-02 | 7,122,964.67 | 0.00 | 3,063,839.85 | 2,275,731.35 | 2,194,771.73 | 960,311.60 | 1,479,107.48 | 3,263,913.57 | 6,347,949.15 | 922,983.24 | 140,755.03 | 26,788,303.87 |
| Jan-03 | 6,168,578.28 | 0.00 | 2,823,638.82 | 2,072,787.43 | 1,817,815.52 | 760,686.36 | 1,381,733.33 | 3,267,914.43 | 4,837,247.33 | 920,101.36 | 117,432.41 | 24,117,422.83 |
| Feb-03 | 6,018,744.93 | 0.00 | 2,381,141.36 | 2,017,686.96 | 1,645,080.30 | 653,201.63 | 1,415,019.10 | 3,178,924.92 | 4,259,004.46 | 759,377.47 | 119,445.70 | 22,478,829.75 |
| Mar-03 | 6,341,623.54 | 0.00 | 2,522,879.29 | 1,054,311.07 | 1,721,078.13 | 784,906.13 | 1,334,747.70 | 3,137,085.09 | 4,608,172.04 | 842,161.70 | 132,616.27 | 23,357,984.26 |
| Apr-03 | 5,900,203.88 | 0.00 | 2,318,304.78 | 1,815,915.21 | 1,670,895.40 | 680,363.23 | 1,193,524.69 | 2,789,604.91 | 4,512,164.57 | 792,015.47 | 121,362,610.56 | 21,362,610.56 |
| May-03 | 6,419,926.95 | 0.00 | 2,853,481.41 | 2,103,744.59 | 1,974,924.53 | 832,745.67 | 1,309,846.01 | 3,500,298.59 | 5,454,003.76 | 870,811.82 | 169,118.89 | 25,531,810.39 |
| Jun-03 | 6,671,502.64 | 0.00 | 2,456,816.85 | 1,903,284.17 | 1,849,425.84 | 863,669.20 | 1,230,508.05 | 3,261,720.54 | 4,850,049.24 | 860,439.63 | 130,195.42 | 22,449,207.79 |
| | 76,771,747.34 | 0.00 | 31,381,706.23 | 24,681,286.67 | 22,735,026.23 | 9,836,103.30 | 16,934,957.90 | 38,031,244.86 | 58,180,842.80 | 10,325,064.16 | 1,525,338.52 | 269,696,329.90 |



