# EXHIBIT 19

## WESTMINSTER SALES (July 1999 – June 2006)

| | Pre-Jack Must | | Jack Must Period | | | Post-Jack Must | |
|---|---|---|---|---|---|---|---|
| | 1999-2000 | 2000-2001 | 2001-2002 | 2002-2003 | 2003-2004 | 2004-2005 | 2005-2006 |
| July | 1,109,536 | 1,090,041 | 1,043,828 | 998,268 | 1,018,203 | 993,765 | 1,076,872 |
| Aug. | 1,021,958 | 937,573 | 946,273 | 970,905 | 1,099,136 | 978,296 | 968,646 |
| Sept. | 953,483 | 1,180,560 | 1,058,460 | 927,975 | 924,347 | 959,311 | 1,010,463 |
| Oct. | 889,952 | 976,876 | 915,706 | 803,425 | 857,194 | 893,387 | 996,789 |
| Nov. | 947,484 | 1,102,800 | 976,883 | 1,025,453 | 1,027,569 | 915,454 | 908,996 |
| Dec. | 977,960 | 1,068,952 | 1,146,007 | 974,280 | 905,396 | 883,068 | 998,450 |
| Jan. | 1,135,404 | 867,934 | 926,034 | 867,942 | 849,019 | 909,170 | 1,067,009 |
| Feb. | 916,292 | 1,050,675 | 865,093 | 791,550 | 919,486 | 966,252 | 923,861 |
| March | 941,166 | 905,759 | 912,395 | 917,203 | 815,198 | 831,226 | 976,562 |
| April | 913,439 | 840,378 | 897,706 | 800,721 | 855,451 | 903,008 | 827,558 |
| May | 886,113 | 894,027 | 889,637 | 1,050,042 | 1,021,856 | 1,053,561 | 2,004,744 |
| June | 819,001 | 900,500 | 874,809 | 833,045 | 833,875 | 869,937 | 1,518,533 |
| | 11,511,788 | 11,816,075 | 11,452,831 | 10,960,809 | 11,126,930 | 11,156,435 | 13,283,483 |
| % change from 7/99 – 6/00 | | 2.64% | | | | | |
| % change from 7/00 – 6/01 | | | -3.07% | -7.24% | -5.83% | | |
| % change from 7/03-6/04 | | | | | | .27% | 19.38% |

CONFIDENTIAL

AFW-MUST 0932



EXHIBIT 33
Calderwood-Mackelprang
303 477 - 3500