# EXHIBIT 21



**American Furniture Warehouse**

8820 AMERICAN WAY • ENGLEWOOD, COLORADO 80112
ADMINISTRATIVE 303-799-9044 FAX 720-873-3673 • SALES 303-768-9474 • CUSTOMER SERVICE 303-289-3300 FAX 303-288-1969
Visit us on our website: afwonline.com

March 04, 2003

MEMO # 2595

To: Store Managers
Asst. Managers
Sales Managers
Warehouse Managers
Department Leads
Front Office Leads

From: Mike Buscietta

RE: Mandatory Work Days

It has come by attention that not all Managers are aware of the Mandatory workdays for Employees and Managers. It should go with out saying that if we are requiring the employees to work their days off during a Holiday that the Managers should also. It is only common sense that if it's a holiday and people are off work that the stores will be busy and we need to be able to accommodate our customer in an efficient manner by having ample staff on hand to assist. Below is the list of Mandatory Work Days.

> Martin Luther King's Birthday
> Presidents Day
> Memorial Day
> Independence Day
> Labor Day
> Columbus Day
> Veterans Day
> Day after Thanksgiving
> Day after Christmas
> New Years Day

EXHIBIT 14 6/8/07

Each Manager is required to read the attached Personnel Policies and the Sales Consultants job description and sign below. A copy will go into each personnel file.

JACK MUST          Jack Must          3-5-03
Print name          Signature          Date

Showrooms:

Aurora, CO            Lakewood, CO         Thornton, CO                              000169
303-368-6555          303-933-3975         303-289-3511
FAX 303-337-4722      FAX 303-933-8635     FAX 303-268-1137

Westminster, CO       Ft. Collins, CO      Glenwood Springs, CO   Colorado Springs, CO   Pueblo, CO
303-422-3385          970-221-1981         970-928-9422           719-633-4220           719-542-5169
FAX 303-422-3103      FAX 970-221-2768     FAX 970-928-9420       FAX 719-633-3257       FAX 719-542-0109