# EXHIBIT 22



**AMERICAN FURNITURE WAREHOUSE**
8820 AMERICAN WAY
ENGLEWOOD, CO 80112

| CHECK NO. | 012088 |
|---|---|
| CHECK DATE: | 7/6/04 |
| PERIOD ENDING: | 7/4/04 |
| PAY FREQUENCY: | Weekly |

Must, Jack
13160 Birch Wy
Thornton, CO 80241

ID NUMBER: 03014
BASE RATE: 1,153.85
SSN: 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

STATUS FED: Married ST1: ST2:
EXEMPT FED: 1 ST: 1
TAX ADJUSTMENTS FED: DI/UC: LOCAL:

STATE AND LOCAL CODES
PRI: CO   LOC1:   LOC3:
SEC:      LOC2:   LOC4:
                  LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS |
|---|---|---|
| SALARY PAY | 40.0 | 1,153.85 |

W/E 7-4

| TOTAL H/E | 40.0 | 1,153.85 |

**PRE-TAX ITEMS**

| 401(K) | -92.31 |
| DENT INS PRE | -17.00 |
| MED INS PRE | -57.64 |
| VISION INS PR | -4.14 |

TOTAL PRE-TAX   -171.09

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT |
|---|---|
| SOC SEC | 66.65 |
| MEDICARE | 15.59 |
| FED INC | 92.70 |
| PRI-STATE | 38.00 |
| TOTAL | 212.94 |

**AFTER-TAX DEDUCTIONS**

| LIFE INSURANCE | 0.22 |
| SHRT TERM DIS | 12.19 |

TOTAL AFT DED   12.41

### SPECIAL INFORMATION

| 401(K) MATCH | 17.31 |

| TOTAL | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
|  |  | 982.76 |  |  |  |  |
| CURRENT | 1,153.85 | -171.09 | 982.76 | 212.94 | 12.41 | 757.41 |

A PAYROLL SERVICE BY CERIDIAN

STATEMENT OF EARNINGS. DETACH AND KEEP FOR YOUR RECORDS



EXHIBIT 39
Calderwood-Mackelprang
303 477-3500

000015



**AMERICAN FURNITURE WAREHOUSE**
8820 AMERICAN WAY
ENGLEWOOD, CO 80112

CHECK NO.: 012089
CHECK DATE: 7/6/04
PERIOD ENDING: 7/4/04
PAY FREQUENCY: Weekly

Musk, Jack
13160 Birch Wy
Thornton, CO 80241

ID NUMBER: 03014
BASE RATE: 1,153.85
SSN: 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

STATUS: FED: Married, ST1:, ST2:
EXEMPT: FED 2, 2
TAX ADJUSTMENTS: FED:, DT/UC:, LOCAL:
ST:

STATE AND LOCAL CODES
PRI: CO   LOC1:   LOC3:
SEC:   LOC2:   LOC4: LOC5:

**IMPORTANT MESSAGE**

### HOURS AND EARNINGS

| DESCRIPTION | HOURS/UNITS | EARNINGS |
|---|---|---|
| SALARY PAY | 40.0 | 1,153.85 |

W/E 7-11

| TOTAL H/E | 40.0 | 1,153.85 |

**PRE-TAX ITEMS**

| 401(K) | -92.31 |
| DENT INS PRE | -17.00 |
| MED INS PRE | -57.64 |
| VISION INS PR | -4.14 |

TOTAL PRE-TAX: -171.09

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT |
|---|---|
| SOC SEC | 66.65 |
| MEDICARE | 15.59 |
| FED INC | 92.70 |
| PRI-STATE | 38.00 |
| TOTAL | 212.94 |

**AFTER-TAX DEDUCTIONS**

| LIFE INSURANCE | 0.22 |
| SHRT TERM DIS | 12.19 |

TOTAL PER DED: 12.41

### SPECIAL INFORMATION

| 401(K) MATCH | 17.31 |

| TOTAL | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
|  | 982.76 |  |  |  |  |  |
| CURRENT | 1,153.85 | -171.09 | 982.76 | 212.94 | 12.41 | 757.41 |

STATEMENT OF EARNINGS. DETACH AND KEEP FOR YOUR RECORDS

A PAYROLL SERVICE BY CERIDIAN

000016

**American Furniture Warehouse**
8820 American Way
Englewood, CO 80112

CHECK NO. 012090
CHECK DATE: 7/6/04
PERIOD ENDING: 7/4/04
PAY FREQUENCY: Weekly

Must, Jack
13160 Birch Wy
Thornton, CO 80241

ID NUMBER: 03014
BASE RATE: 1,153.85
SSN: 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
ST1:
ST2:

