# EXHIBIT 24

Re: Jack Must       July 2004

Repeated visits to 08 at night. Jack won't stay after 5-6pm even when I call to say I'm coming.

Been leaving FC early to get to 08 by 5pm.

Keep telling Jack to have more salespeople in the store at night. Found 1-Salesperson here one night and 2 on another night. Customers walking around not being helped - lossing business.

EXHIBIT 36
Calderwood-Mackelprang
303 477-3500

000157

Pointed out to Jack customer not being help – just doesn't get it or doesn't care.

Complained to Dale about having to work July 4th. Huge holiday – doesn't matter if it's on a Sunday, Jack knows this is part of the job.

Tom complained that Jack is negative figure/influence on store. Talks neg. about Company/Tom/Mike/Dale. Hurting store.

000158

Concerned about Mary's
Sales figures after
Signature Capture incident.

Jack's behavior w/ Mike
after Mary's Mgr Meeting
was Completely out of
line. He was Very rude
and disrespectful toward
Mike —————— unsupervisable?

000159