# EXHIBIT 25

# Termination Report

## AMERICAN FURNITURE WAREHOUSE

Date Range 06/01/04 to 08/31/04
Report Date 08/07/07

| | Name | Title | Department | Division | Date | Reason |
|---|---|---|---|---|---|---|
| | Mi | Furniture Repair | 300 | 08 | 06/14/04 | Resignation |
| | Ci | Sales | 540 | 08 | 06/12/04 | Resignation |
| | Es | Sales | 540 | 08 | 08/16/04 | Job Abandonment |
| | Fi | Sales | 540 | 08 | 08/09/04 | Resignation |
| | Le | Sales | 540 | 08 | 06/11/04 | Resignation |
| | Ma | Sales | 540 | 08 | 07/07/04 | Resignation |
| | Ne | Sales | 540 | 08 | 07/12/04 | Discharged |
| | Wa | Warehouse | 940 | 08 | 07/05/04 | Discharged |
| Total | 8 | | | | | |



(c) Copyright Ceridian 1993-1999

REDACTED CONFIDENTIAL

EXHIBIT 51
Calderwood-Mackelprang
303 477-3500

AFW-MUST 0540

**New Hire Report**

AMERICAN FURNITURE WAREHOUSE

Date Range: 08/01/04 to 08/31/04
Report Date: 08/07/07

| | Name | Hire Title | Hire Department | Division | Hire Date | Hire Annual Salary |
|---|---|---|---|---|---|---|
| | Es | Sales | 540 | 08 | 06/22/04 | 31,200.00 |
| | Gi | Sales | 540 | 08 | 08/24/04 | 31,200.00 |
| | Mo | Sales | 540 | 08 | 07/27/04 | 31,200.00 |
| | Pa | Sales | 540 | 08 | 08/24/04 | 31,200.00 |
| | Ri | Sales | 540 | 08 | 08/03/04 | 31,200.00 |
| | Sm | Sales | 540 | 08 | 08/10/04 | 31,200.00 |
| Total | 6 | | | | | 187,200.00 |



(c) Copyright Ceridian 1993-1997

REDACTED
CONFIDENTIAL