# EXHIBIT 26



**AMERICAN FURNITURE WAREHOUSE**
8820 AMERICAN WAY
ENGLEWOOD, CO 80112

CHECK NO.    012088
CHECK DATE:  7/6/04
PERIOD ENDING: 7/4/04
PAY FREQUENCY: Weekly

Must, Jack
13160 Birch Wy
Thornton, CO 80241

ID NUMBER: 03014
BASE RATE: 1,153.85
SSN: 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

STATUS: Married
EXEMPT: 2 / 2

TAX ADJUSTMENTS
FED:    ST:
DI/UC:
LOCAL:

STATE AND LOCAL CODES
PRI: CO   LOC1:   LOC3:
SEC:      LOC2:   LOC4:
                  LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | HOURS/UNITS | CURRENT EARNINGS |
|---|---|---|
| SALARY PAY | 40.0 | 1,153.85 |

w/e 7-4

| TOTAL H/E | 40.0 | 1,153.85 |

**PRE-TAX ITEMS**

| 401(K) | -92.31 |
| DENT INS PRE | -17.00 |
| MED INS PRE | -57.64 |
| VISION INS PR | -4.14 |

TOTAL PRE-TAX  -171.09

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT |
|---|---|
| SOC SEC | 66.65 |
| MEDICARE | 15.59 |
| FED INC | 92.70 |
| PRI-STATE | 38.00 |
| TOTAL | 212.94 |

**AFTER-TAX DEDUCTIONS**

| LIFE INSURANCE | 0.22 |
| SHRT TERM DIS | 12.19 |

TOTAL AFTER DED  12.41

### SPECIAL INFORMATION

401(K) MATCH    17.31

| TOTAL | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
|  | 982.76 |  |  |  |  |  |
| CURRENT | 1,153.85 | -171.09 | 982.76 | 212.94 | 12.41 | 757.41 |

STATEMENT OF EARNINGS. DETACH AND KEEP FOR YOUR RECORDS.

A PAYROLL SERVICE BY CERIDIAN



EXHIBIT 39
Calderwood-Mackelprang
303 477-3500

000015



**AMERICAN FURNITURE WAREHOUSE**
8820 AMERICAN WAY
ENGLEWOOD, CO 80112

| CHECK NO. | 012089 |
|---|---|
| CHECK DATE: | 7/6/04 |
| PERIOD ENDING: | 7/4/04 |
| PAY FREQUENCY: | Weekly |

Must, Jack
13160 Birch Wy
Thornton, CO 80241

ID NUMBER: 03014
BASE RATE: 1,153.85
SSN: 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

STATUS FED: Married ST1: ST2:
EXEMPT 2 2
TAX ADJUSTMENTS FED: DI/UC: LOCAL:
ST:
STATE AND LOCAL CODES
PRI: CO  LOC1:  LOC3:
SEC:   LOC2:  LOC4:
                LOC5:

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | HOURS/UNITS | CURRENT EARNINGS |
|---|---|---|
| SALARY PAY | 40.0 | 1,153.85 |

w/e 7-11

| TOTAL H/E | 40.0 | 1,153.85 |

**PRE-TAX ITEMS**

| 401(K) | -92.31 |
| DENT INS PRE | -17.00 |
| MED INS PRE | -57.64 |
| VISION INS PR | -4.14 |

| TOTAL PRE-TAX | -171.09 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT |
|---|---|
| SOC SEC | 66.65 |
| MEDICARE | 15.59 |
| FED INC | 92.70 |
| PRI-STATE | 38.00 |
| **TOTAL** | **212.94** |

**AFTER-TAX DEDUCTIONS**

| LIFE INSURANCE | 0.22 |
| SHRT TERM DIS | 12.19 |

| TOTAL PER DED | 12.41 |

### SPECIAL INFORMATION

| 401(K) MATCH | 17.31 |

| TOTAL | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| | 982.76 | | | | | |
| CURRENT | 1,153.85 | -171.09 | 982.76 | 212.94 | 12.41 | 757.41 |

STATEMENT OF EARNINGS. DETACH AND KEEP FOR YOUR RECORDS

A PAYROLL SERVICE BY CERIDIAN

000016



**AMERICAN FURNITURE WAREHOUSE**
8820 AMERICAN WAY
ENGLEWOOD, CO 80112

CHECK NO.: 012090
CHECK DATE: 7/6/04
PERIOD ENDING: 7/4/04
PAY FREQUENCY: Weekly

Must, Jack
13160 Birch Wy
Thornton, CO 80241

ID NUMBER: 03014
BASE RATE: 1,153.85
SSN: 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

