# EXHIBIT 27

# WESTMINSTER STORE SALES VOLUME
# HEAD-TO-HEAD COMPARISON
## Must v. Morrison

|  | Jack Must<br>Store Manager | Nolan Morrison<br>Store Manager |
|---|---|---|
| Month | 2003-2004 | 2004-2005 |
| July | 1,018,203 | 993,765 |
| August | 1,099,136 | 978,296 |
| September | 924,347 | 959,311 |
| October | 857,394 | 893,387 |
| November | 1,027,569 | 915,454 |
| December | 905,396 | 883,068 |
| January | 849,019 | 909,170 |
| February | 919,486 | 966,252 |
| March | 815,198 | 831,226 |
| April | 855,451 | 903,008 |
|  | TOTAL: 9,271,199 | TOTAL: 9,232,937 |

Source: American Furniture Warehouse Sales Report, July, 2004 and July, 2005 (Exhibit 15, Deposition Exhibit 32, pages Bates numbered AFW-MUST-0065 and AFW-MUST-0066)