# EXHIBIT 29

(6-2-04) As of this date I am keeping a record of all things said and done to me from Mike Busciotta (General MGR), Andrew Zuppa (Asst General MGR) AND JAKE JABS (CEO OF AMERICAN FURNITURE WHSE) AS I AM NOW BEING HARRASSED AND MY JOB being threatened

6-2-04 at approx 3:30 pm after the store managers meeting, Mike Busciotta was passing out our quarterly bonus checks. He walked by where I was sitting and held my check and told me to see him in his office after the meeting. After the meeting I went with him to his office where he instructed Andrew Zuppa to come in also. As I sat in front of his desk he held my check out and said " I JUST CANT THINK OF ANY REASON THAT I SHOULD GIVE YOU THIS BONUS CHECK, TELL ME WHY I SHOULD", and I said "because I earned it and work hard for it."

At that time Andrew Zuppa started to go off about our numbers in the store and that if they had to live off of our store they would all starve. My store did over 1 million Dollars for May of 04, and last
1,021,000
may I did 1,050,000 so I was down about 28,000. He told me that I should stop patting myself on the back because we did over a million dollars. and I told him the store is going to

EXHIBIT 16 5/9/07

000022

do what the store is going to do...
Mike Buscietta started to go on about
the signature caps that Systems put in
my whse about 4 or 5 months ago that
were never ~~sofed~~ implemented to use or
programmed wants the computer to work for
customers to sign for PU's at whse, and
this of course was my fault also that
his Systems dept never finished the work.
After about 15 minutes of defending myself
from this harassment of ~~these two~~
General Mangers, Mike Buscietta threw the
bonus check across the desk at me, I put
it in my folder and walked out...!

(THURSDAY  6-3-04   11:45 AM)                    000023

On thursday morning 6-3-04 about
11:45 AM JAKE JAPS comes to see me at
my store. We begin to do a floor walk
which we always do and in the bedroom
dept he stops and asks me when the signature
caps were put in the whse and how long they
had been built there. I told him about
4 or 5 months and that they were never
implemented or programmed to use. He got
on his cell phone and called Mike Busciettt.
He told him that he was here at my
store and Jake said that the signature
caps had been built there for 4-5 months.
and don't you think it is Systems responsibility

to make sure the equipment is up & running it is not Jackie's fault that they were not up and running (By the way on Monday 5-31-04 systems did come out and program it and it was then implemented to use), he ended his conversation with MIKE B and we continued to do our floor walk. As we walking upstairs I told Jake that Andrew Zippa has been harassing me about the numbers for the store and I asked Jake if that should be an issue. Jake said "You have no control of the numbers here at the store and he should not be harassing me about them and that he would talk to Andrew Zippa about it.

**THURSDAY 6-3-04  3:15 pm**

I receive a phone call from MIKE B. and he says "you gotta way with that one with Jake" and I said gotta way with what?? I didn't get away with anything I just answered his questions and told about being harassed. He then got angry and hung up the phone.

**FRIDAY 6-4-04  1:30 pm**

000024

I RECIEVE a phone call from ANDREW ZIPPA AND He tells me that JAKE TOLD HIM THAT HE WAS rough with me

About the numbers of the store in MIKE Busuetta's office on weds 6/2/04. And I replied to him that yes you were. And told him that JAKE SAID THAT I HAVE NO control

ABOUT THE NUMBERS AT THE STORE AND THAT ANDREW should not be harassing me about them. AND He Replied to me that He talked to JAKE AND HE TOLD ANDREW TO COME OUT AND DO AN EVALUATION OF ME MY ASSISTANT TOM WARD AND MY STORE. He SAID THAT IF I DON'T COME UP WITH WAYS TO INCREASE SALES numbers that He would write up the paperwork NECESSARY, HE ALSO SAID THAT IF THINGS GO the way they did on Weds in MIKES OFFICE HE would do the paperwork RIGHT NOW... He told me that HE would BE OUT this next week to see me.

