# EXHIBIT 30

PERSONNEL MASTER FILE INPUT UPDATE FORM

NEW ____   CHANGE _X_   TRANSFER _X_   TERMINATE ____   DEDUCT ____

EMPLOYEE NUMBER: 7877

LAST NAME: Morrison   FIRST NAME: Nolan   MIDDLE: ____   (MAIDEN): ____

ADDRESS: ____   APT OR UNIT #: ____

CITY: ____   STATE: ____   ZIP CODE: ____

SOCIAL SEC. NUMBER: ____
DATE OF HIRE: ____
GENDER: M
BIRTH DATE: ____

MARTIAL STATUS:
  MARRIED ____
  SINGLE ____

JOB CLASS: OLD Mgr 31   NEW Mgr 08
EFFECTIVE DATE: 7-7-04

TELEPHONE NUMBER: ( )
PAY RATE: OLD 1058   NEW 1153.85 plus 1/2 Bonus
EFFECTIVE DATE: 7-7-04

ETHNIC ORIGIN (CHECK ONLY ONE):
  ____ WHITE (NOT OF HISPANIC ORIGIN)
  ____ BLACK (NOT OF HISPANIC ORIGIN)
  ____ AMERICAN INDIAN OR ALASKAN
  ____ HISPANIC
  ____ ASIAN OR PACIFIC ISLANDER

TERMINATION DATE: ____
REASON: ____
  RESIGNED WITH NOTICE ____
  RESIGNED WITHOUT NOTICE ____
  DISCHARGED ____
  JOB ABANDON ____ (3 DAY NO CALL, NO SHOW)
  OTHER ____

DEDUCTIONS:
  MAPS ____
  TOOLS ____
  UNIFORMS ____
  OTHER ____
  TO BE PAID OVER ____ WEEK(S)
  AURORA HEAD TAX ____
  ESCROW ____

SIGNATURE:
JAKE JASS — GENERAL MANAGER / MANAGER
PERSONNEL: ____   DATE: ____
EMPLOYEE: [signed]   DATE: 7-6-04
KEYED BY PAYROLL: ____   DATE: ____

CONFIDENTIAL

NOTE: ALL NAME CHANGES MUST INCLUDE A COPY OF NEW SOCIAL SECURITY CARD SHOWING NAME CHANGE AS WAGE MUST BE REPORTED TO SOCIAL SECURITY UNDER THE SAME NAME THAT IS ON THE CARD.

EXHIBIT 46
Calderwood-Mack
303 477-3...