# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

---

### PLAINTIFF'S MOTION FOR LEAVE TO FILE BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS OUT OF TIME

---

Plaintiff, Jack Must, by and through his attorneys, Buchanan, Jurdem & Cederberg, P.C., pursuant to D.C.COLO.LCivR 7.1C, hereby moves this Court for its order granting him leave to file his Brief in Opposition to Defendant's Motion for Sanctions out of time on March 28, 2008, in the form filed contemporaneously with this Motion. In support of this motion and as grounds for such an order, Plaintiff states as follows:

    1.    Defendant filed its Motion for Sanctions on January 14, 2008. Pursuant to D.C.COLO.LCivR 7.1C and Fed.R.Civ.P. 6(d), Plaintiff's response was originally due on February 6, 2008. On that date, Plaintiff's counsel filed an unopposed motion requesting an extension of time to file his responses to both the Motion for Sanctions as well as Defendant's Motion for Summary Judgement until and including March 10, 2008. On

that date, Plaintiff's counsel filed a second unopposed motion requesting an additional extension of time until and including March 18, 2008. On that date, Plaintiff's counsel filed a third and final unopposed motion requesting an additional extension until and including March 21, 2008. The Court granted all three of those motions.

2.	At the calendar call on February 29, 2008, this court noted that the Sanctions Motion would not be decided until the time of trial, which was reflected in the Courtroom Minutes of that date.  Accordingly, when it became evident that only one of the briefs would get filed on Friday, March 21, 2008, Plaintiff's counsel placed priority upon completing the Brief in Opposition to the Motion for Summary Judgement, which brief was finally filed on Friday, March 21, 2008, at 5:46 p.m.

3.	Unfortunately, two of Plaintiff's counsel's office staff were away from the office on pre-arranged Easter week vacations during the first three days of the next week, March 24-26, 2008, and the third was completely occupied with work for one of Plaintiff's counsel's partners during that period.  Accordingly, Plaintiff's counsel was unable to complete the Brief in Opposition to the Motion for Sanctions until his staffs' return to the office on March 27, 1008.  The Brief has been completed as expeditiously as these circumstances have permitted, and is filed contemporaneously herewith.          .

4.	Pursuant to D.C.COLO.LCivR 7.1A, undersigned Plaintiff's counsel hereby certifies that he left a message on the voice mail of defense counsel, Andrew Volin, on Friday, March 28, 2008 at approximately 4:05 p.m., but as of the filing of this Motion is unable to represent whether Defendant will object to the relief requested in this motion.

2

WHEREFORE, for all of the foregoing reasons, Plaintiff prays that this Court enter its order granting him leave to file his Brief in Opposition to Defendant's Motion for Sanctions out of time on Friday, March 28, 2008, in the form filed contemporaneously herewith.

DATED this 28th day of March, 2008.

BUCHANAN, JURDEM & CEDERBERG, P.C.

s/ Ross B.H. Buchanan
By: _____
Ross B.H. Buchanan, No. 12184

Eighteenth Street Atrium
1621 18th Street, Suite 260
Denver, Colorado  80202
Telephone: (303) 297-2277

ATTORNEYS FOR PLAINTIFF

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2008, I electronically filed the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS OUT OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Andrew W. Volin, Esq.
    Avolin@sah.com

    Gary J. Benson, Esq.
    gbenson@dnvrlaw.com

                                    s/ Laura K. Mais
                                    _____
                                    Laura K. Mais
                                    Legal Assistant to Ross Buchanan