# EXHIBIT

# 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

## AFFIDAVIT OF JACK MUST

STATE OF COLORADO  )
                           ) ss.
COUNTY OF DENVER  )

    I, Jack Must, being of lawful age and first duly sworn upon oath, depose and state as follows:

    1.    My name is Jack Must, and I am the Plaintiff in the above-captioned matter. I make this affidavit based upon my personal knowledge.

    2.    During the time that I was employed as the Store Manager of American Furniture Warehouse's Westminster Store, I was required to attend managers' meetings on a monthly basis. Attendance at these meetings was mandatory for store managers. During these meetings, I would typically take notes of what I regarded as the important matters that I needed to communicate to my Assistant Store Manager, Tom Ward, and "Turnkey" Manager, Joe Mossuto. The other store managers also routinely took notes. Typical issues that were routinely covered in managers' meetings which I may have taken notes about were the details of upcoming sales and advertisements, and new merchandise that would be coming to the stores. Usually my notes consisted of no more than one half to one page on an 8 1/2 x 11 inch legal pad.

3. After the managers' meetings, I would routinely return to the Westminster Store, and discuss the issues that had been raised in the meeting with Mr. Ward and Mr. Mossuto, typically using my notes to refresh my recollection on those issues. This was required so that furniture could be appropriately tagged for a sale, and so that we could plan for how new merchandise would be displayed, etc. Occasionally, we would be asked to provide some information given to us at the managers' meetings with the sales staff, in which event my notes might serve to remind me of what to tell them at the sales meeting the next day.

4. I had no standard procedure regarding keeping my notes from managers' meetings after I had covered the information with my assistant managers and/or the sales staff. At that point, my notes had no ongoing value to me and I did not make any effort to retain them, and would typically throw them away within a few days of the meeting. I did keep a file pertaining to managers' meetings, in which I kept my legal pad on which I took notes at the managers' meeting. I recall on at least some occasions when I went to a managers' meeting, my notes from the last one would still be on the legal pad, but more typically, they would have been destroyed and the pad would be blank.

5. The last managers' meeting that I attended prior to being terminated by AFW was on June 2, 2004. I was terminated on July 6, 2004. I believe I did take notes at that meeting, and I have no reason to believe that their content or length was any different from what I have set forth above. I do not recall any discussion at the meeting itself about issues of relevance to this case, as distinct from a separate meeting I had with Mike Buscietta and Andrew Zuppa after the managers' meeting. I also have no specific recollection of disposing of my notes, but I no longer have them. Again, assuming I followed my normal practice, I probably discarded them within a few days of the managers' meeting. I remember that they were not on the legal pad in my managers' meeting file when I was fired. I left that file in the desk when I left the Westminster store premises for the last time.

6. The documents that I retained following my termination by AFW I turned over to my attorney, and they have been produced in this litigation as documents which were Bates numbered 000001-000029. I also turned over the original tape cassette of a recorded conversation between myself, Andrew Zuppa and Tom Ward, which occurred on June 16, 2004 and was produced bearing Bates number 000347.

Further, Affiant sayeth not.

_____
Jack Must

SUBSCRIBED AND SWORN TO BEFORE ME by the said Jack Must on this the 28th day of March, 2008, to certify which witness my hand and official seal.

_____
Notary Public in and for
the State of Colorado

My commission expires: 4/13/2010

Laura K. Mais, Notary Public
State of Colorado

3