IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-01872-RPM

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE,

    Defendant.

---

ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

Upon review of the defendant's motion for summary judgment and motion for sanctions, filed January 14, 2008, and the plaintiff's brief in opposition to defendant's motion for summary judgment and response to the defendant's motion for sanctions, filed, respectively on March 21, 2008, and March 28, 2008, with a motion for leave to file out of time, which is granted, the Court finds and concludes that there are genuine issues of material fact with respect to the reason for the termination of the plaintiff as the store manager of the Westminster store which precludes determination under Fed.R.Civ.P. 56. The defendant is asserting that because of poor performance as a store manager, Jack Must was told that he was being returned to a sales position and that the plaintiff then voluntarily resigned from employment. That reassignment constitutes an adverse employment action which can be a basis for an action for discrimination motivated in part by age. Whether the refusal to accept that

reassignment is sufficient to determine that there was a constructive discharge is a factual question. Similarly, whether the plaintiff can prove any significant amount of damages is a matter to be resolved at trial. The evaluation of the plaintiff's performance in his duties was a subjective matter without objective criteria for performance, thereby creating a triable issue of pretext.

The defendant's motion for sanctions based on the supposed destruction of evidence is unwarranted. The destruction of personal notes and memoranda may be relevant to questions of credibility and, perhaps admissibility of evidence and whether the tape recorded conversation is admissible under the rule of completeness is a matter for trial ruling on evidence.

It is now

ORDERED that the defendant's motion for summary judgment and motion for sanctions are denied.

DATED: April 1st, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge