## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.

---

### STIPULATION FOR DISMISSAL WITH PREJUDICE

---

      Plaintiff Jack Must and Defendant American Furniture Warehouse Co. ("AFW")
by and through their attorneys, Buchanan, Jurdem & Cederberg, P.C. and Dworkin
Chambers, Williams, York, Benson & Evans, P.C., respectfully submit this Stipulation
for Dismissal with Prejudice and as grounds therefore state the following:

      The parties have resolved their dispute and respectfully request that all of
Plaintiff's claims against AFW be dismissed with prejudice, requiring each party to pay
their own costs and fees associated with this matter.

      Dated this 15th day of May, 2008.


BUCHANAN, JURDEM &
CEDERBERG, P.C.

By: _____
Ross B.H. Buchanan
1621 18th St., Suite 260
Denver, CO 80202
Attorneys for Plaintiff
Jack Must

DWORKIN CHAMBERS WILLIAMS
YORK BENSON & EVANS, P.C.

By: _____
Gary J. Benson
3900 E. Mexico Ave., Suite 1300
Denver, CO 80210
Attorneys for Defendant
American Furniture Warehouse