**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

      Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

      Defendant.

---

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

THE COURT, having fully reviewed and been apprised of the Parties Stipulation for Dismissal with Prejudice does:

HEREBY Grants the Stipulation for Dismissal with Prejudice, each part to pay their own costs and fees associated with this matter.

DONE THIS __ day of May, 2008.

BY THE COURT:

_____