**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01872-RPM-MEH

JACK MUST,

    Plaintiff,

vs.

AMERICAN FURNITURE WAREHOUSE CO., a Colorado corporation, d/b/a
AMERICAN FURNITURE WAREHOUSE

    Defendant.
_____

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

Pursuant to the Stipulation for Dismissal with Prejudice [48], filed on May 15, 2008, it is

ORDERED that the complaint and action are dismissed with prejudice, each party to pay their own costs and fees associated with this matter.

DONE THIS 15th day of May, 2008.

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

                                Richard P. Matsch, Senior Judge