EXHIBIT 34
Calderwood-Mackelprang
303 477-3500

000263

# AutoZone

## SALES BY STORE LOCATION
## FOR THE PERIOD JULY 2003 - JUNE 2004

| MONTH | THORNTON | APWXLINE | FORT COLLINS | AURORA | SOUTHWEST | GLENWOOD | PUEBLO | COLO. SPRINGS | COMPARK | WESTMINSTER | MARKETPLACE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jul-03 | 5,951,268.89 | 0.00 | 2,686,581.47 | 2,018,104.12 | 1,751,722.11 | 801,208.67 | 1,324,566.53 | 3,997,646.06 | 5,272,868.74 | 980,004.30 | 152,487.40 | 24,487,100.29 |
| Aug-03 | 6,500,761.07 | 0.00 | 2,982,986.31 | 2,075,840.21 | 1,894,697.81 | 855,692.30 | 1,283,236.93 | 3,565,598.70 | 5,514,820.86 | 943,336.20 | 150,925.38 | 25,803,628.15 |
| Sep-03 | 6,293,262.45 | 0.00 | 2,944,964.12 | 2,009,108.53 | 2,015,444.27 | 904,451.32 | 1,361,077.66 | 3,462,716.82 | 5,241,959.80 | 967,631.89 | 124,905.85 | 25,184,561.82 |
| Oct-03 | 6,568,987.40 | 0.00 | 2,860,800.21 | 1,887,530.20 | 1,821,758.74 | 875,998.31 | 1,319,801.76 | 3,440,844.18 | 5,054,441.12 | 858,875.80 | 131,427.87 | 24,178,711.67 |
| Nov-03 | 7,170,462.02 | 0.00 | 2,834,832.64 | 2,239,584.67 | 2,156,137.86 | 809,321.10 | 1,443,090.59 | 3,819,472.49 | 5,983,190.25 | 825,349.18 | 115,406.25 | 27,362,410.17 |
| Dec-03 | 6,852,836.48 | 0.00 | 2,948,267.21 | 2,139,192.27 | 2,180,003.49 | 1,051,469.54 | 1,592,503.06 | 3,612,539.82 | 5,175,526.47 | 931,845.65 | 112,636.42 | 26,527,962.50 |
| Jan-04 | 8,417,569.36 | 0.00 | 2,733,621.64 | 1,667,504.32 | 1,740,648.87 | 775,167.03 | 1,454,283.13 | 3,285,294.87 | 5,045,418.86 | 800,482.47 | 126,582.06 | 24,378,339.98 |
| Feb-04 | 6,641,027.88 | 0.00 | 2,574,277.07 | 2,188,683.19 | 1,865,132.84 | 837,707.99 | 1,463,206.20 | 3,782,870.89 | 4,767,003.03 | 849,883.70 | 111,782.97 | 25,102,327.68 |
| Mar-04 | 8,414,883.28 | 0.00 | 2,378,435.37 | 2,032,085.29 | 1,880,105.91 | 837,415.71 | 1,404,663.40 | 3,793,701.93 | 5,090,872.71 | 807,146.95 | 122,476.58 | 24,759,600.57 |
| Apr-04 | 5,814,789.51 | 0.00 | 2,380,856.36 | 1,835,431.32 | 1,624,821.56 | 856,010.65 | 1,187,893.00 | 3,428,850.91 | 4,880,898.16 | 810,219.17 | 117,790.10 | 22,798,052.20 |
| May-04 | 7,508,545.33 | 0.00 | 2,766,874.80 | 2,169,074.55 | 1,832,319.89 | 864,515.13 | 1,320,145.19 | 3,661,679.72 | 5,955,662.53 | 884,707.03 | 104,384.21 | 26,868,829.58 |
| Jun-04 | 6,201,557.11 | 0.00 | 2,777,262.01 | 2,060,043.98 | 1,650,218.80 | 814,707.84 | 1,309,692.51 | 3,612,238.82 | 5,376,431.23 | 843,693.08 | 108,660.24 | 26,057,031.01 |
| | 77,138,229.58 | 0.00 | 32,723,026.33 | 24,703,634.87 | 22,735,908.47 | 10,054,306.00 | 16,423,565.95 | 43,030,854.30 | 63,489,205.80 | 10,842,402.53 | 1,488,616.34 | 302,858,256.18 |