STATUS FED: Married
ST1:
ST2:

EXEMPT 1 2

TAX ADJUSTMENTS
FED:
DI/UC:
LOCAL:

ST:

STATE AND LOCAL CODES
PRI: CO   LOC1:   LOC3:
SEC:   LOC2:   LOC4:
              LOC5:

**IMPORTANT MESSAGE**

### HOURS AND EARNINGS

| DESCRIPTION | HOURS/UNITS | CURRENT EARNINGS |
|---|---|---|
| SALARY PAY | 40.0 | 1,153.85 |

w/c 7-18

| TOTAL H/E | 40.0 | 1,153.85 |

**PRE-TAX ITEMS**

| 401(K) | -92.31 |
| DENT INS PRE | -17.00 |
| MED INS PRE | -57.64 |
| VISION INS PR | -4.14 |

TOTAL PRE-TAX    -171.09

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT |
|---|---|
| SOC SEC | 66.65 |
| MEDICARE | 15.59 |
| FED INC | 92.70 |
| PRI-STATE | 38.00 |
| TOTAL | 212.94 |

**AFTER-TAX DEDUCTIONS**

| LIFE INSURANCE | 0.22 |
| SHRT TERM DIS | 12.19 |

TOTAL PER. DED.    12.41

### SPECIAL INFORMATION

| 401(K) MATCH | 17.31 |

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| TOTAL | 982.76 | | 982.76 | 212.94 | 12.41 | 757.41 |
| CURRENT | 1,153.85 | -171.09 | | | | |

A PAYROLL SERVICE BY CERIDIAN

STATEMENT OF EARNINGS. DETACH AND KEEP FOR YOUR RECORDS

000017

**American Furniture Warehouse**
8820 AMERICAN WAY
ENGLEWOOD, CO 80112

CHECK NO. 012091
CHECK DATE: 7/6/04
PERIOD ENDING: 7/4/04
PAY FREQUENCY: Weekly

Must, Jack
13160 Birch Wy
Thornton, CO 80241

ID NUMBER: 03014
BASE RATE: 1,153.85
SSN: 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
STATUS FED: Married
ST1:
ST2:
EXEMPT FED: 2 / 2
TAX ADJUSTMENTS FED: / OI/UC: / LOCAL:
ST:

STATE AND LOCAL CODES
PRI: CO   LOC1:   LOC3:
SEC:       LOC2:   LOC4:
                   LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | EARNINGS |
|---|---|---|
| VACATION | 40.0 | 1,153.85 |
| TOTAL H/E | 40.0 | 1,153.85 |

**PRE-TAX ITEMS**

| 401(K) | -92.31 |
|---|---|
| TOTAL PRE-TAX | -92.31 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT |
|---|---|
| SOC SEC | 71.54 |
| MEDICARE | 16.73 |
| FED INC | 104.52 |
| PRI-STATE | 42.00 |
| TOTAL | 234.79 |

**AFTER-TAX DEDUCTIONS**

### SPECIAL INFORMATION

| 401(K) MATCH | 17.31 |
|---|---|

| TOTAL | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
|  |  | 1,061.54 |  |  |  |  |
| CURRENT | 1,153.85 | -92.31 | 1,061.54 | 234.79 | 0.00 | 826.75 |

STATEMENT OF EARNINGS. DETACH AND KEEP FOR YOUR RECORDS

A PAYROLL SERVICE BY CERIDIAN

000018

**American Furniture Warehouse**
8820 American Way
Englewood, CO 80112

CHECK NO.: 012092
CHECK DATE: 7/6/04
PERIOD ENDING: 7/4/04
PAY FREQUENCY: Weekly

Must, Jack
13160 Birch Wy
Thornton, CO 80241

ID NUMBER: 03014
BASE RATE: 1,153.85
SSN: 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

STATUS: Married
FED: 2
ST1:
ST2:

EXEMPT
FED: 2
DI/UC:
LOCAL:

STATE AND LOCAL CODES
PRI: CO   LOC1:   LOC3:
SEC:        LOC2:   LOC4:
                         LOC5:

IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | HOURS/UNITS | CURRENT EARNINGS |
|---|---|---|
| VACATION | 40.0 | 1,153.85 |
| TOTAL H/E | 40.0 | 1,153.85 |