STATUS: Married
FED: 2
ST1: 2
ST2:

EXEMPT
FED: 2
ST2:

TAX ADJUSTMENTS
FED:
DI/UC:
LOCAL:

ST:

STATE AND LOCAL CODES
PRI: CO   LOC1:   LOC3:
SEC:     LOC2:   LOC4:
                LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | HOURS/UNITS | CURRENT EARNINGS |
|---|---|---|
| SALARY PAY | 40.0 | 1,153.85 |

W/C 7-18

| TOTAL H/E | 40.0 | 1,153.85 |

**PRE-TAX ITEMS**

| 401(K) | -92.31 |
| DENT INS PRE | -17.00 |
| MED INS PRE | -57.64 |
| VISION INS PR | -4.14 |

| TOTAL PRE-TAX | -171.09 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT |
|---|---|
| SOC SEC | 56.65 |
| MEDICARE | 15.59 |
| FED INC | 92.70 |
| PRI-STATE | 38.00 |
| TOTAL | 212.94 |

**AFTER-TAX DEDUCTIONS**

| LIFE INSURANCE | 0.22 |
| SHRT TERM DIS | 12.19 |

| TOTAL PER DED | 12.41 |

### SPECIAL INFORMATION

| 401(K) MATCH | 17.31 |

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| TOTAL | 982.76 | | | | | |
| CURRENT | 1,153.85 | -171.09 | 982.76 | 212.94 | 12.41 | 757.41 |

STATEMENT OF EARNINGS. DETACH AND KEEP FOR YOUR RECORDS.

A PAYROLL SERVICE BY CERIDIAN

000017



| | AMERICAN FURNITURE WAREHOUSE<br>8820 AMERICAN WAY<br>ENGLEWOOD, CO 80112 | | | CHECK NO.: 012091<br>CHECK DATE: 7/6/04<br>PERIOD ENDING: 7/4/04<br>PAY FREQUENCY: Weekly |

Must, Jack
13160 Birch Wy
Thornton, CO 80241

ID NUMBER: 03014
BASE RATE: 1,153.85
SSN: 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

STATUS: Married   EXEMPT FED: 2   ST1: 1   ST2:
TAX ADJUSTMENTS   FED:   ST:   DI/UC:   LOCAL:
STATE AND LOCAL CODES   PRI: CO   LOC1:   LOC3:   SEC:   LOC2:   LOC4:   LOC5:

## IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS |
|---|---|---|
| VACATION | 40.0 | 1,153.85 |
| | | |
| TOTAL H/E | 40.0 | 1,153.85 |

**PRE-TAX ITEMS**

| | | |
|---|---|---|
| 401(K) | | -92.31 |
| TOTAL PRE-TAX | | -92.31 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT |
|---|---|
| SOC SEC | 71.54 |
| MEDICARE | 16.73 |
| FED INC | 104.52 |
| PRI-STATE | 42.00 |
| TOTAL | 234.79 |

**AFTER-TAX DEDUCTIONS**

### SPECIAL INFORMATION

| | |
|---|---|
| 401(K) MATCH | 17.31 |

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| TOTAL | 1,061.54 | | | | | |
| CURRENT | 1,153.85 | -92.31 | 1,061.54 | 234.79 | 0.00 | 826.75 |

STATEMENT OF EARNINGS. DETACH AND KEEP FOR YOUR RECORDS   A PAYROLL SERVICE BY CERIDIAN

000018



| | | | AMERICAN FURNITURE WAREHOUSE<br>8820 AMERICAN WAY<br>ENGLEWOOD, CO 80112 | | | | CHECK NO.<br>CHECK DATE:<br>PERIOD ENDING:<br>PAY FREQUENCY: | 012092<br>7/6/04<br>7/4/04<br>Weekly |

Must, Jack
13160 Birch Wy
Thornton, CO 80241

ID NUMBER: 03014
BASE RATE: 1,153.85
SSN: 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

STATUS  FED: Married
ST1:
ST2:

EXEMPT
2
2

TAX ADJUSTMENTS
FED:
Dt/UC:
LOCAL:

ST:

STATE AND LOCAL CODES
PRI: CO   LOC1:   LOC3:
SEC:     LOC2:   LOC4:
                 LOC5:

IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | HOURS/UNITS | CURRENT EARNINGS |
|---|---|---|
| VACATION | 40.0 | 1,153.85 |
| | | |
| TOTAL H/E | 40.0 | 1,153.85 |
| **PRE-TAX ITEMS** | | |
| 401(K) | | -92.31 |
| | | |
| TOTAL PRE-TAX | | -92.31 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT |
|---|---|
| SOC SEC | 71.54 |
| MEDICARE | 16.73 |
| FED INC | 104.52 |
| PRI-STATE | 42.00 |
| | |
| TOTAL | 234.79 |
| **AFTER-TAX DEDUCTIONS** | |

### SPECIAL INFORMATION

| | |
|---|---|
| 401(K) MATCH | 17.31 |

| | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| TOTAL | 1,061.54 | | | | | |
| CURRENT | 1,153.85 | -92.31 | 1,061.54 | 234.79 | 0.00 | 826.75 |

STATEMENT OF EARNINGS. DETACH AND KEEP FOR YOUR RECORDS.

A PAYROLL SERVICE BY CERIDIAN

000019



**AMERICAN FURNITURE WAREHOUSE**
8820 AMERICAN WAY
ENGLEWOOD, CO 80112

CHECK NO.       012093
CHECK DATE:     7/6/04
PERIOD ENDING:  7/4/04
PAY FREQUENCY:  Weekly

Must, Jack
13160 Birch Wy
Thornton, CO 80241

ID NUMBER: 03014
BASE RATE: 1,153.85
SSN: 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

STATUS: Married
FED: 2
ST1: 2
ST2:

EXEMPT
2
2

TAX ADJUSTMENTS
FED:
DT/UC:
LOCAL:

ST:

STATE AND LOCAL CODES
PRI: CO   LOC1:   LOC3:
SEC:      LOC2:   LOC4:
                  LOC5:

### IMPORTANT MESSAGE

### HOURS AND EARNINGS

| DESCRIPTION | HOURS/UNITS | CURRENT EARNINGS |
|---|---|---|
| VACATION | 40.0 | 1,153.85 |
| TOTAL H/E | 40.0 | 1,153.85 |

PRE-TAX ITEMS

| 401(K) | | -92.31 |

| TOTAL PRE-TAX | | -92.31 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT |
|---|---|
| SOC SEC | 71.54 |
| MEDICARE | 16.73 |
| FED INC | 104.52 |
| PRI-STATE | 42.00 |
| TOTAL | 234.79 |

AFTER-TAX DEDUCTIONS

### SPECIAL INFORMATION

401(K) MATCH   17.31

| TOTAL | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
|  | 1,061.54 |  |  |  |  |  |
| CURRENT | 1,153.85 | -92.31 | 1,061.54 | 234.79 | 0.00 | 826.75 |

STATEMENT OF EARNINGS. DETACH AND KEEP FOR YOUR RECORDS

A PAYROLL SERVICE BY CERIDIAN

000020



**AMERICAN FURNITURE WAREHOUSE**
8820 AMERICAN WAY
ENGLEWOOD, CO 80112

CHECK NO.: 012094
CHECK DATE: 7/6/04
PERIOD ENDING: 7/4/04
PAY FREQUENCY: Weekly

Must, Jack
13160 Birch Wy
Thornton, CO 80241

ID NUMBER: 03014
BASE RATE: 1,153.85
SSN: 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

STATUS: Married
ST1:
ST2:

EXEMPT
FED: 2
ST1: 1

TAX ADJUSTMENTS
FED:
DI/UC:
LOCAL:
ST:

STATE AND LOCAL CODES
PRI: CO    LOC1:    LOC3:
SEC:        LOC2:    LOC4:
                          LOC5:

**IMPORTANT MESSAGE**

### HOURS AND EARNINGS

| DESCRIPTION | HOURS/UNITS | CURRENT EARNINGS |
|---|---|---|
| SICK | 5.0 | 144.25 |
| VACATION | 2.0 | 57.70 |
| TOTAL H/E | 7.0 | 201.95 |

**PRE-TAX ITEMS**

| | | |
|---|---|---|
| 401(K) | | -16.16 |
| TOTAL PRE-TAX | | -16.16 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT |
|---|---|
| SOC SEC | 12.52 |
| MEDICARE | 2.93 |
| PRI-STATE | 2.00 |
| TOTAL | 17.45 |

**AFTER-TAX DEDUCTIONS**

### SPECIAL INFORMATION

| | |
|---|---|
| 401(K) MATCH | 1.03 |

| TOTAL | EARNINGS | PRETAX | FIT TAXABLE | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 201.95 | -16.16 | 185.79 | 17.45 | 0.00 | 168.34 |

STATEMENT OF EARNINGS. DETACH AND KEEP FOR YOUR RECORDS.

A PAYROLL SERVICE BY CERIDIAN

000021