**6-14-04**

A memo comes out that some serious management changes have taken place and that MIKE B would be going to Thornton as a manager and DAVE Pepper who was at Thornton as a manager would be moving to the ASST General MGR position AND ANDREW Zyph would be taking over their General Manager position.

000025

6-16-04  Approx 5:00 pm

I receive a phone call from Crystal Hayes (Human Resource Director) that Andrew Zeiger is coming out to my store and to stick around and wait for him... I asked her about what time because I am off at 6pm and she said he is trying to be there by 6pm. At 7pm Andrew Z shows up and Andrew, myself, and my assistant manager Tim Ward begin to walk the floor. I have bought myself a small voice recorder from Radio Shack to use for these type situations, so I turn it on as we stop at the back of the whse. (THIS WHOLE CONVERSATION IS ON TAPE WITH ANDREW ADMITTING THAT I WAS THREATENED ABOUT MY JOB IN MIKES OFFICE ON WEDNESDAY 6-2-04 AND I AM STILL BEING THREATENED NOW... IN HIS WORDS I QUOTE " MAKE NO DISGUISE ABOUT IT"... Basically telling my assistant TIM WARD AND I THAT IF WE DONT GET IT GOING WE WILL BE REPLACED AND I QUOTE " BY A BALL BREAKER MANAGER"..... AGAIN COMPLAINING ABOUT THE NUMBERS which I SAID THAT JAKE JABS HAS NEVER HAD AN ISSUE ABOUT THE NUMBERS EVER WITH ME AND IT HAS NEVER BEEN A problem. He Replied I QUOTE " JAKE DOES NOT TALK TO MANAGERS ABOUT THAT AND WE HAVE AN UNUSUAL SITUATION HERE THAT WE HAVE A STORE HERE THAT IS OFF OF PLANET EARTH"

IT WOULD SEEM TO ME THAT IN OVER 5 YRS MANAGING THE STORE I HAVE NEVER

000026

EVER BEEN DISCIPLINED, REVIEWED, WRITTEN UP AND TOLD I could BE FIRED OR BE DEMOTED DUE TO OUR NUMBERS. APPEARS TO ME THIS IS JUST AN EXCUSE TO CREATE A SITUATION OF HARASSMENT... AND TO TRY TO GET ME OUT OF MY POSITION....

(6-20-04 1:00 pm)

I RECIEVE a phone call from the STORE MGR AT Southwest STORE (Rick Dawson) He tells me that ANDREW Zappa CAME IN HIS STORE 2 DAYS AFTER MY VISIT WITH HIM. AND He was HARRASSED AND THREATNED BY ANDREW Zappa about the numbers and other THINGS... He said he was going to let JAKE JABS KNOW what HAD Happened to him....

(6-21-04) (8:09 AM)

Memo # 2809 comes out from JAKE JABS. #4 "NO HIGH PRESSURE – NO Quotas FOR THE STORE, OR FOR SALES Consultants"... OBVIOUSLY, THIS MUST HAVE COME FROM ANDREW Zappa's HARRASSMENT & THREATS....

000027

(6-30-04) 5:15 pm

Andrew Zuppa comes in for a floor walk and as we are walking the floor he starts to complain about the salespeople and that every customer does not have one. Although they were all busy with customers and those couple without had been greeted and acknowledged. Appear just trying to find something to complain about to harass me... He leaves seeming to be upset.

(7-6-04) 5:40 pm

Andrew Zuppa comes in my store about 20 mins before I am ready to go home, he has a folder in his hands. He walks me upstairs to leather and asked me to sit down. He says "We are going to go a different direction in this store" and I replied "What do you mean". He says "We want you to go back into sales". I replied "No, I can't do that and what is your reason". He did not have an answer. I told him I could not take ½ the money I make now and to sell. I can only make maybe 40,000 a year selling. I made over 75,000 as store manager. He said "Oh well here is your

000028

final checks which there was 7 of them with vacation, and 3 weeks of salary pay. He then asked for my keys which I gave him and as I walked out the door after gathering my stuff off my desk I told him I would see him in court.

000029