000264

**AUTOZONE**

SALES BY STORE LOCATION
FOR THE PERIOD JULY 2004 - JUNE 2005

| MONTH | TIVERTON | APPENZAKE | FORT COLLINS | AURORA | EQUIPMENT | FORT COLLINS DU | CENTENNIAL | WESTMINSTER DU | GLENWOOD | PUEBLO | COLD SPRINGS | COMPASS | WESTMINSTER DU | MARKETPLACE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jul-04 | 6,376,308.26 | 0.00 | 2,691,818.68 | 2,180,130.98 | 2,031,472.69 | 0.00 | 0.00 | 0.00 | 830,008.97 | 1,384,102.09 | 3,874,583.80 | 5,867,071.50 | 831,705.68 | 129,126.13 | 27,157,186.03 |
| Aug-04 | 6,580,251.48 | 0.00 | 2,846,659.53 | 2,025,122.43 | 1,900,902.80 | 0.00 | 0.00 | 0.00 | 876,809.42 | 1,261,130.68 | 3,382,841.15 | 5,817,781.75 | 942,564.33 | 133,208.05 | 25,582,411.85 |
| Sep-04 | 6,801,354.90 | 0.00 | 2,855,767.75 | 2,022,019.06 | 1,938,285.81 | 0.00 | 0.00 | 0.00 | 883,754.50 | 1,304,087.22 | 3,785,638.87 | 5,853,187.82 | 904,579.02 | 128,715.45 | 26,466,207.62 |
| Oct-04 | 6,747,600.00 | 0.00 | 2,838,113.41 | 1,934,464.93 | 1,907,462.19 | 0.00 | 0.00 | 0.00 | 832,277.88 | 1,254,570.87 | 3,906,861.86 | 5,930,174.33 | 722,433.66 | 25,370,281.40 | |
| Nov-04 | 6,907,862.58 | 0.00 | 2,864,224.48 | 2,026,612.10 | 2,020,210.86 | 0.00 | 0.00 | 0.00 | 908,014.44 | 1,438,677.80 | 3,593,055.03 | 5,751,148.17 | 888,614.76 | 117,927.44 | 26,349,585.95 |
| Dec-04 | 7,309,228.34 | 0.00 | 2,853,102.83 | 2,157,392.85 | 1,988,882.84 | 0.00 | 0.00 | 0.00 | 1,011,120.79 | 1,718,603.49 | 3,911,862.85 | 5,967,868.27 | 861,739.83 | 145,063.80 | 27,870,701.59 |
| Jan-05 | 6,746,919.26 | 0.00 | 2,898,237.25 | 1,952,013.15 | 1,871,906.15 | 0.00 | 0.00 | 0.00 | 828,625.87 | 1,484,825.44 | 4,017,124.82 | 5,840,684.63 | 854,152.59 | 135,972.81 | 26,541,374.05 |
| Feb-05 | 7,161,583.44 | 0.00 | 2,779,548.30 | 2,080,246.61 | 1,822,471.50 | 0.00 | 0.00 | 0.00 | 775,812.91 | 1,622,809.86 | 3,726,261.37 | 5,486,827.23 | 859,465.86 | 128,870.19 | 26,477,768.28 |
| Mar-05 | 6,887,448.08 | 0.00 | 2,841,374.30 | 2,063,767.43 | 1,815,326.64 | 0.00 | 0.00 | 0.00 | 804,104.72 | 1,468,568.09 | 3,975,616.80 | 5,666,676.66 | 954,001.20 | 630,508.22 | 28,673,920.34 |
| Apr-05 | 8,246,129.75 | 0.00 | 2,465,751.17 | 1,938,393.41 | 1,680,278.29 | 0.00 | 0.00 | 0.00 | 884,379.62 | 1,273,750.28 | 3,817,373.00 | 5,401,848.97 | 847,875.40 | 123,728.32 | 24,270,478.32 |
| May-05 | 7,002,731.58 | 0.00 | 2,798,681.47 | 2,393,265.43 | 1,987,164.08 | 0.00 | 881,202.10 | 891,202.10 | 950,603.59 | 1,344,715.54 | 3,817,373.00 | 6,008,878.64 | 902,853.44 | 120,622.78 | 30,271,101.03 |
| Jun-05 | 5,599,185.64 | 0.00 | 2,813,240.02 | 2,031,160.46 | 1,928,463.70 | 871,527.33 | 2,237,651.93 | 1,174,739.84 | 952,449.52 | 1,342,344.40 | 4,041,868.99 | 5,910,922.24 | 1,018,793.08 | 118,989.98 | 31,241,363.43 |
| | 81,858,831.19 | 0.00 | 33,469,136.25 | 24,665,928.84 | 22,715,851.05 | 1,558,471.58 | 3,638,575.14 | 2,065,945.94 | 10,431,840.23 | 16,919,392.08 | 45,459,727.44 | 68,452,902.51 | 10,783,382.31 | 1,634,137.31 | 324,365,242.57 |