**PRE-TAX ITEMS**

| 401(K) | -92.31 |
|---|---|

| TOTAL PRE-TAX | -92.31 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT |
|---|---|
| SOC SEC | 71.54 |
| MEDICARE | 16.73 |
| FED INC | 104.52 |
| PRI-STATE | 42.00 |
| TOTAL | 234.79 |

**AFTER-TAX DEDUCTIONS**

### SPECIAL INFORMATION

| 401(K) MATCH | 17.31 |
|---|---|

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| TOTAL | 1,061.54 | | | | | |
| CURRENT | 1,153.85 | -92.31 | 1,061.54 | 234.79 | 0.00 | 826.75 |

STATEMENT OF EARNINGS. DETACH AND KEEP FOR YOUR RECORDS

A PAYROLL SERVICE BY CERIDIAN

000019



**AMERICAN FURNITURE WAREHOUSE**
8820 AMERICAN WAY
ENGLEWOOD, CO 80112

| CHECK NO. | 012093 |
| CHECK DATE: | 7/6/04 |
| PERIOD ENDING: | 7/4/04 |
| PAY FREQUENCY: | Weekly |

Hurst, Jack
13160 Birch Wy
Thornton, CO 80241

ID NUMBER: 03014
BASE RATE: 1,153.85
SSN: 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

STATUS FED: Married
ST1:
ST2:

EXEMPT
FED: 2
ST: 2

TAX ADJUSTMENTS
FED:
DI/UC:
LOCAL:

STATE AND LOCAL CODES
PRI: CO   LOC1:   LOC3:
SEC:        LOC2:   LOC4:
                                LOC5:

### IMPORTANT MESSAGE

## HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS |
|---|---|---|
| VACATION | 40.0 | 1,153.85 |
| TOTAL H/E | 40.0 | 1,153.85 |

**PRE-TAX ITEMS**

| 401(K) | | -92.31 |
|---|---|---|
| TOTAL PRE-TAX | | -92.31 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT |
|---|---|
| SOC SEC | 71.54 |
| MEDICARE | 16.73 |
| FED INC | 104.52 |
| PRI-STATE | 42.00 |
| TOTAL | 234.79 |

**AFTER-TAX DEDUCTIONS**

## SPECIAL INFORMATION

| 401(K) MATCH | 17.31 |

| TOTAL | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| | 1,061.54 | | | | | |
| CURRENT | 1,153.85 | -92.31 | 1,061.54 | 234.79 | 0.00 | 826.75 |

STATEMENT OF EARNINGS. DETACH AND KEEP FOR YOUR RECORDS.

A PAYROLL SERVICE BY CERIDIAN

000020



**AMERICAN FURNITURE WAREHOUSE**
8820 AMERICAN WAY
ENGLEWOOD, CO 80112

CHECK NO.       012094
CHECK DATE:     7/6/04
PERIOD ENDING:  7/4/04
PAY FREQUENCY:  Weekly

Must, Jack
13160 Birch Wy
Thornton, CO 80241

ID NUMBER: 03014
BASE RATE: 1,153.85
SSN: 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

STATUS   FED: Married   ST1:   ST2:
EXEMPT   FED: 2   DT/UC: 1

TAX ADJUSTMENTS   FED:   ST:   LOCAL:

STATE AND LOCAL CODES
PRI: CO   LOC1:   LOC3:
SEC:   LOC2:   LOC4:
             LOC5:

**IMPORTANT MESSAGE**

### HOURS AND EARNINGS

| DESCRIPTION | HOURS/UNITS | CURRENT EARNINGS |
|---|---|---|
| SICK | 5.0 | 144.25 |
| VACATION | 2.0 | 57.70 |
| TOTAL H/E | 7.0 | 201.95 |
| PRE-TAX ITEMS | | |
| 401(K) | | -16.16 |
| TOTAL PRE-TAX | | -16.16 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT |
|---|---|
| SOC SEC | 12.52 |
| MEDICARE | 2.93 |
| PRI-STATE | 2.00 |
| TOTAL | 17.45 |
| AFTER-TAX DEDUCTIONS | |

### SPECIAL INFORMATION

| | |
|---|---|
| 401(K) MATCH | 3.03 |

| TOTAL | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 201.95 | -16.16 | 185.79 | 17.45 | 0.00 | 160.34 |

STATEMENT OF EARNINGS. DETACH AND KEEP FOR YOUR RECORDS     A PAYROLL SERVICE BY CERIDIAN

000021